UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-4097

UNITED STATES OF AMERICA,
Appellant
v.

DENTSPLY INTERNATIONAL, INC.,

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(D.C. Civ. No. 99-00005 )
District Judge: Honorable Sue L. Robinson, Chief Judge

Argued September 21, 2004
Before: McKEE, ROSENN and WEIS, Circuit Judges.

## JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of Delaware and was argued by counsel on September 21, 2004.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Judgment of the said District Court entered August 12, 2003 be reversed, and the case is hereby remanded to the District Court for entry of injunctive relief requested by the Government and for such other proceedings as are consistent with this Opinion.

Costs taxed against appellee.

All of the above is in accordance with the Opinion of this Court.

Attest:

*Marcia M. Waldron*
_____
Clerk

DATED: February 24, 2005

```
Certified as a true copy and issued in lieu
of a formal mandate on May 26, 2005

Teste:   Marcia M. Waldron

Clerk, U.S. Court of Appeals
        For the Third Circuit.
```