OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
267-299-4925

May 26, 2005

Peter T. Dalleo, Clerk
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re:   USA v. Dentsply Intl Inc. et al

<u>No. 03-4097</u>   (D. C. Civil No. 99-00005)

Dear Clerk:

Enclosed is a certified copy of the judgment in the above case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

We release herewith the certified list in lieu of the record.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment order is also enclosed showing costs, if a any.

Costs will not be taxed at this time since there is currently pending Objections to the Bill of Costs.

Very truly yours,
Marcia M. Waldron, Clerk

By: Carolyn Hicks, Case Manager

Enclosure

cc:   Margaret M. Zwisler, Esq.
     Richard A. Ripley, Esq.
     Douglas S. Morin, Esq.
     William D. Johnston, Esq.
     Robert B. Nicholson, Esq.

                  Eric J. McCarthy, Esq.
                  Kelly A. Clement, Esq.
                  Christian D. Wright, Esq.
                  Adam D. Hirsh, Esq.