

U.S. Department of Justice

Antitrust Division

*City Center Building*
*1401 H Street, NW, Suite 4000*
*Washington, DC  20530*

May 31, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
Chief United States District Judge
6124 J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, Delaware 19801

    Re:    *United States v. Dentsply International, Inc.*; C.A. No. 99-005 (D. Del.)(SLR)

Dear Chief Judge Robinson:

    I am writing to inform you of what the United States plans to do in the upcoming weeks now that the Third Circuit's mandate, issued last Thursday, has remanded this case to you for entry of injunctive relief.

    We are currently drafting a proposed final judgment incorporating the injunctive relief we will request.  Once that proposal is complete, we will consult with Dentsply and work toward either a stipulated judgment or a narrowing of the disputed issues concerning appropriate relief.  Once we have clarified the areas of agreement and disagreement, we will file a proposed final judgment along with a motion for entry of that judgment.

    Given that Dentsply did not seek a stay of the mandate and the conduct found unlawful by the Third Circuit is ongoing, the United States would like to file its motion to enter a judgment as quickly as possible.  Dentsply may still file a petition for a writ of certiorari to the United States Supreme Court.  The deadline for doing so is August 15, 2005.  Even if the Court decides to defer the entry of a judgment until after August 15 (or until after any decision by the Supreme Court on Dentsply's petition), the United States would like to have its motion for entry of judgment filed and, if necessary, briefed by August 15.  Therefore, unless the Court indicates otherwise, we will begin to work with Dentsply to narrow our differences and will file our motion as soon as possible.

We will be happy to answer any questions the Court may have about this matter.

Respectfully submitted,

/S/
Jon B. Jacobs
Department of Justice
Antitrust Division


COLM CONNOLLY
United States Attorney


By: /S/
RUDOLPH CONTRERAS
Assistant U.S. Attorney
Chief, Civil Division


cc:   Margaret M. Zwisler, Esq. (via facsimile)
      William D. Johnston, Esq. (via facsimile)