United States of America v. Dentsply International, Inc.
Civil Action No. 99-005 (SLR)

Bill of Costs
Itemization

| Description | Page | Cost |
|---|---|---|
| Fees for Service of Subpoena to former Dentsply Employees | | |
| David R. Pohl, 4/9/02 | DOJ-C-001 | $66.00 |
| Robert Brennan, 4/12/2002 and 4/15/02 | DOJ-C-002 | $65.00 |
| | | $50.00 |
| Total: | | $181.00 |

| | | |
|---|---|---|
| Fees of the Court Reporter, Transcripts | | |
| Pre-Trial Conference, 3/25/02 | DOJ-C-003 | $130.50 |
| Trial, 4/15/02 - 4/19/02 | DOJ-C-004 | $7,068.00 |
| Trial, 4/22/02 - 4/26/02 | DOJ-C-005 | $6,732.00 |
| Trial, 5/20/02 - 5/23/02 | DOJ-C-006 | $7,128.00 |
| Trial, 5/27/02 - 5/31/02 | DOJ-C-007 | $4,350.00 |
| Total: | | $25,408.50 |

| | | |
|---|---|---|
| Fees of the Court Reporter, Depositions[1] | | |
| Joe Baca, 8/25/99 | DOJ-C-008 | $652.40 |
| Lloyd Bauman, 1/7/00 | DOJ-C-009 | $366.00 |
| Horst Becker, 2/5/02 | DOJ-C-010 | $1,337.33 |
| Cyril Buckley, 2/3/00 | DOJ-C-011 | $292.32 |
| Joseph Burkhardt, 1/24/00 | DOJ-C-012 | $1,039.50 |
| Joseph Burkhardt, 2/15/00 | DOJ-C-013 | $985.80 |

---

[1] In most cases, costs requested are below invoice totals because the United States is not requesting costs of Minuscripts, ASCII Disks, Delivery, Copies, or Account Service Fees.

| | | |
|---|---|---|
| Reynolds Challoner, 7/16/99 | DOJ-C-014 | $592.85 |
| Christopher T. Clark, 12/14/99 – 12/15/99 | DOJ-C-015 | $3,743.80[2] |
| Bruce Colgin, 7/8/99 | DOJ-C-016 | $505.80 |
| Robert Allan Cook, 9/18/99 | DOJ-C-017 | $390.00 |
| Perrin DesPortes, 11/22/99 | DOJ-C-018 | $624.10 |
| David Dhuet, 12/8/99 | DOJ-C-019 | $333.00 |
| Kevin Dillon, Sr., 2/14/02 | DOJ-C-020 | $562.00 |
| Pedro Fernandez, 1/27/00 | DOJ-C-021 | $1,201.80 |
| Ronald Fichter, 8/23/99 | DOJ-C-022 | $637.50 |
| Bryan Frazier, 11/30/99 | DOJ-C-023 | $483.00 |
| Robert Ganley, 2/11/02 | DOJ-C-024 | $1,007.65 |
| Michael Golden, 9/2/99 | DOJ-C-025 | $380.19 |
| Betsy Harris, 12/2/99 – 12/3/99 | DOJ-C-026 - 027 | $2,001.75 |
| Kathryn Haynes, 8/25/99 | DOJ-C-028 | $749.00 |
| Devon Howe, 8/31/99 | DOJ-C-029 | $484.88 |
| Rand Jaslow, 8/19/99 | DOJ-C-030 | $1,026.95 |
| Steven Jenson, 1/17/00 – 1/18/00 | DOJ-C-031 | $3,581.11[3] |
| Steven Jenson, 3/7/02 | DOJ-C-032 | $3,412.40 |
| Steven Jenson, 4/21/02 | DOJ-C-033 | $2,232.70 |
| Therin Keeling, 8/16/99 | DOJ-C-034 | $369.50 |
| Ralph Langer, 7/20/99 | DOJ-C-035 | $622.66 |
| Thom Lantz, 8/27/99 | DOJ-C-036 | $1,206.08 |
| Michael Macias, 12/7/99 | DOJ-C-037 | $804.00 |
| Richard Mariacher, 7/20/99 | DOJ-C-038 | $778.32 |
| Howard Marvel, 7/13/00, 7/17/00 – 7/19/00 | DOJ-C-039 - 042 | $2,423.25 |
| Howard Marvel, 2/14/02 | DOJ-C-043 | $1,406.45 |
| James McLees, 1/5/00 | DOJ-C-044 | $995.70 |
| John Miles, 2/7/00 | DOJ-C-045 | $675.70 |
| Daniel Murphy, 8/27/99 | DOJ-C-046 | $479.40 |
| Wayne Murray, 10/30/99 | DOJ-C-047 | $709.00 |

---

[2] Mr. Clark's deposition costs include video and transcript costs.

[3] Mr. Jenson's deposition costs include video and transcript costs.

| | | |
|---|---|---:|
| Michael O'Brien, 8/30/99 | DOJ-C-048 | $516.60 |
| Richard Peebles, 7/16/99 | DOJ-C-049 | $993.91 |
| Robert Popp, 1/20/00 | DOJ-C-050 | $561.20 |
| Robert Raths, 11/22/99 | DOJ-C-051 | $633.50 |
| David Reitman, 6/16/00 | DOJ-C-052 | $379.50 |
| Peter Rossi, 5/2/00 | DOJ-C-053 | $955.00 |
| John Ryan, 3/23/00 | DOJ-C-054 | $994.45 |
| Patrick Segnere, 1/27/00 - 1/28/00 | DOJ-C-055 - 056 | $1,567.80 |
| Jack Silcox, 12/1/99 | DOJ-C-057 | $327.50 |
| James Swartout, 3/21/00 | DOJ-C-058 | $1,656.45 |
| William Turner, 9/28/99 | DOJ-C-059 | $682.08 |
| Phil Watkins, 9/28/99 | DOJ-C-060 | $433.50 |
| Norman Weinstock, 11/17/99 - 11/18/99 | DOJ-C-061 | $1,537.29 |
| Wayne Whitehill, 6/6/00 - 06/07/00 | DOJ-C-062 - 063 | $616.95 |
| James Wiltz, 12/19/99 | DOJ-C-064 | $1,336.35 |
| Yoram Wind, 4/18/00 | DOJ-C-065 | $250.00 |
| Danny Wong, 7/9/99 | DOJ-C-066 | $1,253.48 |
| William Yacola, 9/9/99 | DOJ-C-067 | $840.27 |

Total:                                                                 $54,629.72


Fees for Witnesses

| | | |
|---|---|---:|
| Robert Ganley, 4/18/02 - 4/19/02 | DOJ-C-068 | $334.50 |
| Betsy Harris, 4/15/02 - 4/17/02 | DOJ-C-069 | $268.00 |
| Norman Weinstock, 4/14/02 - 4/17/02 | DOJ-C-070 | $884.39 |
| Wayne Whitehill, 4/13/02 - 4/18/02 | DOJ-C-071 | $1,297.00 |
| Yoram Wind, 4/18/02 | DOJ-C-072 | $40.00[4] |

Total:                                                                 $2,823.89

---

[4] Standard witness fee for one-day attendance at trial is sought for United States' expert witness.

Fees for exemplification[5]

| | | |
|---|---|---|
| Court Exhibits | DOJ-C-073 - 075 | $1,095.00 |
| Wxtron 202 VGT Computer Interface with built-in test generator | DOJ-C-076 - 077 | $95.00 |
| Samsung SVP6000 Digital Visual Presenter with 1 Extron P2Da1 XGA line driver | DOJ-C-076 - 077 | $162.50 |
| DaLite 6'x8' carpeted tripod screen | DOJ-C-076 - 077 | $25.00 |
| Eiki Powerhouse 3500 ANSI lumen data (1024x768) projector supplied with 1.2" wide angle short throw lens installed | DOJ-C-076 - 077 | $475.00 |
| Samsung 151MP 15" flat screen monitor | DOJ-C-076 - 077 | $225.00 |
| Extron SW6ARMSHV 6x1 RGBHV DA switcher | DOJ-C-076 - 077 | $37.50 |
| Extron ADA 6 300 MXHV 1x6 RGBHV DA | DOJ-C-076 - 077 | $37.50 |
| Gold Display Easels | DOJ-C-076 - 077 | $15.00 |
| Carts/Stands w/ skirts, 1 for projector, 1 for 15" monitor, 2 tech carts one for Samsung and one for government tech table | DOJ-C-076 - 077 | $40.00 |

Total:                                                                                           $2,207.50


Fees for copies

| | | |
|---|---|---|
| Imaging, Document Preparation, Scanning, and OCR; CD Burning (149,452 pages) of documents produced by Dentsply in response to several document requests, 7/6/00 | DOJ-C-078 - 080 | $20,627.12 |
| Copies of Ivoclar documents produced to Dentsply, 7/26/00 | DOJ-C-081 - 082 | $7,694.25 |

Total:                                                                                           $28,321.37


TOTAL:                                                                                          $113,571.98

---

[5] With the exception of "Court Exhibits," fees for exemplification reflect half the totals charged by Visual World Systems, Inc. because the costs were split between the United States and Dentsply.