MAY-31-2005   09:38        DOJ/ANTITRUST DIVISION                    202 514 6738    P.07

**Butler and Witten**
1895 Centre St., Suite 202
Boston, MA, 02132
(617) 325-6455 , Fax (617) 325-5952

**RETURN SERVICE REQUESTED**

TAX ID No. 04-3119056

*Date received by Lit 1 on 5/13/02*

**Invoice**

UNITED STATES ATTORNEY'S OFFICE
US DEPT. OF JUSTICE - ANTI-TRUST DIVISION
LIBERTY PLACE BLDG. - 325 WEST SEVENTH STREET NW
WASHINGTON DC 20530
Attn: Richard Cooke

*TIN: 04-3119056*

Reference Job #46375 when remitting.

United States of America vs Dentsply International Inc.,

Your Reference number: *** DCN 1510
**Federal/US District Court Subpoena**
**David R. Pohl**

Completed Personal Service to David R. Pohl on
April 9, 2002 at 10:00 PM,
at 345 Blue Ridge Road, North Andover, MA 01845
by Joseph Puglisi, Constable
Action/Hearing Date **April 15, 2002, @ 9:00 AM.**

Service & Travel $66.00

**Please Remit: $66.00**

All invoices are due upon receipt.

## Thank you for placing your trust in us.

**APPROVED FOR PAYMENT**
*Robin Atin*
**Office of the Exec. Ofc. (Budget and Fiscal)**
A/C *004148* (Account Class-Cost Ctr.)
DC# *1510* (Document Control Number)
D/R *5/13/02* (Date Received)
D/A *5/14/02* (Date Accepted)
DOJ File # _____ (if any)

02 MAY 14 PM 2:31
ANTITRUST DIVISION

**MD LEGAL SERVICE INC**
**1422 CHESTNUT STREET STE 711**
**PHILADELPHIA PA  19102**
**(215) 665-8070 FAX (215) 665-1442**

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/17/'02 | 16047 |

**BILL TO**

UNITED STATES DEPARTMENT OF JUSTICE
ANTITRUST DIVISION/HEALTH CARE TASK FOR(
LIBERTY PLACE BUILDING
WASHINGTON DC  20530
ATTN: RICHARD COOKE

**TERMS: 10 DAYS**

ID # 23-2646776

| DATE | REFERENCE | | AMOUNT |
|------|-----------|---|--------|
| 04/12/02 | USA V DENTSPLY INT'L INC | SERVE SUBPOENA ROBERT BRENNAN, BLUE BELL PA | 65.00 |
| 04/15/02 | USA V DENTSPLY INT'L INC | SERVE SUBPOENA ROBERT BRENNAN, BRISTOL PA | 50.00 |

I certify that these goods and/or services
were received and accepted. Oral purchase
was authorized and no confirming order has
been issued.

Joseph R. Sutton                    MAY - 6 2002
Chief, Support Services Unit         **Date**
Antitrust Division

**APPROVED FOR PAYMENT**
Robert Cote
**Office of the Exec. Ofc. (Budget and Fiscal)**
A/C CC4148 (Account Class-Cost Ctr.)
DC # 1784 (Document Control Number)
D/R 5/2/02 (Date Received)
D/A 5/6/02 (Date Accepted)
DOJ File # _____ (if any)

**Total** $115.00

DOJ-C-002

Brian P. Gaffigan
Official Court Reporter
U.S. Courthouse
844 King Street, Lockbox 24
Wilmington, DE  19801
(302) 573-6360

March 26, 2002

U.S. ATTORNEY'S OFFICE
BY:  JUDITH M. KINNEY, ESQ.

IN RE: USA v DENTSPLY
Civil No. 99-05-SLR    ; CONDENSED)

3/25/02, 1 transcript, 87 pages

TOTAL:  87 pages @ $1.50 = $130.50

Please return a copy of this invoice with your check.
This helps me track payments in my billing system.

Thank you.

Condensed transcript or ASCII
available upon request.

DOJ-C-003

Phone: (302) 573-6195

# LEONARD A. DIBBS

*Chief Court Reporter*
LOCK BOX 24
844 KING STREET
WILMINGTON, DELAWARE 19801
APril 19, 2002

TO:  Richard S. Martin, Esquire
U.S. Department of Justice
Antitrust Division
325 7th St, N.W.
Room 422
Washington, DC 20530

RE:   USA vs Dentsply

FOR:   Transcripts, Minuscripts & ASCII Disks for the 1st week of trial held before
the Honorable Chief Judge Sue L. Robinson, U.S.D.C.

PROCEEDINGS:     1178 pages                                          $7068.00

                                                    TOTAL  $7068.00

       [PRICE PER PAGE:   $6.00]

                    THANK YOU !

DOJ-C-004

Phone: (302) 573-6195

# LEONARD A. DIBBS

*Chief Court Reporter*
LOCK BOX 24
844 KING STREET
WILMINGTON, DELAWARE 19801

April 26, 2002

TO:   Richard S. Martin, Esq
      U.S. Department of Justice
      Antitrust Division
      325 7th St, NW
      Room 422
      Washington, DC 20530          TAX ID # 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

RE:   USA vs Dentsply

FOR: Transcripts, MInuscripts & ASCII Disks for the 2nd week of trial held before
the Honrable Chief Judge SUe L. Robinson, U.S.D.C..

TRANSCRIPTS/PROCEEDINGS:      1122 pages                    $6732.00

                                            TOTAL   $6732.00

                        THANK YOU !

Phone: (302) 573-6195

# LEONARD A. DIBBS

*Chief Court Reporter*
LOCK BOX 24
844 KING STREET
WILMINGTON, DELAWARE 19801
May 23, 2002

RECEIVED
5-26-02

TO: Richard S. Martin, Esq
U.S. Department of Justice
Antitrust Division
325 7th ST, NW
Room 422
Washington, DC 20530

TAX ID # 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

RE:   USA vs. Dentsply

FOR:   Transcripts., Minuscripts & ASCII Disks for the 3rd week of trial held in the above matter before the Honorable Chief Judge Sue L. Robinson, U.S.D.C.

PROCEEDINGS:        1188 pages                              $7128.00

*Approved for payment*
*M J Rott*
*5-28-02*

TOTAL   $7128.00

THANK YOU !

Phone: (302) 573-6195

# LEONARD A. DIBBS

*Chief Court Reporter*
LOCK BOX 24
844 KING STREET
WILMINGTON, DELAWARE 19801

May31, 2002

TO: Richard S. Martin, Esq
U.S. Department of Justice
Antitrust DIvision
325 7th Street, N.W.
Room 407
Washington, D.C. 20530

RE:  USA vs Dentsply

FOR: Transcripts, MInuscripts & ASCII DIsks for the 4th week of trial held in the
above matter before the Honorable Chief Judge SUe L. Robinson, U.S.D.C.J.

| | | |
|---|---|---|
| PROCEEDINGSS: | 725 pages | $4350.00 |
| | TOTAL | $4350.00 |

THANK YOU !

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684                      123912    ESQUD11
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325                92212EDC  09/17/99
325 Seventh Street, N.W.
Suite 430                                                 06/01/05
Washington, DC 20530

ATTN : Frederick Young, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/25/99:      1- 249  249 PGS @ $2.10      522.90  1CC
Joe Baca
                                                                15.00
Minuscript & ascii                       249 @  $1.15          286.35
Four day delivery - copy                 259 @  $0.50          129.50
Exhibits - copied & tabbed                                     35.00
Delivery                                                        98.88
ACCOUNT SERVICE FEE



                                                            -1,087.63
        PAYMENTS RECEIVED
                                                                0.00
          BALANCE DUE
                                            For Invoice Questions,
***SAVE $98.88                                    Please Call
AMOUNT DUE IF PAID BEFORE  10/17/99  $-98.88     (866) 377-5964
AMOUNT DUE IF PAID AFTER   10/17/99  1,087.63   Fax (973) 377-9543


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


      Esquire Deposition Services, LLC      JOB: 123912  TOT: $0.00
      P.O Box 827829                        INVOICE #: 92212EDC
      Philadelphia,PA 19182-7829            DATE: 06/01/05
      Tax ID # 22-3779684


      U.S. Department of Justice - 325
      Attn: Frederick Young, Esq.
      325 Seventh Street, N.W.
      Suite 430
      Washington, DC 20530

                                                    DOJ-C-008



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                127354      HOSTA01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

| INVOICE NUMBER | DATE |
|---|---|
| 96972EDC | 01/21/00 |

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

05/19/05

ATTN : Yolanda Thomas, Esq.

Due Upon Receipt   | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| SERVICES PROVIDED ON 01/07/00:<br>Lloyd W. Bauman | 1- 174 ·174 PGS @ $2.00 | 348.00 | 1CC |
| | 60 @  $0.30 | 18.00 | |
| Exhibits | | 10.00 | |
| Delivery | | 37.60 | |
| ACCOUNT SERVICE FEE | | | |

PAYMENTS RECEIVED                                    -413.60

BALANCE DUE                          TOTAL      0.00   *Thank You!*

***SAVE $37.60**
**AMOUNT DUE IF PAID BEFORE**  02/20/00    $-37.60
**AMOUNT DUE IF PAID AFTER**   02/20/00    $413.60

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 127354  TOT: $0.00
INVOICE #: 96972EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Yolanda Thomas, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-009



# Fink & Carney
### Reporting and Video

*Across the Street/Around the World™*

1-800-NYC-FINK
1-877-FAX-FINK

Bill To:

Remit to:
39 West 37th Street, Sixth Floor
New York, NY 10018

**INVOICE**

STEVEN KRAMER, ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
325 SEVENTH STREET, N.W., 4TH FLOOR
WASHINGTON, DC 20530

67597

| DATE | CLIENT | FILE |
|------|--------|------|
| 02/08/2002 | 11000 | 3348 |

Re: DENTSPLY INTERNATIONAL   US
Assignment Date: February 05, 2002

DEPOSITION OF HORST BECKER

| | | |
|---|---|---|
| 1C TRANSCRIPT EXPEDITE | 249.0 Pages | 1,332.15 |
| EXHIBIT TABBING | | 5.18 |
| FEDERAL EXPRESS | | 39.65 |
| PHOTOCOPYING DOCUMENTS | | 35.64 |
| | | ========== |
| | Total Amount $ | 1,412.62 |
| | Less Paid To Date $ | 1,412.62 |
| | Total due $ | 0.00 |

Tax I.D. No.
13-2656827

  

## Method of Payment:

☐ Check Enclosed                 ☐ Charge my Credit Card:

Please Make Checks Payable to:
Fink & Carney

Signature (as it appears on your credit card)

RALPH FINK & ASSOCIATES, INC.
Federal Tax Id#: 13-2656827 (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐
Credit Card #                          Exp. Date        Daytime Phone

DOJ-C-010

MAY-19-2005  16:44    HERITAGE REPORTING                202 371 0935    P.18

**Heritage Reporting Corporation**

# Invoice

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|------|-------------|
| 2/29/2000 | 8549 |

| BILL TO |
|---------|
| Dept. of Justice, Antitrust Division<br>Attn:  Yolanda Thomas<br>325 Seventh Street<br>4th Floor<br>Washington, D.C.  20530 |

PAID

| | Contract #/PO | | | | SET |
|---|---|---|---|---|---|
| | | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 000203005 | U.S. v. Dentsply:  Cyril Buckley<br>pages:  1-105<br>New York, NY | 105 | 2.90 | 304.50 |
| 5 | Volume Discount: Contract 9XTDOJ-0184<br>2nd Quarter FY 2000 | | -4.00% | -12.18 |

| **Total** | |
|-----------|--|
| | $292.32 |

DOJ-C-011



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

127949     ESQUD10

| INVOICE NUMBER | DATE |
|---|---|
| 98216EDC | 02/28/00 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

ATTN : Yolanda Thomas, Esq.

05/19/05

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 01/24/00:
Joseph Burkhardt      1- 338  338 PGS @ $3.00    1,014.00    1CC

Minuscript & ascii                              15.00
Exhibits                  85 @  $0.30            25.50
Delivery                                         10.00
ACCOUNT SERVICE FEE                             106.45

PAYMENTS RECEIVED                              -1,170.95

BALANCE DUE          TOTAL          0.00  *Thank You!*

***SAVE 106.45
AMOUNT DUE IF PAID BEFORE  03/29/00  $-106.45
AMOUNT DUE IF PAID AFTER   03/29/00  1,170.95

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 127949  TOT: $0.00
INVOICE #: 98216EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Yolanda Thomas, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-012



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          128934     ESQUD10
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

| INVOICE NUMBER | DATE |
|---|---|
| 98339EDC | 02/29/00 |

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530                                        05/19/05

ATTN : Dionne C. Lomax, Esq.

Due Upon Receipt    | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| SERVICES PROVIDED ON 02/15/00: Joseph Burkhardt | 1- 298  298 PGS @ $3.00 | 894.00 | 1CC |
| | | 15.00 | |
| Minuscript & ascii | 306 @  $0.30 | 91.80 | |
| Exhibits | | 10.00 | |
| Delivery | | 101.08 | |
| ACCOUNT SERVICE FEE | | | |

PAYMENTS RECEIVED                                          -1,111.88

BALANCE DUE                              TOTAL         0.00   *Thank You!*

***SAVE 101.08**
**AMOUNT DUE IF PAID BEFORE** 03/30/00  **$-101.08**
**AMOUNT DUE IF PAID AFTER** 03/30/00   **1,111.88**

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 128934  TOT: $0.00
INVOICE #: 98339EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-013

MAY-19-2005  16:43        HERITAGE REPORTING                202 371 0935    P.02

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/4/1999 | 7150 |

**PAID**

| BILL TO |
|---------|
| U.S. DOJ, Antitrust Division<br>Attn: William Berlin, Esq.<br>325 7th Street, NW  Room 9318<br>Washington, D.C. 20530 |

| Contract #/PO | | | | SET | |
|---|---|---|---|---|---|
| BPA | | | Hand Del | Depo Set | |
| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT | |
| 990716007 | U.S. v. Dentsply Int. / William Berlin, Esquire<br>5-B Delivery / Green Bay, WI<br>No. 99-005 (MMS) / Deposition<br>of Reynolds Challoner<br>Pages 1-179 | 179 | 3.45 | 617.55 | |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -4.00% | -24.70 | |

| | **Total** | $592.85 |
|---|---|---|

DOJ-C-014

MAY-19-2005  16:44    HERITAGE REPORTING    202 371 0935    P.16

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 1/28/2000 | 8285 |

**BILL TO**

Dept. of Justice, Antitrust Division
Attn:  Yolanda Thomas
325 Seventh Street
4th Floor
Washington, D.C. 20530

PAID

| Contract #/PO | | | | SET | |
|---|---|---|---|---|---|
| **ITEM** | **TITLE/DOCKET/LOCATION** | **PAGES** | **RATE** | **AMOUNT** | |
| 991214003 | U.S. v. Dentsply:  Christopher T. Clark 99-0005(MMS)/pages: 1-242 Washington, DC | 242 | 2.90 | 701.80 | |
| 991215001 | U.S. v. Dentsply 99-0005(MMS)/pages: 243-472 Washington, DC | 230 | 2.90 | 667.00 | |
| 991214003 | U.S. v. Dentsply Videographer 12-14-99 and 12-15-99 Time and materials | 1 | 2,375.00 | 2,375.00 | |

| | **Total** | $3,743.80 |
|---|---|---|

DOJ-C-015

# KNIGHT REPORTING SERVICE, LTD.

411 HAMILTON BOULEVARD, SUITE 1932
PEORIA, ILLINOIS 61602

(309) 637-0700
FAX (309) 637-0765

**TAX ID# 37-1319887**

| BILL TO |
| --- |
| U.S. DEPT. OF JUSTICE<br>325 7th Street NW, Suite 400<br>Washington, DC 20530<br>(202) 307-2869<br>ATTN: FREDERICK YOUNG, ESQ. |

| DATE | INVOICE NO. | REPORTER |
| --- | --- | --- |
| 7/12/1999 | 2598 | JEJ |

| JOB DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | In Re: United States of America versus<br>Dentsply International, Inc.;<br>Case No. 99-005 | |
| 7/8/1999 | Reporting the deposition of BRUCE COLGIN<br>in Peoria, Illinois, and preparation of the<br>Original condensed transcript with ASCII<br>disk as follows: | 535.80 |
| | Per Diem: 9:00 - 2:00, $105.00<br>167 pages @ $2.40 per page: $400.80<br>ASCII disk: $10.00<br>Overnight shipping charges: $20.00 | |
| | THANK YOU VERY MUCH!! | |

| | **Total** | **$535.80** |
| --- | --- | --- |

DOJ-C-016



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014   Fax: (202)296-8652

123915    FOSHT01

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 93882EDC | 10/29/99 |

05/19/05

ATTN : Dionne C. Lomax, Esq.

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| SERVICES PROVIDED ON 09/15/99:<br>Robert Alan Cook   1- 195   195 PGS @ $2.00 | | 390.00 | 1CC |
| Delivery | | 10.00 | |
| PAYMENTS RECEIVED | | -400.00 | |

| | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 123915  TOT: $0.00
INVOICE #: 93882EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



LINKING TESTIMONY, TRADITION AND TECHNOLOGY
DOJ-C-017



**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

126572    HUSEA01

| INVOICE NUMBER | DATE |
|---|---|
| 95428EDC | 12/09/99 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

ATTN : Dionne C. Lomax, Esq.

05/19/05

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
UNITED STATES V. DENTSPLY INTERNATIONAL

| SERVICES PROVIDED ON 11/22/99: | | | | |
|---|---|---|---|---|
| Perrin Des Portes | 1- 223 | 223 PGS @ $2.50 | 557.50 | 1CC |
| | | | 15.00 | |
| Minuscript & ascii | 222 @ $0.30 | | 66.60 | |
| Exhibits | | | 15.00 | |
| Delivery | | | 65.41 | |
| ACCOUNT SERVICE FEE | | | | |

PAYMENTS RECEIVED

-719.51

TOTAL    0.00    Thank You!

BALANCE DUE

***SAVE $65.41
AMOUNT DUE IF PAID BEFORE  01/08/00  $-65.41
AMOUNT DUE IF PAID AFTER   01/08/00  $719.51

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 126572  TOT: $0.00
INVOICE #: 95428EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-018



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

126887    ESQUD04

| INVOICE NUMBER | DATE |
|---|---|
| 97412EDC | 02/03/00 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

ATTN : Dionne C. Lomax, Esq.

05/19/05

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 12/08/99:
David D. Dhuet                 1- 111  111 PGS @ $3.00

| | AMOUNT DUE | ENCL. |
|---|---|---|
| | 333.00 | 1CC |
| Minuscript & ascii | 15.00 | |
| Delivery | 10.00 | |
| ACCOUNT SERVICE FEE | 35.80 | |

PAYMENTS RECEIVED                                          -393.80

BALANCE DUE

| | TOTAL | 0.00 | Thank You! |

***SAVE $35.80
AMOUNT DUE IF PAID BEFORE  03/04/00   $-35.80
AMOUNT DUE IF PAID AFTER   03/04/00   $393.80

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 126887  TOT: $0.00
INVOICE #: 97412EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-019

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    142958    ALLIC01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice
325 7th Street, N.W.                      118865EDC 02/20/02
Washington, DC 20530
                                                    05/19/05

ATTN : Bennett J. Matelson, Esq.

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 02/14/02:
Kevin Dillon, Sr.                1- 232  232 PGS @ $2.00        464.00  1CC

                                                                15.00
Minuscript & ascii                   36 @  $1.00                36.00
Word index                          124 @  $0.50                62.00
Exhibits                            232 @  $1.00               232.00
Four day delivery - copy                                        10.00
Delivery                                                        81.90
ACCOUNT SERVICE FEE ***

                                                         -900.90
PAYMENTS RECEIVED

                                                            0.00
BALANCE DUE

                                            For Invoice Questions,
***SAVE $81.90                                    Please Call
AMOUNT DUE IF PAID BEFORE  03/22/02  $-81.90    (866) 377-5964
AMOUNT DUE IF PAID AFTER   03/22/02  $900.90   Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Esquire Deposition Services, LLC    JOB: 142958  TOT: $0.00
P.O Box 827829                      INVOICE #: 118865EDC
Philadelphia,PA 19182-7829          DATE: 05/19/05
Tax ID # 22-3779684

U.S. Department of Justice
Attn: Bennett J. Matelson, Esq.
325 7th Street, N.W.
Washington, DC 20530

DOJ-C-020



**ESQUIRE**
DEPOSITION SERVICES"
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          127913    ESQUD34
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 98346EDC | 02/29/00 |

05/19/05

ATTN : Frederick Young, Esq.                    Due Upon Receipt    | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:
UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 01/27/00:
| Pedro Fernandez | 1- 359   359 PGS @ $3.00 | 1,077.00 | 1CC |
|---|---|---|---|
| Minuscript & ascii | | 15.00 | |
| Exhibits | 416 @   $0.30 | 124.80 | |
| Delivery | | 10.00 | |
| ACCOUNT SERVICE FEE | | 122.68 | |

PAYMENTS RECEIVED                                          -1,349.48

BALANCE DUE                              TOTAL      0.00   Thank You!

***SAVE 122.68
AMOUNT DUE IF PAID BEFORE  03/30/00   $-122.68
AMOUNT DUE IF PAID AFTER   03/30/00   1,349.48

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

— — — — — — — — — — — — — — — — — — — — — — — —

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 127913   TOT: $0.00
INVOICE #: 98346EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Frederick Young, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES"
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
DOJ-C-021

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                        123911        ESQUD05
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325                94949EDC   11/29/99
325 Seventh Street, N.W.
Suite 430                                                  06/01/05
Washington, DC 20530

ATTN : Frederick Young, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/23/99:
Ronald Fichter                  1- 250   250 PGS @ $2.10      525.00   1CC

                                                              15.00
Minuscript & ascii                       225 @  $0.50        112.50
Exhibits                                                      15.00
Delivery                                                      66.75
ACCOUNT SERVICE FEE



                                                            -734.25
         PAYMENTS RECEIVED
                                                               0.00
           BALANCE DUE
                                                    For Invoice Questions,
***SAVE $66.75                                            Please Call
AMOUNT DUE IF PAID BEFORE  12/29/99   $-66.75           (866) 377-5964
AMOUNT DUE IF PAID AFTER   12/29/99   $734.25          Fax (973) 377-9543


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


    **Esquire Deposition Services, LLC**       JOB: 123911  TOT: $0.00
    P.O Box 827829                            INVOICE #: 94949EDC
    Philadelphia,PA 19182-7829                DATE: 06/01/05
    Tax ID # 22-3779684


    U.S. Department of Justice - 325
    Attn: Frederick Young, Esq.
    325 Seventh Street, N.W.
    Suite 430
    Washington, DC 20530

                                                        DOJ-C-022

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          126791    CIN- 01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430                                    95295EDC  12/07/99
Washington, DC 20530
                                                       05/19/05

ATTN : Dionne C. Lomax, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 11/30/99:
Bryan Frazier             1- 222  222 PGS @ $2.00     444.00  1CC

Minuscript & ascii                                    15.00
Exhibits                      78 @  $0.50             39.00
Delivery                                              15.00
ACCOUNT SERVICE FEE                                   51.30




PAYMENTS RECEIVED                                   -564.30

         BALANCE DUE                                   0.00

***SAVE $51.30                            For Invoice Questions,
AMOUNT DUE IF PAID BEFORE  01/06/00  $-51.30      Please Call
AMOUNT DUE IF PAID AFTER   01/06/00  $564.30    (866) 377-5964
                                              Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    **Esquire Deposition Services, LLC**    JOB: 126791  TOT: $0.00
    P.O Box 827829                          INVOICE #: 95295EDC
    Philadelphia,PA 19182-7829              DATE: 05/19/05
    Tax ID # 22-3779684


    U.S. Department of Justice - 325
    Attn: Dionne C. Lomax, Esq.
    325 Seventh Street, N.W.
    Suite 430
    Washington, DC 20530

                                              DOJ-C-023

**Alderson Reporting Co., Inc.**
1111 14th Street, NW  4th Floor
Washington, DC  20005-5650
Phone #: (202) 789-6308 Fax #: (202) 289-8850
E-Mail: ar@aldersonreporting.com
Federal I.D. No.  53-0257990

# INVOICE

Reprinted On: 4/12/2002



To:   Jon B. Jacobson
      United States Department of Justice
      Antitrust Division
      325 7th Street, NW  Suite 400
      Washington, DC  20530

Atty.Acct. No.: 7141
Case/Matter No.:
Our Ref. No.: 122-1
Your Ref. No.:
Location: **Buffalo, NY**

2/11/2002

29328

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE:  **United States vs. Dentsply**
Witness:   **Robert  Ganley**
Proceeding Date:  1/16/2002

Classified:

| Remarks: [Billing Notes or other Details] | Qty | Amount | Charges |
|---|---|---|---|
| Certified Copy - Robert  Ganley | 259.00 | 3.25 | $841.75 |
| Free E-Transcript | 1.00 | 0.00 | $0.00 |
| Exhibits (First 100 Pages Free) 653 | 553.00 | 0.30 | $165.90 |
| Free ASCII Disk | 1.00 | 0.00 | $0.00 |
| Free Condensed Transcript | 1.00 | 0.00 | $0.00 |
| Free Overnight Shipping | 1.00 | 0.00 | $0.00 |

| Credit Card Payment:   AMEX [ ]   Visa [ ]   MasterCard [ ] | | |
|---|---|---|
| Account #: | Expiration Date: | |
| Registered To: | Signature: | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | 1,007.65 |
| Interest Accrued: | 0.00 |
| Grand Total: | 1,007.65 |
| Amount Paid: | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

TOTAL BALANCE DUE    1,007.65

# Thank You For Your Business

**Heritage Reporting Corporation**

# Invoice

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|------|-------------|
| 9/17/1999 | 7506 |

**PAID**

**BILL TO**

U.S. DOJ,  Antitrust Division
Attn:  William Berlin, Esq.
325 7th Street, NW  Room 9318
Washington, D.C. 20530

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| BPA | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 990902004 | U.S. v. Dentsply<br>99-0005(MMS)/pages 1-138<br>Washington, DC<br>Deposition of Michael J. Golden | 138 | 2.90 | 400.20 |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -5.00% | -20.01 |

| **Total** | $380.19 |
|-----------|---------|

DOJ-C-025

06/01/2005  13:10    7784581277        LYON REPORTING        PAGE  02

**Lyon Reporting, Inc.**
**Certified Court Reporters**
Post Office Box 81124
Atlanta, Georgia  30366
(770) 458-5500
Federal ID# 58-1798114

FREDERICK S. YOUNG, ESQ.              June  1, 2005
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION                    Invoice# 7624
SUITE 400, LIBERTY PLACE BUILDING
325 7TH STREET, N.W.                  Balance:        $.00
WASHINGTON, D.C.  20530

Caption: HOWARD HESS DENTAL v. DENTSPLY INT'L., et al.
         NO. 99-255 (MMS)
Scheduled: 12/02/99    Billed: 12/17/99
Reporter: TERESA A. IRONS, RPR

## I n v o i c i n g    I n f o r m a t i o n

### Charge Description

ORIGINAL AND ONE COPY OF THE DEPOSITION TRANSCRIPT
OF BETSY HARRIS, VOLUME I, TAKEN AT 1612 N.E.
EXPRESSWAY, ATLANTA, GEORGIA, ON DECEMBER 2, 1999,
PLUS COMPRESSED TRANSCRIPT WITH WORD INDEX AND
LARGE NUMBER OF EXHIBITS PHOTOCOPIED.

```
250 PAGES @ 3.80/PG   =   950.00
APPEARANCE FEE        =    85.00
EXHIBITS 395 @ .25/EA =    98.75
POSTAGE               =    11.65
HANDLING              =    10.00
                  TOTAL = $1155.40
```

                          Sub Total:      1,155.40
                    Payments/Credits:     1,155.40

      P l e a s e   R e m i t   - - - >   Total Due:    $.00


            INVOICE IS DUE AND PAYABLE UPON RECEIPT.
       * LYON REPORTING CELEBRATES 30 YEARS OF SERVICE *


DOJ-C-026

**Lyon Reporting, Inc.**
**Certified Court Reporters**
Post Office Box 81124
Atlanta, Georgia  30366
(770) 458-5500
Federal ID# 58-1798114

FREDERICK S. YOUNG, ESQ.                    June  1, 2005
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION                          Invoice# 7665
SUITE 400, LIBERTY PLACE BUILDING
325 7TH STREET, N.W.                        Balance:        $.00
WASHINGTON, D.C.  20530


Caption: HOWARD HESS DENTAL v. DENTSPLY INT'L., et al.
         NO. 99-255 (MMS)
Scheduled: 12/03/99    Billed: 01/13/00
Reporter: ROBIN K. WATKINS, RPR


           I n v o i c i n g    I n f o r m a t i o n


Charge Description

ORIGINAL AND ONE COPY OF THE DEPOSITION TRANSCRIPT
OF BETSY HARRIS, VOLUME II, TAKEN AT 1612 N.E.
EXPRESSWAY, ATLANTA, GEORGIA, ON DECEMBER 3, 1999,
PLUS COMPRESSED TRANSCRIPT WITH WORD INDEX.


   210 PAGES @ 3.80/PG  =   798.00
   APPEARANCE FEE       =    70.00
   EXHIBITS - WITH VOLUME I
   POSTAGE              =    11.60
   HANDLING             =    10.00
                      TOTAL = $889.60


                              Sub Total:      889.60
                         Payments/Credits:    889.60

      P l e a s e   R e m i t   - - - >   Total Due:      $.00


           INVOICE IS DUE AND PAYABLE UPON RECEIPT.
        * LYON REPORTING CELEBRATES 30 YEARS OF SERVICE *