

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    123888      ESQUD24
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 92043EDC | 09/14/99 |

05/19/05

ATTN : Dionne C. Lomax, Esq.              Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

| SERVICES PROVIDED ON 08/25/99: | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| Kathryn Haynes | 1- 232  232 PGS @ $2.50 | 580.00 | 1CC |
| Minuscript & ascii | | 15.00 | |
| Exhibits | 338 @  $0.50 | 169.00 | |
| Delivery | | 15.00 | |
| ACCOUNT SERVICE FEE | | 77.90 | |
| ACCOUNT SERVICE FEE | | 118.50 | |

PAYMENTS RECEIVED                                    -779.00

BALANCE DUE

| | TOTAL | Thank You! |
|---|---|---|
| | 77.90 | |

***SAVE 118.50
AMOUNT DUE IF PAID BEFORE  10/14/99   $-40.60
AMOUNT DUE IF PAID AFTER   10/14/99   $856.90

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 123888  TOT: $77.90
INVOICE #: 92043EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-028

**Heritage Reporting Corporation**

# Invoice

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|------|-------------|
| 9/17/1999 | 7505 |

**BILL TO**

U.S. DOJ, Antitrust Division
Attn:  Dionne C. Lomax
325 7th Street, NW
Washington, D.C. 20530

**PAID**

| Contract #/PO | | | | SET | |
|---|---|---|---|---|---|

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 990831005 | U.S. v. Dentsply/ 99-0005(MMS)/pages 1-176 Washington, DC Deposition of Devon Howe | 176 | 2.90 | 510.40 |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -5.00% | -25.52 |

| | **Total** | **$484.88** |
|---|---|---|

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    123910      ESQUD10
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325
325 Seventh Street, N.W.                        92052EDC  09/15/99
Suite 430
Washington, DC 20530                                      05/19/05

ATTN : Dionne C. Lomax, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/19/99:
Rand F. Jaslow                  1- 367   367 PGS @ $2.35        862.45  1CC

Minuscript & ascii                                              15.00
Exhibits                         329 @   $0.50                 164.50
Delivery                                                        15.00
ACCOUNT SERVICE FEE                                            105.70


PAYMENTS RECEIVED                                          -1,056.95

BALANCE DUE                                                   105.70

***SAVE 105.70
AMOUNT DUE IF PAID BEFORE  10/15/99     $0.00       For Invoice Questions,
AMOUNT DUE IF PAID AFTER   10/15/99  1,162.65            Please Call
                                                        (866) 377-5964
                                                       Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Esquire Deposition Services, LLC**       JOB: 123910  TOT: $105.70
P.O Box 827829                             INVOICE #: 92052EDC
Philadelphia,PA 19182-7829                 DATE: 05/19/05
Tax ID # 22-3779684


U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

DOJ-C-030

MAY-19-2005  16:44    HERITAGE REPORTING    202 371 0935    P.17

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/4/2000 | 8382 |

**PAID**

**BILL TO**

Dept. of Justice, Antitrust Division
Attn:  Yolanda Thomas
325 Seventh Street
4th Floor
Washington, D.C.  20530

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| Contract #/PO | | | SET | |
| 000117001 | Dentsply International:  Steven Jenson<br>CA99-005/ pages 1-215<br>York, PA | 215 | 2.90 | 623.50 |
| 5 | Volume Discount: Contract 9XTDOJ-0184<br>2nd Quarter FY 2000 | | -2.00% | -12.47 |
| 000118008 | Dentsply International:  Steven Jenson<br>CA-99-005/pages 216-477<br>York, PA | 216 | 2.90 | 626.40 |
| 5 | Volume Discount: Contract 9XTDOJ-0184<br>2nd Quarter FY 2000 | | -5.00% | -31.32 |
| 000117002 | Videoographer Time and Materials  1-17 and 1-18 | 1 | 2,375.00 | 2,375.00 |

| **Total** | **$3,581.11** |
|-----------|---------------|

DOJ-C-031

05/19/2005  11:51    2022890566                    OLENDER/VIDEO AGE                    PAGE  02

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 991919 | 03/13/2002 | 01-17133 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/07/2002 | FRANKI | 99-005 (SLR) |
| | CASE CAPTION | |

Steven Kramer, Esq.
U.S. Dept. of Justice; Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, DC 20530

U.S.A v. Dentsply International

| TERMS |
|---|
| Due upon receipt |

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    STEVEN JENSON                        394 Pages @        6.10/Page      2,403.40
            EXHIBITS                     516 Pages @         .25/Page        129.00
            Condensed Trans w/ Index                                           n/c
            Disk: ASCII Format                                                 n/c
            Video Tape: (2hr Min)                                           285.00
            Additional Video Hours       7.00 Hours @      85.00/Hour        595.00
            Shipping & Handling                                               12.00

                                         TOTAL DUE  >>>>               3,424.40

    (Video provided by Video Age, Inc., a subsidiary of Olender Reporting, Inc.)
```

TAX ID NO.:  52-1358946                                    (202) 307-6200   Fax (202) 616-8544

*Please detach bottom portion and return with payment.*

Steven Kramer, Esq.
U.S. Dept. of Justice; Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, DC 20530

Invoice No.:    991919
Date        :   03/13/2002
TOTAL DUE   :    3,424.40

Job No.     :  01-17133
Case No.    :   99-005 (SLR)
U.S.A v. Dentsply International

Remit To:    **Olender Reporting, Inc.**
             **1522 K Street, NW, Suite 720**
             **Washington, DC 20005**

DOJ-C-032

**Alderson Reporting Co., Inc.**
1111 14th Street, NW  4th Floor
Washington, DC  20005-5650
Phone #: (202) 789-6308 Fax #: (202) 289-8850
E-Mail: ar@aldersonreporting.com
Federal I.D. No.  53-0257990

# INVOICE

Reprinted On: 5/15/2002

To: Steven Kramer, Esq.
U.S. Department of Justice
325 7th Street, N.W. Ste. 426
Washington, DC 20530

Atty.Acct. No.: 3855
Case/Matter No.:
Our Ref. No.: 4274-1
Your Ref. No.:
Location:  Wilmington, DE

| Invoice Date |
| --- |
| 4/30/2002 |

| Invoice No. |
| --- |
| 31238 |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE:  United States vs. Dentsply
Witness:    Steven Jenson
Proceeding Date:  4/21/2002

Classified:

| Description | Qty. | Amount | Charges |
| --- | --- | --- | --- |
| 2 Business Day Delivery - Steven Jenson | 266.00 | 5.95 | $1582.70 |
| Appearance Fee | 1.00 | 200.00 | $200.00 |
| Video Setup & First 3 hours | 1.00 | 270.00 | $270.00 |
| Videotaping of Proceedings (Additional Hours) | 2.00 | 90.00 | $180.00 |
| Weekend/Evening Fee (2 Business Day Delivery) | 266.00 | 1.00 | $266.00 |
| Video to CD Conversion | 8.00 | 100.00 | $800.00 |
| Time Stamping | 266.00 | 0.25 | $66.50 |
| Exhibit Copies | 396.00 | 0.30 | $118.80 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |

| Credit Card Payment: | AMEX [ ]   Visa [ ]   MasterCard [ ] | |
| --- | --- | --- |
| Account #: | | Expiration Date: |
| Registered To: | | Signature: |

| **TERMS: NET 30 DAYS** | Sub-Total: | 3,539.00 |
| --- | --- | --- |
| To ensure proper credit, please indicate Invoice Number with payment. Interest accrues at a rate of 1.5% per month. | Interest Accrued: | 0.00 |
| | Grand Total: | 3,539.00 |
| | Amount Paid: | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

TOTAL BALANCE DUE:       3,539.00

# Thank You For Your Business

DOJ-C-033



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    123886    BAMFR01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

| INVOICE NUMBER | DATE |
|---|---|
| 92055EDC | 09/15/99 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530
                                                                    05/19/05

ATTN : Mark J. Botti, Esq.

Due Upon Receipt        AMOUNT DUE     ENCL.

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| SERVICES PROVIDED ON 08/16/99: Therin Bruce Keeling | 1- 146  146 PGS @ $2.50 | 365.00 | 1CC |
| Minuscript & ascii | 9 @  $0.50 | 15.00 4.50 | |
| Exhibits | | 25.00 | |
| Delivery | | 40.95 | |
| ACCOUNT SERVICE FEE | | | |

-450.45

PAYMENTS RECEIVED

BALANCE DUE                        TOTAL    0.00    Thank You!

***SAVE $40.95
AMOUNT DUE IF PAID BEFORE  10/15/99    $-40.95
AMOUNT DUE IF PAID AFTER   10/15/99    $450.45

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 123886  TOT: $0.00
INVOICE #: 92055EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Mark J. Botti, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES*
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-034

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/9/1999 | 7189 |

**PAID**

**BILL TO**

DOJ, Antitrust Division
Attn:  Frederick Young, Esq.
325 7th Avenue, NW  4th FLoor
Washington, D.C. 20530

| Contract #/PO | | | | SET | |
|---------------|--|--|--|-----|--|
| BPA | | | Hand Del | Depo Set | |
| ITEM | TITLE/DOCKET/LOCATION | | PAGES | RATE | AMOUNT |
| 990720014 | U.S. v. Dentsply Int. / Frederick Young, Esq. 5-B Delivery / Boise, Idaho NO. 99-005 (MMS) - Deposition of Ralph Langer Pages 1-188 | | 188 | 3.45 | 648.60 |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | | -4.00% | -25.94 |

| **Total** | $622.66 |
|-----------|---------|

DOJ-C-035

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620          123913      COLLR01
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice
Antitrust Division
325 7th Street, N.W. Suite 400                    93245EDC   10/14/99
Washington, DC 20530
                                                             05/19/05
ATTN : Frederick S. Young, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/27/99:
Thom Lantz (0+2/2)
                              1- 229   229 PGS @ $3.88
                                                           887.38   O+2
Appearance Fee
                                                           250.00

THIS IS A SPLIT INVOICE
     Expedited transcript
Minuscript & ascii
Medical/technical                                           15.00
Delivery                         229 @  $0.30               68.70
ACCOUNT SERVICE FEE                                         15.00
Account service fee                                        101.59
                                                           123.61


          PAYMENTS RECEIVED
                                                        -1,359.69
              BALANCE DUE
                                                            0.00
***SAVE 123.61
AMOUNT DUE IF PAID BEFORE  11/13/99  $-123.61        For Invoice Questions,
AMOUNT DUE IF PAID AFTER   11/13/99  1,359.69            Please Call
                                                        (866) 377-5964
                                                       Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**Esquire Deposition Services, LLC**
P.O Box 827829                    JOB: 123913  TOT: $0.00
Philadelphia,PA 19182-7829        INVOICE #: 93245EDC
Tax ID # 22-3779684              DATE: 05/19/05


U.S. Department of Justice
Attn: Frederick S. Young, Esq.
Antitrust Division
325 7th Street, N.W. Suite 400
Washington, DC 20530

DOJ-C-036

DOJ-C-036

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          126885      ESQUD04
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325
325 Seventh Street, N.W.                    97417EDC  02/03/00
Suite 430
Washington, DC 20530                                  05/19/05

ATTN : Dionne C. Lomax, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 12/07/99:
Michael A. Macias            1- 268   268 PGS @ $3.00      804.00  1CC

Minuscript & ascii                                        15.00
Delivery                                                  10.00
ACCOUNT SERVICE FEE                                       82.90




PAYMENTS RECEIVED                                       -911.90

BALANCE DUE                                                0.00

***SAVE $82.90                              For Invoice Questions,
AMOUNT DUE IF PAID BEFORE  03/04/00   $-82.90      Please Call
AMOUNT DUE IF PAID AFTER   03/04/00   $911.90     (866) 377-5964
                                               Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Esquire Deposition Services, LLC**      JOB: 126885  TOT: $0.00
P.O Box 827829                            INVOICE #: 97417EDC
Philadelphia,PA 19182-7829               DATE: 05/19/05
Tax ID # 22-3779684


U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

DOJ-C-037

MAY-19-2005  16:43        HERITAGE REPORTING              202 371 0935    P.04

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/4/1999 | 7151 |

**BILL TO**

U.S. DOJ, Antitrust Division
Attn:  William Berlin, Esq.
325 7th Street, NW  Room 9318
Washington, D.C. 20530

PAID

| Contract #/PO | | | | SET | |
|---|---|---|---|---|---|
| BPA | | | Hand Del | Depo Set | |
| ITEM | TITLE/DOCKET/LOCATION | | PAGES | RATE | AMOUNT |
| 990720013 | U.S. v. Dentsply Int. / William Berlin, Esq. 5-B Delivery / Boston, MA NO. 99-005 (MMS) - Deposition of Richard Mariacher Pages 1-235 | | 235 | 3.45 | 810.75 |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | | -4.00% | -32.43 |

| | **Total** | **$778.32** |
|---|---|---|

DOJ-C-038



OLENDER/VIDEO AGE                                                    PAGE  09

Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 951000 | 07/29/2000 | 01-15203 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/13/2000 | MULHJA | |

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

| CASE CAPTION |
|---|
| U.S.A. vs. Dentsply |
| **TERMS** |
| Due upon receipt |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Howard P. Marvel, Ph.D. (vol. 1)          180 Pages @      1.90/Page       342.00
          EXHIBITS                          155 Pages @       .25/Page        38.75
          Rough Draft/Same Day                                                  n/c
          FREIGHT/DELIVERY                                                    10.00

                                    TOTAL  DUE   >>>>                        390.75
```

TAX ID NO. : 52-1358946

(202) 307-0935    Fax (202) 307-5802

*Please detach bottom portion and return with payment.*

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

```
Invoice No.:  951000
Date         :  07/29/2000
TOTAL DUE    :    390.75


Job No.      :  01-15203
Case No.     :
U.S.A. vs. Dentsply
```

Remit To:    Olender Reporting, Inc..
             1522 K Street, NW, Suite.720
             Washington, DC 20005

DOJ-C-039

05/19/2005  11:51   2022890566                OLENDER/VIDEO AGE            PAGE   05



Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108    Fax (202) 289-0566

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 951047 | 08/05/2000 | 01-15208 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/17/2000 | BYRDLO | |
| | CASE CAPTION | |
| | U.S.A. vs Dentsply Int'l | |
| | TERMS | |
| Due upon receipt | | |

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Howard P. Marvel, Ph.D. (vol. 2)     199 Pages @      3.25/Page        646.75
       EXHIBITS                          18 Pages @       .25/Page          4.50
       Rough Draft/Same Day                                                 n/c
       FREIGHT/DELIVERY                                                     n/c

                                         TOTAL DUE   >>>>                  651.25
```

TAX ID NO.:  52-1358946                                    (202) 307-0935   Fax (202) 307-5802

*Please detach bottom portion and return with payment.*

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

```
                                        Invoice No.:   951047
                                        Date       :   08/05/2000
                                        TOTAL DUE  :      651.25


                                        Job No.    :   01-15208
                                        Case No.   :
                                        U.S.A. vs. Dentsply Int'l
```

Remit To:    **Olender Reporting, Inc.**
             **1522 K Street, NW, Suite 720**
             **Washington, DC 20005**

DOJ-C-040



Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 951039 | 08/05/2000 | 01-15216 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/18/2000 | BYRDLO | |
| | CASE CAPTION | |
| U.S.A. vs Dentsply Int'l | | |
| | TERMS | |
| Due upon receipt | | |

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Howard Marvel (vol. 3) | 310 Pages @ | 3.25/Page | 1,007.50 |
| EXHIBITS | 132 Pages @ | .25/Page | 33.00 |
| Rough Draft/Same Day | | | n/c |
| FREIGHT/DELIVERY | | | 15.50 |
| | TOTAL DUE  >>>> | | 1,056.00 |

TAX ID NO.: 52-1358946                                      (202) 307-0935    Fax (202) 307-5802

*Please detach bottom portion and return with payment.*

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

Invoice No.:  951039
Date         :  08/05/2000
TOTAL DUE    :   1,056.00

Job No.     :  01-15216
Case No.    :
U.S.A. vs. Dentsply Int'l

Remit To:    Olender Reporting, Inc.
             1522 K Street, NW, Suite 720
             Washington, DC 20005

DOJ-C-041



Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 951044 | 08/05/2000 | 01-15221 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/19/2000 | MULHJA | |

| | CASE CAPTION | |
|---|---|---|
| U.S.A. vs. Dentsply Int'l | | |

| | TERMS | |
|---|---|---|
| Due upon receipt | | |

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
     Howard P. Marvel, Ph.D. (vol. 4)          107 Pages @        3.25/Page         347.75
          EXHIBITS                              12 Pages @         .25/Page           3.00
          Rough Draft/Same Day                                                         n/c
          FREIGHT/DELIVERY                                                             n/c

                                              TOTAL DUE  >>>>                         350.75
```

TAX ID NO.: 52-1358946                                              (202) 307-0935   Fax (202) 307-5802

*Please detach bottom portion and return with payment.*

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

Invoice No.:    951044
Date       :    08/05/2000
TOTAL DUE  :      350.75

Job No.    :    01-15221
Case No.   :
U.S.A. v. Dentsply Int'l

Remit To:    **Olender Reporting, Inc.**
             **1522 K Street, NW, Suite 720**
             **Washington, DC 20005**

DOJ-C-042



Olender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108  Fax (202) 289-0566

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 991844 | 02/28/2002 | 01-17055 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/14/2002 | NICHCH | 99-005 (SLR) |

| CASE CAPTION | | |
|---|---|---|
| U.S.A. v. Dentsply International | | |

| | TERMS | |
|---|---|---|
| Due upon receipt | | |

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    HOWARD MARVEL, Ph.D.          217 Pages @      6.10/Page    1,323.70
              EXHIBITS            331 Pages @       .25/Page       82.75
              Overtime Surcharge (O+1)   43.00 Pages @  1.00/Page    43.00
              Condensed Trans w/ Index                             n/c
              Disk: ASCII Format                                   n/c
              Shipping & Handling                                12.00

                              TOTAL DUE  >>>>           1,461.45


Expedited transcript.
```

TAX ID NO.: 52-1358946                                    (202) 307-0935   Fax (202) 307-5802

*Please detach bottom portion and return with payment.*

Sanford M. Adler, Esq.
U.S. Dept. of Justice; Antitrust Division - Lit. I
1401 H Street, NW
Suite 4000
Washington, DC 20530

```
Invoice No.:   991844
Date        :  02/28/2002
TOTAL DUE   :   1,461.45


Job No.   :   01-17055
Case No.  :   99-005 (SLR)
U.S.A. v  Dentsply International
```

Remit To:    **Olender Reporting, Inc.**
             **1522 K Street, NW, Suite 720**
             **Washington, DC 20005**

DOJ-C-043



**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

127907    CORPQ01

| INVOICE NUMBER | DATE |
|---|---|
| 98328EDC | 02/29/00 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

05/19/05

ATTN : Dionne C. Lomax, Esq.

Due Upon Receipt    | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:
UNITED STATES V. DENTSPLY INTERNATIONAL

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| SERVICES PROVIDED ON 01/05/00:<br>James McLees | 1- 307  307 PGS @ $3.00 | 921.00 | 1CC |
| Minuscript & ascii | 249 @  $0.30 | 15.00 | |
| Exhibits | | 74.70 | |
| Delivery | | 10.00 | |
| ACCOUNT SERVICE FEE | | 102.07 | |

PAYMENTS RECEIVED    -1,122.77

BALANCE DUE    | TOTAL | 0.00 | *Thank You!* |

***SAVE 102.07
AMOUNT DUE IF PAID BEFORE   03/30/00   $-102.07
AMOUNT DUE IF PAID AFTER    03/30/00   1,122.77

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services, LLC
P.O Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 127907  TOT: $0.00
INVOICE #: 98328EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-044

MAY-19-2005  16:44      HERITAGE REPORTING                202 371 0935    P.19

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 5/2/2000 | 9033 |

**PAID**

| BILL TO |
|---------|
| Dept. of Justice, Antitrust Division<br>Attn:  Yolanda Thomas<br>325 Seventh Street<br>4th Floor<br>Washington, D.C.  20530 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 000207006 | Dentsply International/J. Miles<br>CA 99-005/Pages:  1-233<br>York, PA | 233 | 2.90 | 675.70 |

| | **Total** | **$675.70** |
|---|---|---|

DOJ-C-045

TOTAL P.19



**E S Q U I R E**
DEPOSITION SERVICES*
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          123889      RYAND01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 91707EDC | 09/02/99 |

05/19/05

ATTN : Dionne C. Lomax, Esq.                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/27/99:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Daniel Francis Murphy | 1- 144 | 144 PGS @ $2.00 | | 288.00 | 1CC |
| Minuscript & ascii | | | | 15.00 | |
| Expedite delivery | | 144 @ | $0.25 | 36.00 | |
| Exhibits | | 518 @ | $0.30 | 155.40 | |
| Delivery | | | | 10.00 | |
| ACCOUNT SERVICE FEE | | | | 50.44 | |

PAYMENTS RECEIVED                                          -554.84

BALANCE DUE                    TOTAL

0.00   Thank You!

***SAVE $50.44
AMOUNT DUE IF PAID BEFORE  10/02/99   $-50.44
AMOUNT DUE IF PAID AFTER   10/02/99   $554.84

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 123889  TOT: $0.00
INVOICE #: 91707EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**E S Q U I R E**
DEPOSITION SERVICES*
A HOBART WEST COMPANY
**DOJ-C-046**
LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    125015    BONAR01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

| INVOICE NUMBER | DATE |
|---|---|
| 94994EDC | 11/30/99 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430                                                    05/19/05
Washington, DC 20530

ATTN : Frederick Young, Esq.        Due Upon Receipt    | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 10/30/99:    1- 343  343 PGS @ $2.00      686.00    1CC
Wayne Murray

                                                              15.00
Minuscript & ascii              46 @  $0.50                    23.00
Exhibits                                                      15.00
Delivery                                                      73.90
ACCOUNT SERVICE FEE

                                                              -812.90
PAYMENTS RECEIVED

                                          TOTAL        0.00    Thank You!
BALANCE DUE

***SAVE $73.90                                    For Invoice Questions,
AMOUNT DUE IF PAID BEFORE  12/30/99  $-73.90            Please Call
AMOUNT DUE IF PAID AFTER   12/30/99  $812.90         (866) 377-5964
                                                     Fax (973) 377-9543

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**          JOB: 125015  TOT: $0.00
P.O Box 827829                                INVOICE #: 94994EDC
Philadelphia,PA 19182-7829                    DATE: 05/19/05
Tax ID # 22-3779684

U.S. Department of Justice - 325
Attn: Frederick Young, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-047



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          123914      JOHNM02
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

ATTN : William Berlin, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 92124EDC | 09/16/99 |

05/19/05

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/30/99:
Michael O'Brien          1- 164   164 PGS @ $2.10      344.40    1CC

Minuscript & ascii                                      15.00
Expedite delivery        164 @  $1.05                  172.20
Delivery                                                25.00
ACCOUNT SERVICE FEE                                     55.66

PAYMENTS RECEIVED                                      -556.60

BALANCE DUE                                    TOTAL   55.66    Thank You!

***SAVE $55.66
AMOUNT DUE IF PAID **BEFORE**  10/16/99    $0.00
AMOUNT DUE IF PAID **AFTER**   10/16/99  $612.26

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**      JOB: 123914  TOT: $55.66
P.O Box 827829                             INVOICE #: 92124EDC
Philadelphia,PA 19182-7829                 DATE: 05/19/05
Tax ID # 22-3779684

U.S. Department of Justice - 325
Attn: William Berlin, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-048

MAY-19-2005  16:43     HERITAGE REPORTING                    202 571 0935    P.03

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/2/1999 | 7134 |

**BILL TO**

DOJ, Antitrust Division
Attn:  Frederick Young, Esq.
325 7th Avenue, NW  4th Floor
Washington, D.C. 20530

*PAID*

| Contract #/PO | | | | SET | |
|---|---|---|---|---|---|
| BPA | | | Hand Del | Depo Set | |
| ITEM | TITLE/DOCKET/LOCATION | | PAGES | RATE | AMOUNT |
| 990716008 | U.S. v. Dentsply Int. / Frederick Young, Esq.<br>S-B Delivery / Denver, Colorado<br>No. 99-005 (MMS) / Deposition<br>of Richard L. Peebles<br>Pages 1-297 | | 297 | 3.45 | 1,024.65 |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | | -3.00% | -30.74 |
| 1 | Hand delivery | | | 20.00 | 20.00 |

| | **Total** | $1,013.91 |
|---|---|---|

DOJ-C-049

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          127355      HALMJ01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325
325 Seventh Street, N.W.                    97337EDC  02/01/00
Suite 430
Washington, DC 20530                                  05/19/05

ATTN : Dionne C. Lomax, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 01/20/00:
Robert Popp                 1- 236  236 PGS @ $2.20     519.20  1CC

Minuscript & ascii                                       15.00
Exhibits                      140 @  $0.30               42.00
Delivery                                                 10.00
ACCOUNT SERVICE FEE                                      58.62



PAYMENTS RECEIVED                               -644.82

BALANCE DUE                                        0.00

***SAVE $58.62                          For Invoice Questions,
**AMOUNT DUE IF PAID BEFORE** 03/02/00 $-58.62    Please Call
**AMOUNT DUE IF PAID AFTER**  03/02/00 $644.82   (866) 377-5964
                                         Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Esquire Deposition Services, LLC**    JOB: 127355  TOT: $0.00
P.O Box 827829                          INVOICE #: 97337EDC
Philadelphia,PA 19182-7829              DATE: 05/19/05
Tax ID # 22-3779684


U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

DOJ-C-050

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    126648    ESQUD02
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325                    95015EDC   11/30/99
325 Seventh Street, N.W.
Suite 430                                                      06/01/05
Washington, DC 20530

ATTN : Frederick Young, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 11/22/99:      1- 243  243 PGS @ $2.50      607.50  1CC
Robert Raths
                                                                15.00
Minuscript & ascii                    52 @  $0.50               26.00
Exhibits                                                        15.00
Delivery                                                        66.35
ACCOUNT SERVICE FEE


                                                              -729.85
            PAYMENTS RECEIVED
                                                                 0.00
              BALANCE DUE
                                                  For Invoice Questions,
                                                       Please Call
  ***SAVE $66.35                                     (866) 377-5964
  AMOUNT DUE IF PAID BEFORE  12/30/99  $-66.35     Fax (973) 377-9543
  AMOUNT DUE IF PAID AFTER   12/30/99  $729.85

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     **Esquire Deposition Services, LLC**      JOB: 126648  TOT: $0.00
     P.O Box 827829                            INVOICE #: 95015EDC
     Philadelphia,PA 19182-7829               DATE: 06/01/05
     Tax ID # 22-3779684


     U.S. Department of Justice - 325
     Attn: Frederick Young, Esq.
     325 Seventh Street, N.W.
     Suite 430
     Washington, DC 20530

                                                 DOJ-C-051

# INVOICE

ATTN.: William E. Berlin, Esq.
Department of Justice - Antitrust Division
600 E Street, N.W.
Washington, DC 20530

## spherion.

| Invoice # | Invoice Date |
|-----------|--------------|
| 5221100275 | 7/27/2000 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Please make check payable to: Spherion Corporation

**Firm ID:**   DOJANTB   **Client Ref:**

| Job Number | Case Number | Case Name |
|------------|-------------|-----------|
| 157 | 99-005 | Dentsply v United States |

Reitman, Ph.D., David S.                     **Job Date(s):**   6/16/2000

ONE COPY OF THE TRANSCRIPT (138 Pgs. @ 2.75 / PAGE )                         $379.50

| | |
|---|---|
| **Total Sales Tax:** | **$0.00** |
| **Total Amount Due:** | **$379.50** |

## Due Upon Receipt

| Please pay this amount. | $379.50 |
|---|---|

**Service provided by: Spherion - Washington DC INACTIVE**
(202) 220-4158
Spherion Corporation Federal Tax ID: 36-3536544

v. 4.10.00

DOJ-C-052



**LITICORP** Ltd.
*Litigation Support Video Services*

Production Office: 6363 North Broadway
Chicago, IL 60660
Phone: 773/743-8338 Fax: 773/743/8334
www.liticorp.com
FEID: 36-3992023

PAID

| BILL TO | SHIP TO |
|---|---|
| United States Department of Justice<br>William Berlin<br>325 Seventh Street NW<br>Suite 500<br>Washington, DC 20530 | United States Department of Justice<br>William Berlin<br>325 Seventh Street NW<br>Suite 500<br>Washington, DC 20530 |

# Service Invoice

| INVOICE # | INVOICE DATE | TERMS | REP | SHIP VIA |
|---|---|---|---|---|
| DUP200532 | 5/24/2000 | Upon Receipt | CD | UPS |

| SERVICED | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | USA v. DENTSPLY, INT'L, INC.<br>Witness: DR. PETER E. ROSSI | | |
| 5/2/2000 | | Deposition Videotaping: First Two Hours | 290.00 | 290.00 |
| | 7 | Deposition Videotaping: Additional Hours | 95.00 | 665.00 |
| | 4 | 1/2" VHS Unedited Duplicate | 50.00 | 200.00 |
| | | Shipping & Handling | 9.90 | 9.90 |
| | 4 | Original Videotape Safety Storage: WAIVED | | 0.00 |

| | **Total** | $1,164.90 |
|---|---|---|

2% (24% per annum) will be added to accounts past due. If it becomes necessary for LITICORP to institute legal proceedings to collect any amount due under this invoice, prevailing party will be entitled to costs of collection, including, but not limited to, attorney's fees and court costs.

WE ACCEPT MOST MAJOR CREDIT CARDS

DOJ-C-053



**ESQUIRE**
DEPOSITION SERVICES℠
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          129485      WILC 01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 99461EDC | 03/31/00 |

05/19/05

ATTN : Frederick Young, Esq..          Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 03/23/00:
John Ryan                    1- 233   233 PGS @ $3.00        699.00    1CC

Minuscript & ascii                                           15.00
Exhibits                              14 @  $0.30             4.20
2-day delivery - copy                233 @  $1.25           291.25
Delivery                                                     10.00
ACCOUNT SERVICE FEE                                         101.95

PAYMENTS RECEIVED                                        -1,134.66

BALANCE DUE                                    TOTAL       -13.26    *Thank You!*

***SAVE 101.95**
**AMOUNT DUE IF PAID BEFORE   04/30/00  $-115.21**
**AMOUNT DUE IF PAID AFTER    04/30/00   1,121.40**

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 129485  TOT: $-13.26
P.O Box 827829                                INVOICE #: 99461EDC
Philadelphia,PA 19182-7829                    DATE: 05/19/05
Tax ID # 22-3779684

U.S. Department of Justice - 325
Attn: Frederick Young, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES·
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
DOJ-C-054



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    128442      JACKW01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

| INVOICE NUMBER | DATE |
|---|---|
| 98109EDC | 02/25/00 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

ATTN : Dionne C. Lomax, Esq.

05/19/05

Due Upon Receipt | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:

CAPTION:   UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 01/27/00:      1- 263   263 PGS @ $3.00        789.00    1CC
Patrick Segnere
                                                                      15.00
Minuscript & ascii                     156 @  $0.30                  46.80
Exhibits                                                             10.00
Delivery                                                             86.08
ACCOUNT SERVICE FEE

                                                                    -946.88
PAYMENTS RECEIVED

BALANCE DUE                                        TOTAL    0.00   Thank You!

***SAVE $86.08
AMOUNT DUE IF PAID BEFORE  03/26/00   $-86.08
AMOUNT DUE IF PAID AFTER   03/26/00   $946.88

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 128442  TOT: $0.00
INVOICE #: 98109EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-055