

**ESQUIRE**
DEPOSITION SERVICES*
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014   Fax: (202)296-8652

128443     JACKW01

| INVOICE NUMBER | DATE |
|---|---|
| 98112EDC | 02/25/00 |

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

ATTN : Dionne C. Lomax, Esq.

05/19/05

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 01/28/00:     264- 507  244 PGS @ $3.00     732.00   1CC
Patrick Segnere
                                                                15.00
Minuscript & ascii                                              10.00
Delivery                                                        75.70
ACCOUNT SERVICE FEE

                                                              -832.70

PAYMENTS RECEIVED

BALANCE DUE

TOTAL     0.00   Thank You!

***SAVE $75.70
AMOUNT DUE IF PAID BEFORE  03/26/00   $-75.70
AMOUNT DUE IF PAID AFTER   03/26/00   $832.70

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 128443  TOT: $0.00
INVOICE #: 98112EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES*
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-056

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          126889    MEHLH01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325
325 Seventh Street, N.W.                    95299EDC  12/07/99
Suite 430
Washington, DC 20530                                  05/19/05

ATTN : Jon B. Jacobs, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 12/01/99:
Jack Silcox              1- 153   153 PGS @ $2.00      306.00  1CC

Minuscript & ascii                                     15.00
Exhibits                         43 @  $0.50           21.50
ACCOUNT SERVICE FEE                                    34.25




PAYMENTS RECEIVED                              -376.75

BALANCE DUE                                       0.00

***SAVE $34.25                          For Invoice Questions,
AMOUNT DUE IF PAID BEFORE  01/06/00   $-34.25        Please Call
AMOUNT DUE IF PAID AFTER   01/06/00   $376.75      (866) 377-5964
                                                 Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Esquire Deposition Services, LLC**   JOB: 126889  TOT: $0.00
P.O Box 827829                          INVOICE #: 95299EDC
Philadelphia,PA 19182-7829              DATE: 05/19/05
Tax ID # 22-3779684


U.S. Department of Justice - 325
Attn: Jon B. Jacobs, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

DOJ-C-057



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          129757     ESQUD13
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 99244EDC | 03/27/00 |

05/19/05

ATTN : Richard S. Martin, Esq.          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 03/21/00:

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| James Swartout | 1- 369  369 PGS @ $3.00 | | 1,107.00 | 1CC |
| Minuscript & ascii | | | 15.00 | |
| Exhibits | 294 @ | $0.30 | 88.20 | |
| Expedite delivery | 369 @ | $1.25 | 461.25 | |
| Delivery | | | 10.00 | |
| ACCOUNT SERVICE FEE | | | 168.15 | |

PAYMENTS RECEIVED                     -1,863.46

BALANCE DUE          TOTAL     -13.86     Thank You!

***SAVE 168.15
AMOUNT DUE IF PAID BEFORE   04/26/00   $-182.01
AMOUNT DUE IF PAID AFTER    04/26/00   1,849.60

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 129757  TOT: $-13.86
INVOICE #: 99244EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Richard S. Martin, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-058

MAY-19-2005  16:44    HERITAGE REPORTING    202 571 0935    P.15

**Heritage Reporting Corporation**

# Invoice

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|------|-------------|
| 10/19/1999 | 7674 |



**BILL TO**

DOJ, Anti-Trust Division
Attn:  Yolanda Thomas, Esq.
325 Seventh Street, NW
4th Floor
Washington, D.C.  20530

| Contract #/PO | | | | SET | |
|---|---|---|---|---|---|
| | | | | | |
| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT | |
| 990928001 | U.S. v. Dentsply/ W. Turner 99-0005(MMS)/pages: 1-238 Washington, DC | 238 | 2.90 | 690.20 | |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -2.00% | -13.80 | |
| 990928001 | U.S. v. Dentsply 99-0005(MMS)/Overtime: 6:00PM-6:05PM Washington, DC | 4 | 1.45 | 5.80 | |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -2.00% | -0.12 | |
| | | | **Total** | $682.08 | |

DOJ-C-059

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    125144      ESQUD23
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

U.S. Department of Justice - 325
325 Seventh Street, N.W.                    93906EDC   10/29/99
Suite 430
Washington, DC 20530                                   06/01/05

ATTN : Frederick Young, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 09/28/99:
Phil Watkins                    1- 233   233 PGS @ $1.50      349.50  1CC

2-day delivery - copy                  233 @  $1.30      302.90
Ascii disk                                              15.00
Exhibits                               168 @  $0.50      84.00
Delivery                                                45.00
ACCOUNT SERVICE FEE                                     79.64


PAYMENTS RECEIVED                              -876.04

BALANCE DUE                                      0.00

***SAVE $79.64                                 For Invoice Questions,
AMOUNT DUE IF PAID BEFORE  11/28/99   $-79.64       Please Call
AMOUNT DUE IF PAID AFTER   11/28/99   $876.04    (866) 377-5964
                                               Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Esquire Deposition Services, LLC**     JOB: 125144  TOT: $0.00
P.O Box 827829                           INVOICE #: 93906EDC
Philadelphia, PA 19182-7829              DATE: 06/01/05
Tax ID # 22-3779684


U.S. Department of Justice - 325
Attn: Frederick Young, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

DOJ-C-060

MAY-24-2005  16:56    HERITAGE REPORTING    202 371 0935    P.02

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 12/31/1999 | 8172 |

**PAID**

```
BILL TO

Dept. of Justice, Antitrust Division
Attn:  Yolanda Thomas
325 Seventh Street
4th Floor
Washington, D.C.  20530
```

| Contract #/PO | | | | | SET | |
|---|---|---|---|---|---|---|

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|------------------------|-------|------|--------|
| 991116010 | U.S. v. Dentsply:Norman Weinstock 99-0005/pages 1-292 New York, NY | 292 | 2.90 | 846.80 |
| 5 | Volume Discount. Contract 9XTDOJ-0184 1st Quarter FY 2000 | | -5.00% | -42.34 |
| 991117008 | U.S. v. Dentsply:Norman Weinstock 99-0005/pages 293-558 New York, NY | 266 | 2.90 | 771.40 |
| 5 | Volume Discount. Contract 9XTDOJ-0184 1st Quarter FY 2000 | | -5.00% | -38.57 |

| | **Total** | $1,537.29 |
|---|---|---|

TOTAL P.02

DOJ-C-061

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684            131454      ESQUD04
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

US Department of Justice, Antitrust Division
325 Seventh Street, N.W.                    102217EDC 06/28/00
Room 448
Washington, DC 20530                               06/08/05

ATTN : Dionne C. Lomax


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 06/06/00:
Wayne W. Whitehill          1- 171  171 PGS @ $2.25      384.75  1CC

Delivery                                                 10.00
ACCOUNT SERVICE FEE                                       39.48




PAYMENTS RECEIVED                                      -437.90

BALANCE DUE                                               -3.67

**\*\*\*SAVE $39.48**                           For Invoice Questions,
**AMOUNT DUE IF PAID BEFORE   07/28/00   $-43.15**        Please Call
**AMOUNT DUE IF PAID AFTER    07/28/00   $434.23**     (866) 377-5964
                                               Fax (973) 377-9543

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**Esquire Deposition Services, LLC**      JOB: 131454  TOT: $-3.67
P.O Box 827829                          INVOICE #: 102217EDC
Philadelphia,PA 19182-7829              DATE: 06/08/05
Tax ID # 22-3779684


US Department of Justice, Antitrust Division
Attn: Dionne C. Lomax
325 Seventh Street, N.W.
Room 448
Washington, DC 20530

DOJ-C-062



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    131496        ESQUD04
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:

U.S. Department of Justice - Antitrust Divi.
325 Seventh St., N.W. Room 432
Washington, DC 20004

| INVOICE NUMBER | DATE |
|---|---|
| 102204EDC | 06/28/00 |

05/19/05

ATTN : Dionne C. Lomax ,Esq.                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 06/07/00:

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| Wayne Whitehill | 172- 255 | 84 PGS @ $2.25 | 189.00 | 1CC |
| Minuscript & ascii | | | 15.00 | |
| Exhibits | | 108 @  $0.40 | 43.20 | |
| Delivery | | | 15.00 | |
| ACCOUNT SERVICE FEE | | | 26.22 | |

| PAYMENTS RECEIVED | -288.42 |
|---|---|

| BALANCE DUE | TOTAL | 0.00 | Thank You! |
|---|---|---|---|

\*\*\*SAVE $26.22
AMOUNT DUE IF PAID **BEFORE**  07/28/00    $-26.22
AMOUNT DUE IF PAID **AFTER**   07/28/00    $288.42

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 131496  TOT: $0.00
INVOICE #: 102204EDC
DATE: 05/19/05

U.S. Department of Justice - Antitrust Divi.
Attn: Dionne C. Lomax ,Esq.
325 Seventh St., N.W. Room 432
Washington, DC 20004



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-063

MAY-26-2005  13:01    PARADIGM REPORTING CAPTIO    612 337 5575    P.02

# INVOICE
# # 7530

## Paradigm Reporting & Captioning
527 Marquette Avenue South
1400 Rand Tower
Minneapolis, MN 55402
(612)339-0545

DATE:   11/29/99
Paradigm Reporting & Captioning thanks you for your business.

TO:   Sanford Adler, Esq.
    Department of Justice - Health
    325 Seventh Street, NW
    Fourth Floor
    Washington, DC 20530

Federal ID #: 41-1887042
Job Date: 11/8/99
Invoice Date: 11/29/1999
Invoice Date: 11/29/1999

| Financial Terms | | |
|---|---|---|
| Net 30 | | |

| Job Name | | Date Due |
|---|---|---|
| United States of America, et al. vs. Dentsply International, Inc. -- | | 12/29/99 |

| Reporter | Witness Name | Item Description | | | |
|---|---|---|---|---|---|
| Cheryl Seeman | James Wiltz | Appearance Fee | 307.50 | 10.25 hours | |
| | | Original and one regular | 924.85 | 349 pages | |
| | | Condensed copy | 10.00 | | |
| | | Read and Sign | 10.00 | | |
| | | Word Index | 500 | | |
| | | ASCII Disk | 2.00 | | |
| | | Exhibits | 104.00 | 461 exhibits | |
| | | Exhibit Binder | 3.00 | | |
| | | Delivery Charges | 30.00 | | |

**A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.**

| Sub Total | | | Invoice Total | Amount Paid | BALANCE |
|---|---|---|---|---|---|
| $1,396.35 | | | $1,396.35 | ($.00) | $1,396.35 |

DOJ-C-064

TOTAL P.02



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    130400      ESQUD10
1020 19th Street, N.W., Suite 620
Washington, D.C. 20036
Tel: (202) 429-0014  Fax: (202) 296-8652

ESQUIRE
DEPOSITION SERVICES
A HOBART WEST COMPANY

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 100226EDC | 04/27/00 |

05/19/05

ATTN : William Berlin, Esq.             Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 04/18/00:

Yoram Wind, M.D.
Video copy                     5 @ $50.00           250.00
Delivery                                             15.00
ACCOUNT SERVICE FEE                                  26.50

PAYMENTS RECEIVED                                  -292.50

BALANCE DUE                        **TOTAL**    -1.00  *Thank You!*

***SAVE $26.50**
**AMOUNT DUE IF PAID BEFORE**  05/27/00  $-27.50
**AMOUNT DUE IF PAID AFTER**   05/27/00  $291.50

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

— — — — — — — — — — — — — — — —

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 130400  TOT: $-1.00
INVOICE #: 100226EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: William Berlin, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



ESQUIRE
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-065



## Fink & Carney
### Reporting and Video

1-800-NYC-FINK
1-877-FAX-FINK

*Across the Street/Around the World ™*

Bill To:

MARK BOTTI, ESQ.
UNITED STATES DEPARTMENT OF JUSTICE
325 SEVENTH STREET, N.W., 4TH FLOOR
WASHINGTON, DC  20530

Remit to:
39 West 37th Street, Sixth Floor
New York, NY  10018

INVOICE

57624

| DATE | CLIENT | FILE |
|------|--------|------|
| 07/12/1999 | 6804 | 3348 |

Re: DENTSPLY INTERNATIONAL   U.S.
Assignment Date: July 09, 1999

DEPOSITION OF DANNY R. WONG

| | | | |
|---|---|---|---|
| TRANSCRIPT/SPECIAL | 234.0 | Pages | 1,158.30 |
| ATTENDANCE OF REPORTER | | | 90.00 |
| EXHIBIT TABBING | | | 5.18 |
| FEDERAL EXPRESS | | | 38.50 |
| PHOTOCOPYING DOCUMENTS | | | 5.04 |
| | | | ========== |
| | | Total Amount $ | 1,297.02 |
| | | Less Paid To Date $ | 1,297.02 |
| | | Total due $ | 0.00 |

Tax I.D. No.
13-2656827

   

## Method of Payment:

☐ Check Enclosed          ☐ Charge my Credit Card:

Please Make Checks Payable to:
Fink & Carney

Signature (as it appears on your credit card)

RALPH FINK & ASSOCIATES, INC.
Federal Tax Id#: 13-2656827

Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐

Credit Card #          Exp. Date    Daytime Phone

DOJ-C-066

MAY-19-2005  16:43        HERITAGE REPORTING              202 371 0935    P.08

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

PAID

| DATE | INVOICE NO. |
|------|-------------|
| 9/29/1999 | 7566 |

**BILL TO**

Dept. of Justice, Antitrust Division
Attn: Yolanda Thomas
325 Seventh Street
4th Floor
Washington, D.C. 20530

| Contract #/PO | | | | SET | |
|---------------|--|--|--|-----|--|
| | | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 990909005 | U.S. v. Dentsply<br>99-0005(MMS)/pages 1-305<br>Washington, DC<br>Deposition of William A. Yacola | 305 | 2.90 | 884.50 |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -5.00% | -44.23 |

| | **Total** | **$840.27** |
|--|-----------|-------------|

DOJ-C-067

MAY 18 2005 11:15 FR US MARSHALS WILM.DE902 573 6218 TO 912023075802    P.02
MAY-02-2002  12:11    DOJ/AIR/HEALTH CARE    202 514 1517    P.02
xington, D.C. 20530

**Fact Witness Voucher**

cle one:   I  [was]  was not  a ...ed States citizen at the time of attendance
           I  [was]  was not  a Government employee at the time of attendance
           I  [did]  did not  receive a cash or check advance. Total advance issued  $         from

| tness Name: Robert A Ganley | Case Number: C.A. 99-005 (SLR) |
| Social Security Number: 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 | Case Name: United States v. Dentsply International, Inc. |
| ddress 102 Huntington Ct | District: Delaware |
| y: Williamsville | State: NY  Zip: 14221 | Court: 844 North King Street Location: Wilmington, Delaware 19801 |
| lephone No. (including area code): | GTA  ☒ Transportation  Lodging |

**PART I - Attendance Certification (By Government Official)**
Retention of these fees is considered taxable income and reportable to IRS

| Attendance Fees | | | Object Class | Amount (Dollars) |
|---|---|---|---|---|
| Deposition dates | April 19, 2002 | $40@  2  days | 1126 | 40.00 |
| Grand Jury/Trial Attendance Date (Including travel) | | $40@  days | 1156 | |
| Pretrial Attendance Dates (Including travel) | | $40@  days | 1194 | |
| Detained Dates - Citizen/Visitor in Custody | | $40@  days | 1193 | |
| Detained Dates - Deportable Alien in Custody | | $ 1@  days | 1195 | |
| | | | Total Fees | 80.00 |

Attendance Attestation: I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel. In proceedings before U.S. Magistrates where more than four witnesses were called, the Magistrate also attests that the approval and certificate of the U.S. Attorney were first obtained.

Paulette K Nash        AUSA                    7-24-02
_____Signature_____    Title of Authorized Government Official    Date

**PART II - Allowances**

| Travel by Carrier (Receipts required if paid by witness) | (DO NOT claim if paid by Government) | | |
|---|---|---|---|
| Check one | ☐ Train | ☐ Bus  ☐ Air | 2191 |
| Travel by Privately Owned Vehicles: | ☐ Auto/Truck/Van  ☐ Motorcycle  ☐ Airplane | | |
| | Round trip mileage | @ $ per mile | |
| | Total number of trips | | |
| | Less advance received | $ | 2192 |

Local Transportation & Other Expenses (e.g., taxis, tolls, parking, etc.) (Receipts required for parking and expenses over $25.00)
(item, date and amount)    (Tips and gratuities not reimbursed) (See unusual Expenses Fact Witnesses form) - 855.00

| | | | Amount |
|---|---|---|---|
| Buffalo Limousine 4-18-02 | | $ | 111.50 |
| Buffalo International Airport Parking  receipt attached | | $ 27.50 | 96.50 |
| Spirit HC - one way to airport  4/19/02 - see verification of Expense without Receipt form | | $ 29.00 | 135.00 |
| | | $ | 2193 |

Meals and Lodgings

| | | | | | Amount |
|---|---|---|---|---|---|
| 1. Travel Days (1/2 day's M&IE per day) | 2 | @ $ 17.00 | X | day(s) = $ 34.00 | |
| 2. Days away from home (full day's M&IE per day) | | @ $ 34.00 | X | day(s) = $ | |
| 3. Actual cost of lodging, not to exceed $109.00 | | @ $ 109.00 | X | 1 nights(s) = $ 109.00 | 143.00 |
| (DO NOT claim if paid by Government) (Receipts are required if paid by witness) | | | | Less advance received  $ | 2194 |

Witness Certification:
I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. (If not a citizen, present your Alien Registration Record with this form.)

_____        MAY ...        _____
Witness Signature             Date          Alien Registration Record No.

Claim Verification:
Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.

| | | | Net Amount Paid |
|---|---|---|---|
| ___Signature___  Title of Authorized Government Official  Date | | | 334.50 |

**PART III - Certification**
THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

_____        _____        10-28-02
Signature            Title of Authorized Certifying Official    Date

**PART IV - Disbursement**  (for Finance Office use only)

ount Classification  52C311
eck/Draft N.  33459    10/26/02    Voucher No.  43
                    SDUSM                10/29/02
_____Signature_____    Title of Disbursing Officer    Date

Previous Editions Obsolete        DOJ/Exception to SF 1157    FORM OBD-3
                                  Approved by DOT/OIRM        Mar 96

DOJ-C-068

TOTAL P.02

MAY 18 2005 11:16 FR US MARSHALS WILM.DE302 573 6218 TO 912023075802   P.05

U.S. Department of Justice
Washington, D.C. 20530

**Fact Witness Voucher**

| Circle one: | • I | **was** | was not | a United States citizen at the time of attendance |
| | • I | **was** | was not | a Government employee at the time of attendance |
| | • I | did | **did not** | receive a cash or check advance. Total advance issued $ | from |

Witness Name: Betsy Harris
Social Security Number: 018468421
Address: 3 Sussex Rd
City: Avondale Estates   State: GA.   Zip: 30002
Telephone No. (including area code):

Court Number: CA: 99-005 (SLR)
Case Name: United States v Dentsply International, Inc.
District of: Delaware
Court: 844 North King Street
Location: Wilmington, Delaware 19801
GTA   ☒ Transportation   Lodging

### PART I - Attendance Certification (By Government Official)
Retention of these fees is considered taxable income and reportable to IRS

| Attendance Fees | | | Object Class | Amount (Dollars) |
|---|---|---|---|---|
| Deposition dates | $40@ | days | 1126 | |
| Grand Jury/Trial Attendance Date (Including travel) 4/16 thru 4/17 | $40@   2   days | 1156 | 80.00 |
| Pretrial Attendance Dates (Including travel) | $40@ | days | 1194 | |
| Detained Dates - Citizen/Visitor in Custody | $40@ | days | 1193 | |
| Detained Dates - Deportable Alien in Custody | $ 1@ | days | 1195 | |
| | | | **Total Fees** | 80.00 |

Attendance Attestation: I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel. In proceedings before U.S. Magistrates where more than four witnesses were called, the Magistrate also attests that the approval and certificate of the U.S. Attorney were first obtained.

Signature: Judith M. Kinney   Title of Authorized Government Official: AUSA   Date: 4-26-02

### PART II - Allowances

Travel by Carrier (Receipts required if paid by witness)   (DO NOT claim if paid by Government)
Check one: ☐ Train   ☐ Bus   ☐ Air   2191

Travel by Privately Owned Vehicles:   ☐ Auto/Truck/Van   ☐ Motorcycle   ☐ Airplane
Round trip mileage   @ $   per mile
Total number of trips
Less advance received   $   2192

Local Transportation & Other Expenses (bus, taxis, tolls, parking, etc.) (Receipts required for parking and expenses over $25.00)
(Tips and gratuities not reimbursable)

| List (item, date and amount) | | | |
|---|---|---|---|
| a. Shuttle Service   04-17-2002 | $ 45.00 | | |
| | $ | | 45.00 |
| | $ | | |
| | $ | 2193 | |

Meals and Lodgings
1. Travel days (1/2 day's M&IE per day)   @ $ 17.00   X 2   day(s) = $ 34.00
2. Days away from home (full day's M&IE per day)   @ $ 34.00   X 0   day(s) = $
3. Actual cost of lodging, not to exceed $109.00   @ $   X 1   night(s) = $ 109.00   143.00
(DO NOT claim if paid by Government) (Receipts required if paid by witness)
Less advance received   $   2194

2. Witness Certification:
I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. (If not a citizen, present your Alien Registration Record with this form.)

Witness Signature   Date: 4/17/02   Alien Registration Record No.

4. Claim Verification:
Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.

Signature: Judith M. Kinney   Title of Authorized Government Official: AUSA   Date: 4-26-02

Net Amount Paid: 268.00

### PART III - Certification
THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT
Signature   Title of Authorized Certifying Official: Program Analyst   Date: 5-13-02

### PART IV - Disbursement   (for Finance Office use only)
Account Classification: 15 2 0 3 1 1
Check/Draft No.: 33241   Voucher No.: 359
Signature: Clara M. Francis   Title of Disbursing Officer: Clara M. Allen   Date: 5/13/02

Previous Editions Obsolete   DOJ/Exception to SF 1157   FORM OBD-3
Approved by DOT/OIRM   Mar 96

DOJ-C-069

MAY 18 2005 11:16 FR US MARSHALS WILM.DE302 573 6218 TO 912023075802    P.04

U.S. Department of Justice
Washington, D.C. 20530

**F : Witness Voucher**

Circle one:
- I **was**  was not  a United States citizen at the time of attendance
- I  was  **was not**  a Government employee at the time of attendance
- I  did  **did not**  receive a cash or check advance. Total advance issued $ —  from

| | |
|---|---|
| Witness Name: Norman P. Weinstock | Case Number: C.A. 99-005 (SLR) |
| Social Security No: 210- 30- 1807 | Case Name: : United States v Dentsply International, Inc. |
| Address 43 Crest Road | District: Delaware |
| City: Framingham  State: MA  Zip: 01702 | Court Location: 844 North King Street Wilmington, Delaware 19801 |
| Telephone No. (including area code): 508  875-5840 | ☒ Transportation  ☐ Lodging |

**PART I - Attendance Certification (By Government Official)**
Retention of these fees is considered taxable income and reportable to IRS

| | | | | Object Class | Amount (Dollars) |
|---|---|---|---|---|---|
| Attendance Fees | | | | | |
| Deposition dates | $40@ | | days | 1126 | |
| Grand Jury/Trial Attendance Date (Including travel) | 4/14 - 4/17 /02 | $40@ 4 | days | 1156 | 160.00 |
| Pretrial Attendance Dates (Including travel) | | $40@ | days | 1194 | |
| Detained Dates - Citizen/Visitor in Custody | | $40@ | days | 1193 | |
| Detained Dates - Deportable Alien in Custody | | $ 1@ | days | 1195 | |
| | | | | Total Fees | 160.00 |

Attendance Attestation: I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel. In proceedings before U.S. Magistrates where more than four witnesses were called, the Magistrate also attests that the approval and certificate of the U.S. Attorney were first obtained.

Signature: *Gideon M Kinney*    Title of Authorized Government Official: Asst AU Atty    Date: 5-9-02

**PART II - Allowances**

Travel by Carrier (Receipts required if paid by witness)    (DO NOT claim if paid by Government)

| Check one | ☐ Train | ☐ Bus | ☐ Air | 2191 | |
|---|---|---|---|---|---|

Travel by Privately Owned Vehicles:  ☒ Auto/Truck/Van  ☐ Motorcycle  ☐ Airplane
Round trip mileage 656 @ $ .365 per mile    23244
Total number of trips
Less advance received $    2192

Local Transportation & Other Expenses (e.g., taxis, toll, parking, etc.) (Receipts required for parking and expenses over $25.00)
(Tips and gratuities not reimbursed)

List (item, date and amount)

| | | |
|---|---|---|
| Tolls on 4/14 & 4/17 - | $ 13.95 | |
| Parking for 3 days (see receipt) | $ 42.00 | |
| | $ | |
| | $ | 2193 | 55.95 |

**Meals and Lodgings**

| | | | | | |
|---|---|---|---|---|---|
| 1. Travel days (1/2 day's M&IE per day) | @ $ 17.00 | X 2 | day(s) = $ | | 34.00 |
| 2. Days away from home (full day's M&IE per day) | @ $ 34.00 | X 2 | day(s) = $ | | 68.00 |
| 3. Actual cost of lodging, not to exceed $109.00 | @ $ 109.00 | X 3 | night(s) = $ | | 327.00 |
| (DO NOT claim if paid by Government) (Receipts are required if paid by witness) | | | Less advance received $ | 2194 | 429.00 |

**G. Witness Certification:**
I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. (If not a citizen, present your Alien Registration Record with this form.)

Witness Signature: *N. Newton*    Date: April 18, 2002    Alien Registration Record No.

**H. Claim Verification:**
Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.

Signature: *Steven Kramer*    Title of Authorized Government Official: Trial Attorney    Date: 5/5/02    Amount Paid: 884.39

**PART III - Certification**

THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

Signature: *Lori Jamison*    Title of Authorized Certifying Official: Program Analyst    Date: 5-17-02

**PART IV - Disbursement** (for Finance Office use only)

Account Classification: 1520311
Check/Draft No. 33249    Voucher No. 1250
Signature:    Title of Disbursing Officer: Acting C DUSM    Date: 5-20-02

Previous Editions Obsolete    DOJ/Exception to SF 1157 Approved by DOT/OIRM    FORM OBD-3 Mar 96

DOJ-C-070

MAY 18 2005 11:15 FR US MARSHALS WILM.DE302 573 6218 TO 912023075802    P.03

U.S. Department of Justice
Washington, D.C. 20530

Fr ' Witness Voucher

Circle one:
- I **was**  was not  a United States citizen at the time of attendance
- I  was  **was not**  a Government employee at the time of attendance
- I  did  **did not**  receive a cash or check advance. Total advance issued  $ _____ from _____

| | |
|---|---|
| Witness Name: WAYNE W. WHITEHILL | Case No. C.A. 99-005 (SLR) |
| Social Security Number: 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 | Case Name: United States v Dentsply International, Inc. |
| Address 3150 E. BIRCH ST. | District: Delaware |
| City: BREA  State: CA  Zip: 92821 | Court: 844 North King Street |
| Telephone No. (including area code): (714) 961-6201 | Location: Wilmington, Delaware 19801 |
| | GTA    ☒ Transportation    Lodging |

### PART I - Attendance Certification (By Government Official)
Retention of these fees is considered taxable income and reportable to IRS

| | | | | Object Class | Amount (Dollars) |
|---|---|---|---|---|---|
| Attendance Fees | | | | | |
| Deposition dates | _____ | $40@ ___ days | | 1126 | |
| Grand Jury/Trial Attendance Date (Including travel) | 4/13,14,15,16,17,18/02 | $40@ 6 days | | 1156 | 240.00 |
| Pretrial Attendance Dates (Including travel) | _____ | $40@ ___ days | | 1194 | |
| Detained Dates - Citizen/Visitor in Custody | _____ | $40@ ___ days | | 1193 | |
| Detained Dates - Deportable Alien in Custody | _____ | $1@ ___ days | | 1195 | |
| | | | Total Fees | | 240.00 |

Attendance Attestation: I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel. In proceedings before U.S. Magistrates where more than four witnesses are called, the Magistrate also attests that the approval and certificate of the U.S. Attorney were first obtained.

Paulette K Nash  _____  AUSA  _____  7-30-02
Signature    Title of Authorized Government Official    Date

### PART II - Allowances

| | | | |
|---|---|---|---|
| Travel by Carrier (Receipts required if paid by witness) PER SATO (DO NOT claim if paid by Government) | ☒ 286.00 | | |
| Check one:  Train  GOV'T LATE  Bus  ☒ Air | 1406.50 2191 | | |
| Travel by Privately Owned Vehicles:  Auto/Truck/Van   Motorcycle   Airplane | | | |
| Round trip mileage    @ $ ___ per mile | | | |
| Total number of trips    Less advance received    $ _____ | 2192 | | |

Local Transportation & Other Expenses (e.g., taxis, tolls, parking, etc.) (Receipts required for parking and expenses over $25.00)
(Tips and gratuities not reimbursed)

List (item, date and amount)

| | | |
|---|---|---|
| SHUTTLE FROM AIRPORT TO WILMINGTON 4-13-02 | $ 28.00 | |
| SHUTTLE FROM WILMINGTON TO AIRPORT 4-18-02 | $ 28.00 | |
| | $ | |
| | $ | 2193  56.00 |

Meals and Lodgings

| | | | | | |
|---|---|---|---|---|---|
| 1. Travel days (1/2 day's M&IE per day) | @ $ 17.00 | X 2 | day(s) = $ 34.00 | | |
| 2. Days away from home (full day's M&IE per day) | @ $ 34.00 | X 4 | day(s) = $ 136.00 | | |
| 3. Actual cost of lodging, not to exceed $109.00 | @ $ 109.00 | X 5 | nights = $ 545.00 | | |
| (DO NOT claim if paid by Government) (Receipts are required if paid by witness) | | | Less advance received $ | 2194 | 715.00 |

G. Witness Certification:
I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. (If not a citizen, present your Alien Registration Record with this form.)

Wayne W. Whitehill  _____  5-9-02  _____  _____
Witness Signature    Date    Alien Registration Record No.

H. Claim Verification:
Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.

Paulette K Nash  _____  85-6202    Net Amount Paid  1297.00
Signature    AUSA
_____  TRIAL ATTORNEY  7/23/02
Signature    Title of Authorized Government Official    Date

### PART III - Certification
THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT  8-1-02

Paulette K Nash  _____  AUSA Prog Analyst  9-30-02
Signature    Title of Authorized Certifying Official    Date

### PART IV - Disbursement  (for Finance Office use only)

| | |
|---|---|
| Account Classification 152 0311 | |
| Check/Draft No. 33574 | Voucher No. 1399 |
| Signature | Title of Disbursing Officer: S Dugan    8-15-02    Date |

Previous Editions Obsolete    DOJ/Exception to SF 1157    FORM OBD-3
Approved by DOT/OIRM    Mar 96

DOJ-C-071

When filling out this form, please use a typewriter

| U.S. Department of Justice | 1. Requisition Number | 2 Document Control No. |
|---|---|---|
| | CPU-038 | 2-01- 60018 |
| Requisition for Equipment, | 3. Page No. | 4. Date prepared |
| Supplies or Services | 1 of 1 | May 17, 2002 |
| | 5 For information call (Name, telephone code, and extension) | |
| (See Instructions on Reverse) | Joseph R. Sutton    514-2448 | |

| 6. To: Procurement Services Staff | 7. From (Requisitioning point–Name and location) |
|---|---|
| | Antitrust Division |
| Thru: Property Management Services | Support Services Unit (Procurement) |
| Facilities & Administrative Services Staff | Room 10808 |
| | Patrick Henry Building |

| 8. Recommended Source(s): | 9. Required delivery date |
|---|---|
| Wind Associates, Inc.      TIN: 610-642-2120 | APRIL 18, 2002 |
| 1041 Waverly Road | 10. Federal supply contract No. (if known) |
| Gladwyne, PA 19035 | N/A |
| ATTN: Jerry Wind   (610) 642-2120 | 12 Signature of approving officer |
| 11. Appropriation/Cost Center/Object Class Code | |
| 23619606    O/C 1157 0A | 13. Title of approving officer |
| | Chief, Support Services Unit |

| Stock No. (14) | Description of Articles or Services (15) | Quantity (16) | Unit of Issue | Estimated Unit Price (18) | Amount (19) | Prop Code (20) |
|---|---|---|---|---|---|---|
| I. | Please take the necessary action to RATIFY the attached invoice from the above-referenced source for expert testimony in the U.S. v. Dentsply matter. | | | | | |
| II. | Funding is committed as follows: | | | | | |
| 1. | Preparation and testimony | 39.33 | HR | $750.00 | $29,497.50 | |
| 2. | Miscellaneous expense | 1 | LOT | | $2,000.00 | |
| | *See attached original contractor invoices 3682A, dated 4/4/02, and 3687, dated 5/1/02.* | | | | | |
| | JUSTIFICATION: See attached completed form, "Ratification of Unauthorized Commitment." | | | | | |
| | NOTE: Contractor does not accept credit cards as a form of payment. | | | | | |
| | Reference: U.S. v. Dentsply DOJ File: 60-3643-0001 | | | | | |

| 21. Deliver to (Give complete shipping address, including ZIP code) | | TOTAL | $31,497.50 |
|---|---|---|---|
| U.S. Dept. of Justice, Antitrust Division | | | |
| 950 Pennsylvania Ave., N.W., Room 3533 | | | |
| Wash., DC  20530     ATTN: Kenneth Heyer   (202) 514-6994 | | | |
| 22. Remarks | | | |

1. Action Copy

FORM  OBD-166
MAY 91

DOJ-C-072

JUN-03-2005  14:29        DOJ/ANTITRUST DIVISION                    202 514 6738      P.02

**Request for Printing and Design**

U.S. Department of Justice
Justice Management Division

| FOR INFORMATION CALL (NAME) | TELEPHONE | ORIGINATING ORGANIZATION | CUSTOMER NO. |
|---|---|---|---|
| Patrick McGreevy | 616-3694 | Antitrust -HCTF | ATR - 1406 |

| TITLE OF PUBLICATION | OBL MTH | AMT (EST COST) | NO. OF PAGES (including blanks) |
|---|---|---|---|
| | 0203 | $5,000 | |

| PRESDOC | ACCTCLASS | SUB-OBJECT CLASS | REQUIRED DELIVERY DATE | NO. OF COPIES EACH PAGE |
|---|---|---|---|---|
| 2021426 | OC4/49 | 2499 | 4/3/02 | |

| OVERTIME AUTHORIZED | YES / NO | DIRECTIVE FORM NO. | FORM WILL LAST / MONTHS | TOTAL PAGES |

**DOCUMENT DESIGN UNIT**      CHECK APPROPRIATE BOX (Additional instructions should be attached on another sheet)

| | | FRAMED | UNFRAMED | CUSTOM |
|---|---|---|---|---|
| ☒ COURT EXHIBIT | STANDARD CERTIFICATE | ☐ | ☐ | ☐ |
| ☐ VUGRAPHS / SLIDES | RETIREMENT CERTIFICATE | ☐ | ☐ | ☐ |
| ☐ STATIONERY / FORMS | SPECIAL CERTIFICATE | ☐ | ☐ | ☐ |
| ☐ DESIGN / CONSULTATION | | | | |
| ☐ PUBLICATIONS, COVER, CERTIFICATES, AND INVITATION DESIGN | DOJ SEALS | | | |
| ☐ ENGRAVING, BANNERS, SIGNS | 14 X 14 | | | |
| ☐ COLOR COPIES | 16 X 20 | ☐ | ☐ | ☐ |
| ☐ COLOR POSTERS / CHARTS UP TO 30X40 | 20 X 24 | ☐ | ☐ | ☐ |
| ☐ MOUNTING AND LAMINATING UP TO 30X40 | | | | |
| ☐ OTHER | | | | |

**PRINTING PROCUREMENT UNIT**

DO NOT WRITE IN SPACE BELOW
GPO / FPI / CONTR. REQUISITION NO.

| | TYPE | SUB WEIGHT | COLOR | INK |
|---|---|---|---|---|
| PAPER | TEXT | | | |
| | COVER | | | |
| PRINT | One Side Only / Head to Head | TRIM SIZE | COVER / GATHER | |
| | Head to Foot / Follow Copy | | Self / As Folioed | |
| | Head to Side | | Separate / Other | |
| BIND | STITCH / POSITION | Bind Type | PUNCH / POSITION | |
| | Number of Staples / Upper Left Corner | Perfect Bind | No. Holes / Top | |
| | Left Side | Saddle Stitch | Center to Center / Side | |
| | Top | Tape Binding | Diameter | |
| | NA | Acco Fastner | Other | |
| PKG | Shrink Wrap / Carton | Band In Sets | QUANTITY PER PACKAGE | |
| | Tie / Suitable | Separator Sheets | | |

PROGRAM NO.   PRINT ORDER NO.

SCHEDULED COMPLETION DATES
DDU   DPU
DOU   OFFICE
POU   DIVISION

**ADDITIONAL INSTRUCTIONS**    (Additional instructions should be attached on another sheet)

**DISTRIBUTION**    MAIL CODES OR DELIVERY ADDRESSES (Additional instructions should be attached on another sheet)

Patrick McGreevy
US DOJ
Antitrust Division
325 7th St. NW
Room 439
Washington, DC 20530

CERTIFICATION :
I certify that this work is authorized by law and necessary to the conduct of business of the U.S. Department of Justice and any illustration or overtime necessary relates entirely to the Public business (Title 44, U.S.C.)

Signed    Jon B Jacobs
Title      Attorney
Date       7-26-2

| DIRECTIVES/FORMS MGMT. | DOCUMENT DESIGN UNIT | PRINTING PROCUREMENT UNIT | PRINTING OPERATIONS UNIT | MAIL DISPATCH UNIT | CUSTOMER RECEIVED |
|---|---|---|---|---|---|
| Approved | Approved | Approved | Approved | Approved | Approved |
| Date | Date | Date | Date | Date | Date |

This form was electronically produced by Elite Federal Forms, Inc.                    Form DOJ-2 (Rev. 05-95)

DOJ-C-073

TOTAL P.02

JUN-03-2005  14:29        DOJ/ANTITRUST DIVISION              202 514 6738    P.03

```
Page:   1         CORS2 YREGDOC DRILL DOWN REPORT              Date: 06/03/05  14.26.35
                  As Of 06/02/2005 For Report Month 200506

MTH  SOC  S  DATE      BATCH   VOUCH  FSOC  PAY  ACTCLASS  TC  FUND OMF  UNDELIVERED  DELIVERED   PAYMENTS   L
---  ---  -  ----      -----   -----  ----  ---  --------  --  --------  -----------  ---------   --------   -
YREGDOC: 2021426 PRINTING

0203 2499 P 02/03/29 ATR2      02/03/29    OBX.---.PGM:OTH PRJ:DKKT RCN:NA
                                           0C4149            C4 NA

         02/07/24 ROSMM        02/07/24    OBX.---.PGM:OTH PRJ:DKRT RCN:NA                5,000.00               O
                                           0C4149            C4 NA                                              P

              RBIM3031 B01442206 RM88-- PGM:OTH PRJ:NA RCN:2428
              PAYDATE: 02/07/24  2499 0C4149      3011    C4 NA
         02/09/26 ATR2         02/09/26    OBX.---.PGM:OTH PRJ:DKRT RCN:NA                            1,095.00  P
                                           0C4149            C4 NA                                              P

*TOTAL OBL:MONTH 0203

*TOTAL YREGDOC 2021426                                                          5,000.00    1,095.00

                                                                               5,000.00    1,095.00
```

DOJ-C-074

Page: 2          CORS2 YRHGDOC DRILL DOWN REPORT          Date: 06/03/05   14.26.35
          As Of 06/02/2005 For Report Month 200506

| MTH | SOC | S | DATE | BATCH | VOUCH | FSOC | PAY | ACTCLASS | TC | FUND | OMF | UNDELIVERED | DELIVERED | PAYMENTS | L |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL | | | | | | | | | | | | | 5,000.00 | 1,095.00 | |
| :E | | | | | | | | | | | | | | | |

DOJ-C-075

Nov-21-2002  09:55am    From-ASPEN SYSTEMS CORP          2406311898          T-597   P.004/005  F-278

## ODCs Billed In October, 2002

Invoice # 030115

Project  Dentsply

| Date | # | CLIN | Description | Aspen Cost | DOJ Cost | Total |
|------|---|------|-------------|------------|----------|-------|
| 30-Sep-02 | 230102 | 06-1104 | Visual Word Systems | $2,162.50 | $2,354.96 | |
| 30-Sep-02 | 230102 | 06-1105 | Visual Word Systems | $200.00 | $217.80 | $2,572.76 |

DOJ-C-076

MAY-25-2005  16:19        DOJ/ISSG                      202 307 3413    P.03
Nov-21-2002 08:55am  From-ASPEN SYSTEMS CORP        2406311698        T-587  P.003/005  F-278

# VISUAL WORD SYSTEMS, INC.
## 35 WEST 36th STREET
## NEW YORK, NEW YORK 10018
## (212) 629-8353  FAX (212) 629-8333

**INVOICE**

**47141**

SUBJECT TO _DELAWARE_

| | |
|---|---|
| **S O L D T O** | Aspen Systems Corporation<br>Attn: Ed Budny<br>2277 Research Blvd<br>Rockville, MD 20850 |

**SALES & USE TAX**

| | |
|---|---|
| **S H I P T O** | Federal Courthouse<br>844 N. King Street<br>Wilmington, DE<br>Attn: Judge Sue Robinson, Rm 6A<br>Rosanna DiMeo/302-573-6129<br>F:302-573-6064 |

RC-17488

T3015195628F2406313779

| CUSTOMER ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | | DATE |
|---|---|---|---|---|---|
| 02-09278 | 09/18/02 | Truck | Net 30 | Rental | 10/17/02 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2 | 2 | | Extron 202VTG Computer interface with built in test generator | 95.00 | 190.00 |
| 1 | 1 | | Samsung SVP6000 Digital Visual Presenter with 1 Extron P2DA1 XGA line driver | | 325.00 |
| 1 | 1 | | DaLite 6'x8' carpeted tripod screen | | 50.00 |
| 1 | 1 | | Eiki Powerhouse 3500 ANSI lumen data (1024x768) projector supplied with 1.2" wide angle short throw lens installed | | 950.00 |
| 3 | 3 | | Samsung 151MP 15" flat screen monitor | 150.00 | 450.00 |
| 1 | 1 | | Extron SW6ARMXHV 6x1 RGBHV switcher | | 75.00 |
| 1 | 1 | | Extron ADA 6 300 MXHV 1x6 RGBHV DA | | 75.00 |
| | 2 | | Gold display easels | 15.00 | 30.00 |
| 4 | 4 | | Carts/stands w/skirts, 1 for projector, 1 for 15" monitor, 2 Tech carts, one for Samsung and 1 for Govt Tech table | 20.00 | 80.00 |
| Lot 2 | Lot 2 | | VGA cables, RGBHV cables, AC cords | | n/c |
| | | | Technicians, RG & RW to set up equipment and take down on 09/20, 4:00AM-6:00PM including travel time to & from VWS at $75.00 per hour per tech, Total 14 hrs each | | 2,100.00 |
| | | | Roundtrip Trucking | | 400.00 |

TOTAL    $4,725.00

To Be Equally Divided By US Gov't and
Howrey, Simon, Arnold & White LLP

B 30102  H001)

US Gov't Sub-total    2,162.50
Roundtrip Shipping    200.00

CC#         EXP#
PPROVED
TE         10-28-02

TOTAL    $2,362.50

Payment Due By 11/16/02

_Thank You For This Order_

RECEIVED
OCT 23 2002

VISUAL WORD SYSTEMS WARRANTY DOES NOT EXTEND BEYOND THE WARRANTY PERIOD OF THE MANUFACTURER AT THE TIME OF PURCHASE. ALL CLAIMS FOR ERROR OR DAMAGE MUST BE MADE DIRECT TO OUR OFFICE WITHIN 10 DAYS AFTER RECEIPT OF SHIPMENT. RETURNED MERCHANDISE WILL BE ACCEPTED ONLY ON OUR ORDER AND A 15% HANDLING CHARGE WILL BE DEDUCTED. ALL PAST DUE

DOJ-C-077    TOTAL P.03



1299 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20004-2402
PHONE 202.783.0800
FAX 202.383.6610
A LIMITED LIABILITY PARTNERSHIP

May 5, 2000


William E. Berlin, Esq.
U.S. Department of Justice
Antitrust Division
Liberty Place Building, Suite 400
325 7th Street, NW
Washington, DC  20530

Re: *United States v. Dentsply Int'l, Inc., CA No. 99-005 (MMS) (D. Del.)*

Dear Bill:

Attached please find the invoice that you requested.  Please call me at (202) 383-7352 with any questions.

Very truly yours,

Eric J. McCarthy

Enclosure



# INVOICE

**Capital Litigation Support**
1100 Mercantile Lane, Ste. 115A
Largo, MD 20774
301.883.6500 Fax 301.883.6510

**INVOICE NO: 0002DOJ**
**DATE: May 5, 2000**

Client: Dentsply
Matter: CID

| SALESPERSON | FEDERAL ID | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Denise Marshall | 53-023-1650 | | | | Net 30 days |

| DATE | DESCRIPTION | UNIT COST | AMOUNT |
|---|---|---|---|
| July 1999 | Unit billing for imaging – document preparation, scanning and OCR (149,452 pp) | $ .13.3 | $19,877.12 |
| July 1999 | CD burning – 15 CDs | $50.00 | $750.00 |
| | SUBTOTAL | | $20,627.12 |
| | SALES TAX | | |
| | SHIPPING & HANDLING | | |
| | TOTAL DUE | | $20,627.12 |

| CURRENT | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | $20,627.12 |

*Note: This invoice represents revised July 1999 invoice #0001DOJ

Make all checks payable to: Howrey Simon Arnold & White, LLP Capital Litigation Support
If you have any questions concerning this invoice, please contact Denise Marshall at 301-883-6557.

**THANK YOU FOR YOUR BUSINESS!**

DOJ-C-079

JUN-01-2005  11:53    DOJ/ANTITRUST DIVISION    202 514 6738    P.03



**United States Treasury** 15-51/000    A 128,455,644

Check No.

07 10 00  13    AUSTIN, TEXAS    –    2221 04671426

HOWREY & SIM   MO    NO8356897    0000M10188    15010004

Pay to
the order of    HOWREY & SIMON

$**20627*12

VOID AFTER ONE YEAR



0002DOJ

⑈2221⑈⑈  ⑆000000518⑆ 04671426⑈⑈ 010700

DOJ-C-080



**U.S. Department of Justice**

Antitrust Division

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC 20530*

July 26, 2000

BY HAND DELIVERY

Eric J. McCarthy, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave., NW
Washington, DC 20004-2402

     Re:   United States v. Dentsply International, Inc.; C.A. No. 99-005 (SLR)

Dear Eric:

Enclosed please find a check in the amount of $7694.25 as payment for copies of the documents produced by Ivoclar to Dentsply.

Please contact me if you have any questions regarding this matter.

Sincerely,

William E. Berlin

Enclosure

DOJ-C-081





NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.

DOJ-C-082