IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENTSPLY INTERNATIONAL, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 99-005 (SLR) |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO:  Rudolf Contreras, Esquire
     Assistant United States Attorney
     U.S. Attorney's Office
     1201 Market Street, Suite 1100
     Wilmington, DE  19801

     Jon B. Jacobs, Esquire
     United States Department of Justice
     Antitrust Division
     1401 H Street, N.W., Suite 4000
     Washington, D.C.  20530

PLEASE TAKE NOTICE that, effective June 24, 2005, the firm of Howrey Simon Arnold & White LLP is withdrawing its appearance and the firm of Latham & Watkins LLP,

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004
(202) 637-2200

WP3:1124220.1                                                                        049169.1001

is substituted as counsel to defendant Dentsply International, Inc. Margaret M. Zwisler, Esquire and Eric J. McCarthy, Esquire, now of Latham & Watkins LLP, remain as counsel of record to Dentsply International, Inc.

Respectfully submitted,

Margaret M. Zwisler
Eric J. McCarthy
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200

/s/ Christian Douglas Wyatt
William D. Johnston (#2123)
Christian Douglas Wright (#3554)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Defendant
Dentsply International, Inc.*

OF COUNSEL:

Brian M. Addison
DENTSPLY INTERNATIONAL, INC.
Susquehanna Commerce Center
221 West Philadelphia Street
York, PA 17405

DATE: June 24, 2005

## CERTIFICATE OF SERVICE

I, Christian Douglas Wright, Esquire, certify that copies of the foregoing *Notice of Substitution of Counsel* were caused to be served on June 24, 2005 upon the following counsel of record in the manner indicated:

### BY E-FILING

Rudolf Contreras, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1201 Market Street, Suite 1100
Wilmington, DE 19801

### BY FEDEX

Jon B. Jacobs, Esquire
United States Department of Justice
Antitrust Division
1401 H Street, N.W., Suite 4000
Washington, D.C. 20530

Christian Douglas Wright (#3554)