# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 28, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re:  Dentsply International, Inc.
          v. United States
          Application No. 05A103
          (Your No. 03-4097)

99-CV-00005 D SLR

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Souter, who on July 28, 2005 extended the time to and including September 14, 2005.

    This letter has been sent to those designated on the attached notification list.

                                      Sincerely,

                                      **William K. Suter**, Clerk

                                 by
                                 Melissa Blalock
                                 Case Analyst