UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 99-005 (SLR) |
| vs. | ) ) ) | |
| DENTSPLY INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF FINAL JUDGMENT**

Pursuant to the mandate of the United States Court of Appeals for the Third Circuit, issued May 26, 2005, the United States moves for entry of the attached Final Judgment in this civil antitrust proceeding.

Dated: September 16, 2005

Respectfully submitted,

COLM CONNOLLY
United States Attorney

/S/
RUDOLPH CONTRERAS
Chief, Civil Division
Office of the United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19899-2046
(302) 573-6277, ext. 154

/S/
Jon B. Jacobs
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 4000
Washington, D.C. 20530
(202) 514-5012