**CERTIFICATE OF SERVICE**

We hereby certify that copies of the United States' Motion for Entry of Final Judgment, Brief in Support of its Motion to Enter Final Judgment, and Final Judgment were served this 16th day of September 2005, upon counsel for defendant Dentsply International, Inc. as indicated below:

<u>By hand delivery and electronic mail</u>
Margaret M. Zwisler, Esq.
Eric J. McCarthy, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

<u>By first-class mail and electronic mail</u>
William D. Johnston, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

                                                                                      /S/
Jon B. Jacobs
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 4000
Washington, D.C. 20530

COLM CONNOLLY
United States Attorney

By:           /S/
RUDOLPH CONTRERAS
Assistant U.S. Attorney
Chief, Civil Division