IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENTSPLY INTERNATIONAL INC., )<br>)<br>Defendant. )<br>) | C.A. No. 99-005 (SLR) |

**DEFENDANT DENTSPLY INTERNATIONAL INC.'S MOTION TO STAY BRIEFING ON THE GOVERNMENT'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Pursuant to Local Rule 7.1.2, Dentsply International Inc. ("Dentsply") respectfully requests that this Court issue an Order to stay briefing on the government's Motion for Entry of Final Judgment pending final disposition of Dentsply's petition for a writ of certiorari to review the judgment of the United States Court of Appeal for the Third Circuit. *United States v. Dentsply International, Inc.,* 399 F.3d 181 (3d Cir. 2005). The Third Circuit's decision reversed this Court's judgment in favor of Dentsply. *United States v. Dentsply International, Inc.,* 277 F. Supp. 2d 387 (2003). Under L.R. 7.1.2(2), Dentsply's answering brief in response to the government's Motion to Enter Final Judgment is due on September 30, 2005. Accordingly, Dentsply respectfully requests an expedited decision on its motion to stay such briefing.

<div style="display: flex;">
<div>

Dated: September 22, 2005

Brian M. Addison
DENTSPLY INTERNATIONAL INC.
Susquehanna Commerce Center
221 West Philadelphia Street
York, PA 17405
(717) 845-7511

</div>
<div>

Respectfully submitted,

*/s/ Christian Douglas Wright*

William D. Johnston (No. 2123)
Christian Douglas Wright (No. 3554)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
cwright@ycst.com
(302) 571-6600

Margaret M. Zwisler
Eric J. McCarthy
Charles R. Price
LATHAM & WATKINS LLP
555 Eleventh Street, N.W
Washington, DC 20004
(202) 637-2200

Counsel for Defendant
DENTSPLY INTERNATIONAL INC.

</div>
</div>

# CERTIFICATE OF SERVICE

I, Christian Douglas Wright, Esquire, hereby certify that on September 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Colm Connolly, Esquire
> Rudolph Contreras, Esquire
> Office of the United States Attorney
> 1007 N. Orange Street, Suite 700
> Wilmington, DE 19899-2046

I further certify that on September 22, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

## BY ELECTRONIC MAIL

> Jon B. Jacobs, Esquire
> Antitrust Division
> U.S. Department of Justice
> 1401 H Street, N.W., Suite 4000
> Washington, D.C. 20530

*/s/ Christian Douglas Wright*
Christian Douglas Wright (No. 3554)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
cwright@ycst.com
Counsel for Defendant
DENTSPLY INTERNATIONAL, INC.