IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENTSPLY INTERNATIONAL INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 99-005 (SLR) |

**[PROPOSED] ORDER**

THIS MATTER COMES BEFORE the Court on Dentsply International Inc.'s Motion To Stay Briefing on the Government's Motion for Entry of Final Judgment. Upon review of Dentsply's motion and brief in support and plaintiff's opposition, it is hereby

ORDERED AND ADJUDGED that Dentsply's motion should be, and the same is hereby GRANTED. All briefing on the government's Motion for Entry of Final Judgment shall be stayed pending final disposition of Dentsply's petition for a writ of certiorari to the United States Supreme Court.

So ORDERED this ___ day of September, 2005.

_____
Chief Judge