## RULE 7.1.1 CERTIFICATION

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, I hereby certify that counsel for Defendant has made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the motion, and that opposing counsel has not responded to such efforts.

*Christian Douglas Wright*
Christian Douglas Wright