IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 99-005-SLR |
| ) | |
| DENTSPLY INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 28th day of September, 2005, having conferred with the parties;

IT IS ORDERED that:

1. Consistent with the parties' agreement to stay the injunction ordered by the Third Circuit until defendant's petition for certiorari has been acted upon by the Supreme Court:

    a. Plaintiff's motion for entry of final judgment (D.I. 541) is denied, without prejudice to renew once the Supreme Court has rendered its final decision in the above referenced case.

    b. Defendant's motion to stay briefing (D.I. 543) is moot.

2. The above referenced case is referred to Magistrate Judge Thynge, pursuant to 28 U.S.C. § 636(b)(1), to help the

parties negotiate the terms of the final judgment, consistent with the decision of the Third Circuit.

                                                          _____
                                                          United States District Judge