# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 99-005-SLR |
| DENTSPLY INTERNATIONAL, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **4th** day of **October, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, October 6, 2005 at 10:45 a.m.** with Magistrate Judge Thynge to discuss the proposed mediation dates and the exchanges to be done prior to the mediation date. **Counsel for the Government shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE