# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 9, 2006

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



    Re:  Dentsply International, Inc.
          v. United States
          No. 05-337
          (Your No. 03-4097)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

               Sincerely,

               William K. Suter

               **William K. Suter**, Clerk

99-CV-00005 D