OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

|  |  |  |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4926 |

www.ca3.uscourts.gov

January 18, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 03-4097
    USA   vs. Dentsply Intl Inc
    D.C. No. 99-cv-00005

Dear Mr. Dalleo:

  Enclosed herewith is a copy of the certified judgment issued by this Court on May 26, 2005 in the above-entitled caes. Costs in favor of Appellant, United States of America, have been added on the enclosure, and I initialed same. This has been done in accordance with the provisions of Rule 39(d) of the Federal Rules of Appellate Procedure.

  Counsel are advised by copy of this letter.

Very truly yours,
MARCIA M. WALDRON, Clerk

By: Carolyn Hicks, Case Manager

Enclosure

cc:
  Adam D. Hirsh, Esq.
  Robert B. Nicholson, Esq.
  Eric J. McCarthy, Esq.
  Margaret M. Zwisler, Esq.
  Christian D. Wright, Esq.
  William D. Johnston, Esq.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-4097

UNITED STATES OF AMERICA,
                              Appellant

v.

DENTSPLY INTERNATIONAL, INC.,

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(D.C. Civ. No. 99-00005)
District Judge: Honorable Sue L. Robinson, Chief Judge

Argued September 21, 2004
Before: McKEE, ROSENN and WEIS, Circuit Judges.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of Delaware and was argued by counsel on September 21, 2004.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Judgment of the said District Court entered August 12, 2003 be reversed, and the case is hereby remanded to the District Court for entry of injunctive relief requested by the Government and for such other proceedings as are consistent with this Opinion.