Costs taxed against appellee.

All of the above is in accordance with the Opinion of this Court.

Attest:

*Marcia M. Waldron*

Clerk

DATED: February 24, 2005

```
Certified as a true copy and issued in lieu
of a formal mandate on May 26, 2005

Teste:   Marcia M. Waldron

Clerk, U.S. Court of Appeals
      For the Third Circuit.


Pursuant to Rule 39(d) Costs added in favor of
Appellant hereto on January 18, 2006 as follows:


TOTAL COSTS   .......$4,634.34
```

MMW 1/18/06