UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 99-005 (SLR) |
| vs. | ) ) | |
| DENTSPLY INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) ) | |

## RENEWED MOTION FOR ENTRY OF FINAL JUDGMENT

On May 26, 2005, the United States Court of Appeals for the Third Circuit issued its mandate "for entry of injunctive relief requested by the Government and for such other proceedings as are consistent with [its] Opinion." (D.I. 534). On September 16, 2005, the United States filed its motion for entry of the Final Judgment. (D.I. 541). On September 28, 2005, this Court denied that motion without prejudice to renew once the Supreme Court acted on Dentsply's petition for a writ of certiorari. (D.I. 546). The case was also referred to Magistrate Judge Thynge to assist the parties in negotiating the terms of the Final Judgment.

Through those mediation efforts, the parties have reduced the number of issues in dispute to one: the term of the Final Judgment. The United States seeks a ten-year term, the standard length sought by the United States in its antitrust cases. In its response to this Motion, Dentsply will seek to have the Final Judgment expire five years after it takes effect.

On January 9, 2006, the Supreme Court denied Dentsply's petition for certiorari. (D.I. 550). The United States now renews its motion for entry of the Final Judgment in this case.

Dated: March 21, 2006

Respectfully submitted,

COLM CONNOLLY
United States Attorney

/S/
PATRICIA HANNIGAN (DSB #2145)
Assistant U.S. Attorney
Office of the United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19899-2046
(302) 573-6277, ext. 156

/S/
JON B. JACOBS
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 4000
Washington, D.C. 20530
(202) 514-5012