## CERTIFICATE OF SERVICE

We hereby certify that copies of the United States' Renewed Motion for Entry of Final Judgment, Brief in Support of its Renewed Motion to Enter Final Judgment, and Proposed Final Judgment were served this 21st day of March 2006, upon counsel for defendant Dentsply International, Inc. as indicated below:

By hand delivery and electronic mail
Margaret M. Zwisler, Esq.
Eric J. McCarthy, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

By first-class mail and electronic mail
William D. Johnston, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

        COLM CONNOLLY
        United States Attorney

        /S/
        PATRICIA HANNIGAN (DSB #2145)
        Assistant U.S. Attorney
        Office of the United States Attorney
        1007 N. Orange Street, Suite 700
        Wilmington, DE 19899-2046
        (302) 573-6277, ext. 156

        /S/
        Jon B. Jacobs
        Antitrust Division
        U.S. Department of Justice
        1401 H Street, N.W., Suite 4000
        Washington, D.C. 20530