IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 99-005-SLR |
| DENTSPLY INTERNATIONAL, INC., | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.7, notice is hereby given that the appearances of Rudolph Contreras and Paulette K. Nash are withdrawn from the captioned matter. Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, remains as the attorney of record for Plaintiff in the above-captioned case.

                      COLM F. CONNOLLY
                      United States Attorney

                      By:/s/Patricia C. Hannigan
                          Patricia C. Hannigan
                          Assistant United States Attorney
                          Delaware Bar I.D. No. 2145
                          The Nemours Building
                          1007 Orange Street, Suite 700
                          P. O. Box 2046
                          Wilmington, DE 19899-2046
                          (302) 573-6277
                          Patricia.Hannigan@usdoj.gov

Dated: April 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **April 6, 2006**, I electronically filed a **NOTICE OF WITHDRAWAL OF APPEARANCE** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**William D. Johnston, Esquire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
wjohnston@ycst.com

*Counsel for Defendant,*
*Dentsply International, Inc.*

**Christian D. Wright, Esquire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6691
(302) 576-3347 (FAX)
cwright@ycst.com

*Counsel for Defendant,*
*Dentsply International, Inc.*

**Chad Michael Shandler, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
shandler@rlf.com

*Counsel for Movant*
*Ivoclar Vivadent Inc*

**Steven J. Balick**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

*Counsel for Movants*
*Vita Zahnfabrik & Vident*

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov