IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 99-005 (SLR) |
| ) | |
| vs. ) | |
| ) | |
| DENTSPLY INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER FOR EXTENSION

IT IS HEREBY STIPULATED AND AGREED by the parties to this action that:

Defendant Dentsply International, Inc. filed its brief on April 6, 2006 and, pursuant to the local rules, the Government's brief would be due on April 13, 2006. The parties agree that the Government's brief may be served and filed by April 17, 2006.

                                                             COLM F. CONNOLLY
                                                             United States Attorney

/S/
WILLIAM D. JOHNSTON, ESQ. (DSB # 2123)
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

/S/
PATRICIA C. HANNIGAN (DSB #2145)
Assistant United States Attorney
Office of the United States Attorney
1007 N. Orange Street, Suite 700
Wilmington, DE 19899-2046
(302) 573-6277, ext. 156

/S/
MARGARET M. ZWISLER, ESQ.
ERIC J. MCCARTHY, ESQ.

/S/
JON B. JACOBS
Antitrust Division

| | |
|---|---|
| Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br><br>FOR DEFENDANT DENTSPLY<br>INTERNATIONAL, INC. | U.S. Department of Justice<br>1401 H Street, N.W., Suite 4000<br>Washington, D.C. 20530<br>(202) 514-5012<br><br>FOR PLAINTIFF<br>UNITED STATES OF AMERICA |

Dated: April 12, 2006

       IT IS SO ORDERED this _____ day of _____, 2006.

_____
HONORABLE SUE L. ROBINSON
Chief District Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2006, I electronically filed a STIPULATION AND ORDER FOR EXTENSION with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

William D. Johnston, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
wjohnston@ycst.com

Margaret M. Zwisler, Esq.
Eric J. McCarthy, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
margaret.zwisler@lw.com

                          COLM CONNOLLY
                          United States Attorney

                          /S/
                          PATRICIA HANNIGAN (DSB #2145)
                          Assistant U.S. Attorney
                          Office of the United States Attorney
                          1007 N. Orange Street, Suite 700
                          Wilmington, DE 19899-2046
                          (302) 573-6277, ext. 156