IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENTSPLY INTERNATIONAL, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:   Civil Action No. 99-005-SLR<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I hereby certify that on **April 28, 2006**, I electronically filed a **REDACTED UNITED STATES' REPLY TO DENTSPLY'S BRIEF IN OPPOSITION TO RENEWED MOTION TO ENTER FINAL JUDGMENT** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**William D. Johnston, Esquire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
wjohnston@ycst.com

**Christian D. Wright, Esquire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6691
cwright@ycst.com

**Chad Michael Shandler, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
shandler@rlf.com

**Steven J. Balick, Esquire**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

Notification of the filing will be mailed, via United States Mail, First Class, postage prepaid, to the following:

**Margaret M. Zwisler, Esquire**
**Eric J. McCarthy, Esquire**
555 Eleventh St, NW, Suite 1000
Washington, DC 20004-1304
(202) 637-1019
margaret.zwisler@lw.com

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov