**REVIEWED**
*By Larisha Davis at 12:06 pm, Jun 07, 2007*

CLOSED

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:99-cv-00005-SLR**
**Internal Use Only**

U.S.A. v. Dentsply Intl Inc.                     Date Filed: 01/05/1999
Assigned to: Honorable Sue L. Robinson           Date Terminated: 04/26/2006
Demand: $0                                       Jury Demand: None
Cause: 15:1 Antitrust Litigation                 Nature of Suit: 410 Anti-Trust
                                                 Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**USA**                          represented by   **Judith M. Kinney**
                                                  Kroll Consultant, Legal Technologies
                                                  130 Pheasant Hill Lane
                                                  Landenberg, PA 19350
                                                  (610)563-4574
                                                  Fax: (302) 778-7575
                                                  Email: jkinney@krollontrack.com
                                                  *TERMINATED: 05/21/2002*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Patricia C. Hannigan**
                                                  U.S. Attorney's Office
                                                  1007 Orange Street, Suite 700
                                                  P.O. Box 2046
                                                  Wilmington, DE 19899-2046
                                                  (302) 573-6277
                                                  Fax: (302) 573-6220
                                                  Email: patricia.hannigan@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Paulette K. Nash**
                                                  U.S. Attorney's Office
                                                  The Nemours Building
                                                  1007 Orange Street, Suite 700
                                                  P.O. Box 2046
                                                  Wilmington, DE 19899-2046
                                                  (302) 573-6277
                                                  *TERMINATED: 04/06/2006*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Richard G. Andrews**

Delaware Department of Justice
Criminal Division
820 N. French Street
Wilmington, DE 19801
(302) 577-8805
Email: Rich.Andrews@state.de.us
*TERMINATED: 03/17/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rudolph Contreras**
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277 ext. 154
Fax: (302) 573-6220
Email: rudolph.contreras@usdoj.gov
*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dentsply International, Inc.**        represented by   **James P. Hughes, Jr.**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*TERMINATED: 06/05/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Johnston**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: wjohnston@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian D. Wright**
Young, Conaway, Stargatt & Taylor
The Brandywine Building

1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6691
Fax: (302) 576-3347
Email: cwright@ycst.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Henry Schein, Inc.**               represented by   **W. Harding Drane, Jr.**
*TERMINATED: 06/11/1999*                              Potter Anderson & Corroon, LLP
                                                      1313 N. Market St., Hercules Plaza, 6th
                                                      Flr.
                                                      P.O. Box 951
                                                      Wilmington, DE 19899-0951
                                                      (302) 984-6000
                                                      Email: wdrane@potteranderson.com
                                                      *TERMINATED: 06/11/1999*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Movant**

**Ivoclar Vivadent Inc**             represented by   **Chad Michael Shandler**
                                                      Richards, Layton & Finger
                                                      One Rodney Square
                                                      P.O. Box 551
                                                      Wilmington, DE 19899
                                                      (302) 658-6541
                                                      Email: shandler@rlf.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Movant**

**Vident**                           represented by   **Steven J. Balick**
                                                      Ashby & Geddes
                                                      500 Delaware Avenue, 8th Floor
                                                      P.O. Box 1150
                                                      Wilmington, DE 19899
                                                      (302) 654-1888
                                                      Email: sbalick@ashby-geddes.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Movant**

**Vita Zahnfabrik**                  represented by   **Steven J. Balick**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 05/25/1999 | 66 | Letter from James P. Hughes, Jr., Esquire to Judge Schwartz re transfer of a class action lawsuit from S.D. of NY to Delaware styled as Raiber v. Dentsply International, Inc. (ds) (Entered: 05/27/1999) |
| 05/27/1999 | | Deadline updated per calendar notice Motion Hearing set for 11:00 5/28/99 for [54-1] motion to Compel responses to its first set of interrogatories and its second request for documents, set for 11:00 5/28/99 for [31-1] motion for entry of a Protective Order, set for 11:00 5/28/99 for [19-1] motion to Intervene For The Sole Purpose of Securing Entry Of A Protective Order by Henry Schein, Inc. (ds) (Entered: 05/27/1999) |
| 05/27/1999 | 67 | Letter from Robert J. Kriner, Jr., Esq. to Judge Schwartz requesting permission to attend hearing scheduled for 5/28/99 (ds) (Entered: 05/27/1999) |
| 05/27/1999 | 68 | Letter from Judith Kinney, Esquire to Judge Schwartz enclosing decision in U.S. v. Northwest Airlines (E.D. Mich. 5/21/99) (ds) (Entered: 05/28/1999) |
| 05/27/1999 | 69 | NOTICE by U.S.A. to take depositions and commanding production of documents; Please see Notice for further information regarding names and dates. (ds) (Entered: 05/28/1999) |
| 05/27/1999 | 70 | CERTIFICATE OF SERVICE by U.S.A. re Rule 45 subpoenas for production of docs.; Rule 45 subpoenas to appear at deposition (ds) (Entered: 05/28/1999) |
| 05/28/1999 | | Motion hearing re: [54-1] motion to Compel responses to its first set of interrogatories and its second request for documents Motion hearing held, [31-1] motion for entry of a Protective Order Motion hearing held, [19-1] motion to Intervene For The Sole Purpose of Securing Entry Of A Protective Order by Henry Schein, Inc. Motion hearing held; decision reserved (ds) (Entered: 06/01/1999) |
| 06/01/1999 | *VOID* 71 | Steno Notes for 5/28/99 motion hearing by Ct Rptr Brian Gaffigan (ds) (Entered: 06/01/1999) |
| 06/04/1999 | 72 | TRANSCRIPT filed [0-0] motion hearing for dates of 5/28/99 (ds) (Entered: 06/04/1999) |
| 06/08/1999 | 73 | NOTICE of Related Action by Dentsply Intl Inc. re CA99-343 is related to CA99-5-MMS and CA99-255-MMS (ds) (Entered: 06/09/1999) |
| 06/08/1999 | 74 | Letter from James P. Hughes, Jr., Esq. to Judge Schwartz enclosing copy of Notice of Related Action re Raiber class action lawsuit. (ds) (Entered: 06/09/1999) |
| 06/08/1999 | 75 | Letter from Judy Kinney, Esq. to Judge Schwartz re notice provided to third parties who produced discovery to the United States pursuant to CID (ds) (Entered: 06/09/1999) |
| 06/11/1999 | 76 | Letter from W. Harding Drane, Jr. to Judge Schwartz in response to Judy Kinney's 6/8/99 letter re materials produced by CID (ds) (Entered: |

| | | |
|---|---|---|
| | | Robert Foyle on 1/20 & 1/21/00 at 9:00 am. (maw) (Entered: 12/16/1999) |
| 12/22/1999 | 170 | NOTICE of Command for Guideline Research to produce evidence on 1/11/00 - filed by Dentsply Intl Inc. (maw) (Entered: 12/22/1999) |
| 12/23/1999 | 171 | Letter to The Honorable Murray M. Schwartz from James P. Hughes, Jr. RE third party discovery issue and impending discovery cut-off (dab) (Entered: 12/27/1999) |
| 12/27/1999 | 172 | MOTION by Dentsply Intl Inc. for Sanctions (dab) (Entered: 12/27/1999) |
| 12/27/1999 | 173 | MEMORANDUM by Dentsply Intl Inc. in support of [172-1] motion for Sanctions (dab) (Entered: 12/27/1999) |
| 12/27/1999 | 174 | Appendix to Brief Filed by Dentsply Intl Inc. Appending Memorandum in Support of Dft's Motion for Sanctions (dab) (Entered: 12/27/1999) |
| 01/03/2000 | 175 | NOTICE by Dentsply Intl Inc. to take deposition of Wayne Whitehill & Vern Hale on 1/18/00-1/21/00 (bkb) (Entered: 01/03/2000) |
| 01/03/2000 | 176 | MOTION by U.S.A. with Proposed Order to Compel deft. to comply w/discovery related to competitive position in foreign markets Answer Brief due 1/18/00 re: [176-1] motion (bkb) (Entered: 01/03/2000) |
| 01/03/2000 | 177 | Opening Brief Filed by U.S.A. [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets------------------SEALED (bkb) (Entered: 01/03/2000) |
| 01/03/2000 | 178 | Appendix to Brief Filed by U.S.A. Appending [177-1] opening brief-------------------SEALED (bkb) (Entered: 01/03/2000) |
| 01/04/2000 | 179 | CERTIFICATE OF SERVICE by U.S.A. re pltf's 3rd set interrogs. to deft. (bkb) (Entered: 01/04/2000) |
| 01/04/2000 | 180 | Opening Brief Filed by U.S.A. [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets----------REDACTED COPY (bkb) (Entered: 01/04/2000) |
| 01/04/2000 | 181 | Appendix to Brief Filed by U.S.A. Appending [180-1] opening brief--------REDACTED COPY (bkb) (Entered: 01/04/2000) |
| 01/11/2000 | 182 | Letter to Judge Schwartz from Ms. Kinney re agreed upon 2 day ext. ro U.S. to file reply brief on US's motion to compel. (bkb) (Entered: 01/12/2000) |
| 01/12/2000 | 183 | Letter (1/11/00) from Judge Schwartz to counsel; arg. on deft's mot. for sanctions & pltf's mot. to compel is sched. for 2/1/00 at 11:00 a.m. (cc:cnsl.) (bkb) (Entered: 01/13/2000) |
| 01/13/2000 | | Deadline updated; Motion Hearing set for 11:00 2/1/00 for [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets, set for 11:00 2/1/00 for [172-1] motion for Sanctions (bkb) (Entered: 01/13/2000) |
| 01/13/2000 | 184 | Answer Brief Filed by U.S.A. [172-1] motion for Sanctions - Reply Brief |

| | | due 1/20/00 (bkb) (Entered: 01/14/2000) |
|---|---|---|
| 01/13/2000 | 185 | Appendix to Brief Filed by U.S.A. Appending [184-1] answer brief (bkb) (Entered: 01/14/2000) |
| 01/13/2000 | 186 | NOTICE by Dentsply Intl Inc. to take deposition of Vident, Inc. on 1/21/00 at 9:00 a.m. (bkb) (Entered: 01/14/2000) |
| 01/18/2000 | 187 | Letter to Judge Schwartz from James Hughes, Jr., Esq. re parties agreement for Dentsply to file opposition to Motion to Compel on 1/19/00. (maw) (Entered: 01/19/2000) |
| 01/18/2000 | 188 | CERTIFICATE OF SERVICE of responses to 3rd request for production filed by Dentsply Intl Inc. (maw) (Entered: 01/19/2000) |
| 01/19/2000 | 189 | Letter to Judge Schwartz from James Hughes Jr., Esq. re parties agreement that Dentsply's reply brief to Motion for Sanctions be filed 1/25/00. (maw) (Entered: 01/19/2000) |
| 01/19/2000 | 190 | Answer Brief Filed by Dentsply Intl Inc. [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets - Reply Brief due 1/26/00 (bkb) (Entered: 01/20/2000) |
| 01/26/2000 | 191 | NOTICE of withdrawal of appearance of Michael S. Spector (DOJ cnsl.) by U.S.A. (bkb) (Entered: 01/27/2000) |
| 01/26/2000 | 192 | MOTION by U.S.A. with Proposed Order for Eliza T. Platts-Mills to Appear Pro Hac Vice re: [192-1] motion (bkb) (Entered: 01/27/2000) |
| 01/26/2000 | 193 | Reply Brief Filed by Dentsply Intl Inc. [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets (bkb) (Entered: 01/27/2000) |
| 01/27/2000 | 194 | Letter to Judge Schwartz (1/26/00) from Ms. Kinney re on day ext. (agreed upon by parties) for pltf. to file reply brief in supp. of motion to compel. (bkb) (Entered: 01/27/2000) |
| 01/27/2000 | 195 | Reply Brief Filed by U.S.A. [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets------ SEALED (bkb) (Entered: 01/27/2000) |
| 01/27/2000 | 196 | Appendix to Brief Filed by U.S.A. Appending [195-1] reply brief----------- --SEALED (bkb) (Entered: 01/27/2000) |
| 01/27/2000 | 197 | Reply Brief Filed by U.S.A. [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets----- REDACTED (bkb) (Entered: 01/27/2000) |
| 01/27/2000 | 198 | Appendix to Brief Filed by U.S.A. Appending [197-1] reply brief-------- REDACTED (bkb) (Entered: 01/27/2000) |
| 01/28/2000 | | So Ordered granting [192-1] motion for Eliza T. Platts-Mills to Appear Pro Hac Vice ( signed by Judge Murray M. Schwartz ) Notice to all parties. (bkb) (Entered: 01/28/2000) |

| 01/28/2000 | 199 | Letter from Ms. Kinney to D. Clk. Blackwell re revised affid. of service regarding DI Nos. 195-198. (bkb) (Entered: 01/31/2000) |
|---|---|---|
| 01/31/2000 | 200 | CERTIFICATE OF SERVICE by U.S.A. re pltf's 3rd set of interrogs. (bkb) (Entered: 02/01/2000) |
| 02/01/2000 | | Motion hearing, Schwartz,J., re: [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets; Motion hearing held, [172-1] motion for Sanctions Motion hearing held; decision reserved as to both motions (bkb) (Entered: 02/02/2000) |
| 02/02/2000 | | Motion taken under advisement [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets, [172-1] motion for Sanctions (bkb) (Entered: 02/02/2000) |
| 02/03/2000 *VOID* | 201 | Steno Notes for 2/1/00 by rptr. Gaffigan. (bkb) (Entered: 02/03/2000) |
| 02/03/2000 | 202 | AMENDED NOTICE by U.S.A. to take deposition of Burton Borgelt on 2/16/00 at 9:00 a.m. (bkb) (Entered: 02/03/2000) |
| 02/07/2000 | 203 | CERTIFICATE OF SERVICE by Dentsply Intl Inc. re deft's resp. to pltf's 3rd set interrogs. (bkb) (Entered: 02/08/2000) |
| 02/10/2000 | 204 | Letter to Clerk from Howrey & Simon (Washington, D.C.) re change of firm name. (bkb) (Entered: 02/14/2000) |
| 02/14/2000 | 205 | TRANSCRIPT filed [0-0] motion hearing for dates of 2/1/00 (bkb) (Entered: 02/17/2000) |
| 02/15/2000 | 206 | Deft's Rule 26 pretrial disclosures. (bkb) (Entered: 02/17/2000) |
| 02/16/2000 | 207 | CERTIFICATE OF SERVICE (bkb) (Entered: 02/22/2000) |
| 02/16/2000 | 208 | CERTIFICATE OF SERVICE by U.S.A. re pltf's Rule 26(a)(3)(A) witness list. (bkb) (Entered: 02/22/2000) |
| 02/17/2000 | 209 | Letter (2/17/00) to Dr. Dalleo from Mr. Hughes re revised pretrial disclosures. (bkb) (Entered: 02/22/2000) |
| 02/17/2000 | 210 | Deft's REVISED Rule 26 pretrial disclosures. (bkb) (Entered: 02/22/2000) |
| 02/23/2000 | 211 | NOTICE by Dentsply Intl Inc. to take deposition of Ray Siecinski & John J. Ryan on 3/9/00 (bkb) (Entered: 02/24/2000) |
| 03/01/2000 | 212 | NOTICE by U.S.A. to take deposition of Dr. Ronald R. Zentz,et al. on 3/16/00; 3/23/00 and T/B/A. (bkb) (Entered: 03/06/2000) |
| 03/01/2000 | 213 | CERTIFICATE OF SERVICE by U.S.A. re pltf's 4th rqst. for prod. docs. (bkb) (Entered: 03/06/2000) |
| 03/01/2000 | 214 | Expert report of David Reitman, Ph.D. (filed by USA)-----SEALED (bkb) (Entered: 03/06/2000) |
| 03/01/2000 | 215 | Expert Report of Jerry Wind (Wind Assoc.) filed by USA-----SEALED (bkb) (Entered: 03/06/2000) |

| | | |
|---|---|---|
| 03/02/2000 | 216 | Letter to Judge Schawrtz (3/2/00) from Mr. Hughes re Dentsply's expert report. (bkb) (Entered: 03/06/2000) |
| 03/02/2000 | 217 | Letter to Judge Schwartz (3/2/00) from Ms. Kinney re taking depositions of foreign witnesses. (bkb) (Entered: 03/06/2000) |
| 03/02/2000 | 218 | Expert report of Howard P. Marvel; filed by Dentsply-------SEALED (bkb) (Entered: 03/06/2000) |
| 03/03/2000 | 219 | NOTICE of command by Dentsply Intl Inc. to produce evidence (directed to non-party Austenal, Inc.) (bkb) (Entered: 03/06/2000) |
| 03/03/2000 | 220 | NOTICE by Dentsply Intl Inc. to take deposition of James H. Swartout (Austenal,Inc.) on 3/21/00-3/22/00 @ 9:00 am (bkb) (Entered: 03/06/2000) |
| 03/07/2000 | 221 | Letter to Judge Schwartz (3/7/00) from Mr. Hughes re filing of Dentsply's application for issuance of letters of request. (bkb) (Entered: 03/09/2000) |
| 03/07/2000 | 222 | MOTION (incl. exhibits 1-12) by Dentsply Intl Inc. with Proposed Order for issuance of letters of request Answer Brief due 3/21/00 re: [222-1] motion-----------SEALED (bkb) (Entered: 03/09/2000) |
| 03/10/2000 | | So Ordered granting [222-1] motion for issuance of letters of request ( signed by Judge Murray M. Schwartz ) Notice to all local counsel; orginal exhibits 1-12 returned to Mr. Hughes. (bkb) (Entered: 03/10/2000) |
| 03/14/2000 *VOID* | 227 | Steno Notes for 3/23/00 by rptr. Maurer. (bkb) (Entered: 03/27/2000) |
| 03/15/2000 | 224 | Letter to Judge Schwartz (3/15/00) from Mr. Hughes re disputes regarding expert reports. (bkb) (Entered: 03/22/2000) |
| 03/16/2000 | 223 | Letter to Judge Schwartz (3/15/00) from Ms. Kinney re disputes regarding expert reports. (bkb) (Entered: 03/22/2000) |
| 03/16/2000 | | Tele-conference held, Schwartz, J., re expert reports; rptr. Gaffigan present. (bkb) (Entered: 03/22/2000) |
| 03/20/2000 | 225 | Letter to Judge Schwartz (3/20/00) from Mr. Hughes re summary judgment motions. (bkb) (Entered: 03/22/2000) |
| 03/20/2000 *VOID* | 226 | Steno Notes for 3/16/00 by rptr. Gaffigan. (bkb) (Entered: 03/22/2000) |
| 03/23/2000 | | Tele-conference held, Schwartz,J., re expert reports & contacts with putative class members; rptr. Maurer present. (bkb) (Entered: 03/27/2000) |
| 03/23/2000 | 228 | NOTICE by Dentsply Intl Inc. to take deposition of David Reitman, Ph.D. on 4/17/00 at 9:00 a.m. (bkb) (Entered: 03/27/2000) |
| 04/03/2000 | 229 | Letter to Clerk from Ms. Zwisler re mitons for summary judgment & related filings (filed 4/3/00). (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 230 | MOTION by Dentsply Intl Inc. for Summary Judgment Answer Brief |

| | | |
|---|---|---|
| | | due 4/17/00 re: [230-1] motion (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 231 | Opening Brief Filed by Dentsply Intl Inc. [230-1] motion for Summary Judgment-----SEALED (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 232 | Appendix to Brief Filed by Dentsply Intl Inc. Appending [231-1] opening brief (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 233 | VOLUME 1 of 5--Appendix to Brief Filed by Dentsply Intl Inc. Appending [231-1] opening brief----SEALED (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 234 | VOLUME 2 of 5---Appendix to Brief Filed by Dentsply Intl Inc. Appending [231-1] opening brief------SEALED (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 235 | VOLUME 3 of 5---Appendix to Brief Filed by Dentsply Intl Inc. Appending [231-1] opening brief-----SEALED (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 236 | VOLUME 4 of 5----Appendix to Brief Filed by Dentsply Intl Inc. Appending [233-1] appendix brief------SEALED (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 237 | VOLUME 5 of 5---Appendix to Brief Filed by Dentsply Intl Inc. Appending [231-1] opening brief----SEALED (bkb) (Entered: 04/04/2000) |
| 04/03/2000 | 238 | Letter (3/31/00) to Judge Schwartz from Ms. Kinney re parties' joint submission of stipulated facts. (bkb) (Entered: 04/04/2000) |
| 04/05/2000 | 239 | CERTIFICATE OF SERVICE of supp. response to 3rd interrogs. filed by Dentsply Intl Inc. (maw) (Entered: 04/05/2000) |
| 04/05/2000 | 240 | CERTIFICATE OF SERVICE of resp. to 4th request for production filed by Dentsply Intl Inc. (maw) (Entered: 04/05/2000) |
| 04/07/2000 | 241 | Letter to Clerk from James Hughes Jr., Esq. in appreciation of service received from deputy clerks. (maw) (Entered: 04/10/2000) |
| 04/14/2000 | | (Court only) **Terminated dispositive motion deadline-----moot. (bkb) (Entered: 04/14/2000) |
| 04/17/2000 | 242 | CERTIFICATE OF SERVICE by U.S.A. re ntc. of depos. of Dr. Peter E. Rossi on 5/2/00 at 9:00 a.m. (bkb) (Entered: 04/19/2000) |
| 04/28/2000 | | (Court only) **Terminated past due deadlines as moot. (bkb) (Entered: 04/28/2000) |
| 05/01/2000 | 243 | AMENDED NOTICE by Dentsply Intl Inc. to take deposition of David Reitman, Ph.D. on 6/7/00 at 9:00 a.m. (bkb) (Entered: 05/02/2000) |
| 05/03/2000 | 244 | Answer Brief Filed by U.S.A. [230-1] motion for Summary Judgment - Reply Brief due 5/10/00-------SEALED (bkb) (Entered: 05/09/2000) |
| 05/03/2000 | 245 | BOX with Appendices (Volumes 1-8) to Brief Filed by U.S.A. |

| | | |
|---|---|---|
| | | Appending [244-1] answer brief------SEALED (bkb) (Entered: 05/09/2000) |
| 05/08/2000 | 246 | MOTION by U.S.A. with Proposed Order for Adam D. Hirsh to Appear Pro Hac Vice re: [246-1] motion (bkb) (Entered: 05/09/2000) |
| 05/09/2000 | 247 | Letter to Judge Schwartz from Mr. Hughes re Dentsply's request to amend discovery plan. (bkb) (Entered: 05/10/2000) |
| 05/09/2000 | 248 | NOTICE by Dentsply Intl Inc. to take deposition of Wayne Whitehill on 6/6/00 @ 9 a.m (bkb) (Entered: 05/10/2000) |
| 05/09/2000 | | So Ordered granting [246-1] motion for Adam D. Hirsh to Appear Pro Hac Vice ( signed by Judge Murray M. Schwartz ) Notice to all parties. (bkb) (Entered: 05/10/2000) |
| 05/10/2000 | 249 | MEMORANDUM OPINION on pltf's motion to compel ( signed by Judge Murray M. Schwartz ) copies to: cnsl. (bkb) (Entered: 05/11/2000) |
| 05/10/2000 | 250 | ORDER granting [176-1] motion to Compel deft. to comply w/discovery related to competitive position in foreign markets ( signed by Judge Murray M. Schwartz ) copies to: cnsl. (bkb) (Entered: 05/11/2000) |
| 05/10/2000 | 251 | MEMORANDUM OPINION on deft's motion for sanctions ( signed by Judge Murray M. Schwartz ) copies to: cnsl. (bkb) (Entered: 05/11/2000) |
| 05/10/2000 | 252 | ORDER denying [172-1] motion for Sanctions ( signed by Judge Murray M. Schwartz ) copies to: cnsl. (bkb) (Entered: 05/11/2000) |
| 05/18/2000 | 253 | NOTICE by U.S.A. to take deposition of Dr. Howard P. Marvel on 6/13/00-6/15/00 at 9 a.m. (bkb) (Entered: 05/19/2000) |
| 05/24/2000 | 254 | Reply Brief Filed by Dentsply Intl Inc. [230-1] motion for Summary Judgment-----SEALED (bkb) (Entered: 05/26/2000) |
| 05/24/2000 | 255 | Appendix of unpublished cases to Brief Filed by Dentsply Intl Inc. Appending [254-1] reply brief (bkb) (Entered: 05/26/2000) |
| 05/24/2000 | 256 | EVIDENTIARY Appendix to Brief Filed by Dentsply Intl Inc. Appending [254-1] reply brief-------SEALED (bkb) (Entered: 05/26/2000) |
| 05/30/2000 | 257 | Letter to Judge Schwartz (5/30/00) from Ms. Kinney; USA requests oral arg. on Dentsply's motion for summary judgment. (bkb) (Entered: 05/31/2000) |
| 05/31/2000 | 258 | Letter to Judge Schwartz (5/31/00) from Mr. Hughes re Dentsply's request for oral arg. on its motion(s) for sum. judg. (bkb) (Entered: 05/31/2000) |
| 05/31/2000 | 259 | CASE reassigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 05/31/2000) |
| 06/06/2000 | 260 | (SEALED) REQUEST by Dentsply Intl Inc. for issuance of letter rogatory regarding Ivoclar AG (lf) Modified on 6/7/2007 (lid, ). (Entered: |

| | | |
|---|---|---|
| | | 06/09/2000) |
| 06/06/2000 | | So Ordered granting [260-1] produce requested ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 06/14/2000) |
| 06/08/2000 | 261 | Letter dated 6/8/00 from James Hughes to court; Re; filing original documents request by court (lf) (Entered: 06/09/2000) |
| 06/14/2000 | 262 | REDACTED Answer Brief Filed by U.S.A. [230-1] motion for Summary Judgment - Reply Brief due 6/21/00 (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 263 | REDACTED NOTICE of EXPERT REPORT of David Reitman, Ph.D dated 2/29/00 by U.S.A. (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 264 | REDACTED NOTICE of Rebuttal expert report of David Reitman, Ph.D. dated 3/31/00 by U.S.A. (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 265 | REDACTED NOTICE of Expert Report of Jerry Wind, President, Wind Associates by U.S.A. (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 266 | REDACTED Appendix to Brief Filed by U.S.A. Appending [262-1] answer brief; Vol. 1 (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 267 | REDACTED Appendix to Brief Filed by U.S.A. Appending [262-1] answer brief; Vol. 2 (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 268 | REDACTED Appendix to Brief Filed by U.S.A. Appending [262-1] answer brief; Vol. 3 (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 269 | REDACTED Appendix to Brief Filed by U.S.A. Appending [262-1] answer brief; Vol. 4 (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | 270 | REDACTED Appendix to Brief Filed by U.S.A. Appending [262-1] answer brief; Vol. 5 (lf) Modified on 06/16/2000 (Entered: 06/15/2000) |
| 06/14/2000 | | So Ordered granting [260-1] produce requested ( signed by Judge Sue L. Robinson ) Notice to all parties. (lf) (Entered: 06/19/2000) |
| 06/30/2000 | 271 | NOTICE by U.S.A. to take deposition of Dr. Howard Marvel on 7/17/00; Ohio State University 7/18-19/00 (lf) (Entered: 07/05/2000) |
| 07/03/2000 | 272 | CERTIFICATE OF SERVICE by U.S.A.; pltf's 5th rqst for production of documents (lf) (Entered: 07/05/2000) |
| 07/07/2000 | 273 | TRANSCRIPT filed for dates of 3/16/00; Rptr: B. Gaffigan (lf) (Entered: 07/18/2000) |
| 07/11/2000 | 274 | TRANSCRIPT filed for telecnf. of 3/16/00; Rptr: B. gaffigan (lf) (Entered: 07/18/2000) |
| 07/11/2000 | 275 | TRANSCRIPT filed for dates of 3/23/00; Rptr: K. Maurer (lf) (Entered: 07/18/2000) |
| | | |

| | | |
|---|---|---|
| 08/03/2000 | 276 | CERTIFICATE OF SERVICE by Dentsply Intl Inc.; Re: objections and repsonses to pltf's 5th rqst for production of documents (lf) (Entered: 08/07/2000) |
| 08/10/2000 | 277 | Letter dated 8/10/00 from Judith McKinney, Esq. to Judge RObinson; Re: rqst status cnf. (lf) (Entered: 08/15/2000) |
| 08/24/2000 | 278 | Letter dated 8/24/00 from William Johnson, Esq. to Judge Robinson; Re: response to letter of 8/10/00 to court from Judith Kinney (lf) (Entered: 08/29/2000) |
| 09/08/2000 | 279 | ORDER, oral argument on deft motion for summary judgment scheduled for 9/25/00 ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) (Entered: 09/11/2000) |
| 09/20/2000 | 280 | Letter (copy) dated 9/20/00 from Judith Kinney, Esq. to cnsl; Re: oral argument canceled - status cnf. scheduled for 10/19/00 (lf) (Entered: 09/22/2000) |
| 09/22/2000 | 281 | Letter dated 9/22/00 from Judge Robinson to cnsl; Re: response to Ms. Kinney's letter dated 9/20/00 (lf) (Entered: 09/27/2000) |
| 10/02/2000 | 282 | Letter dated 10/2/00 from Judy Kinney, Esq. to Judge RObinson; Re: Response to court's letter dated 9/22/00 (lf) (Entered: 10/03/2000) |
| 10/04/2000 | 283 | Letter dated 10/4/00 from William Johnston, Esq. to Judge Robinson; Re: response to court's letter of 9/22/00 (lf) (Entered: 10/10/2000) |
| 10/20/2000 *VOID* | 284 | Steno Notes for 10/19/00; Rptr: K. maurer (lf) (Entered: 10/20/2000) |
| 10/27/2000 | 285 | TRANSCRIPT filed for dates of 10/19/00; Rptr: K. Maurer (lf) (Entered: 10/30/2000) |
| 12/06/2000 | 286 | Letter to Judge Robinson (12/6/00) from Ms. Kinney re matters to be raised at 12/8/00 hearing. (bkb) (Entered: 12/08/2000) |
| 12/08/2000 | | Motion hearing re: [230-1] motion for Summary Judgment, Robinson,J., presiding; reporter Alford present; matter taken under advisement. (bkb) (Entered: 12/26/2000) |
| 01/11/2001 | ✓ 287 | TRANSCRIPT filed re: summary judgement motion hearing for 12/8/00- ------SEALED (rdb) Modified on 01/23/2001 (Entered: 01/18/2001) |
| 01/29/2001 | 288 | NOTICE of withdrawal of attorneys by U.S.A. re: Dionne Lomax & Eliza Platts-Mills. (rld) (Entered: 02/05/2001) |
| 02/06/2001 | | (Court only) **Terminated deadlines per past due report. (rld) (Entered: 02/06/2001) |
| 02/28/2001 | 289 | Redacted Version of TRANSCRIPT filed [0-0] motion hearing for dates of 12/8/00; Judge Sleet presiding; crt. rptr. Hawkins; filed by Ms. Kinney, AUSA. (rld) (Entered: 03/01/2001) |
| 02/28/2001 | 290 | Letter to Judge Robinson from Ms. Kinney, AUSA, enclosing DI 289. (rld) Modified on 03/02/2001 (Entered: 03/01/2001) |

| | | |
|---|---|---|
| 03/19/2002 | 359 | Answer Brief Filed by Dentsply Intl Inc. [340-1] motion in Limine to exclude certain testimony of Peter E. Rossi - (rld) Modified on 03/20/2002 (Entered: 03/20/2002) |
| 03/19/2002 | 360 | SEALED Evidentiary Appendix to Brief Filed by Dentsply Intl Inc. Appending [359-1] answer brief (rld) Modified on 03/20/2002 (Entered: 03/20/2002) |
| 03/19/2002 | 361 | Answer Brief Filed by Dentsply Intl Inc. [337-1] motion in Limine to exclude certain testimony of deft.'s economist, Howard Marvel (rld) Modified on 03/20/2002 (Entered: 03/20/2002) |
| 03/19/2002 | 362 | SEALED Appendix to Brief Filed by Dentsply Intl Inc. Appending [361-1] answer brief (rld) (Entered: 03/20/2002) |
| 03/19/2002 | 363 | Answer Brief Filed by U.S.A. [346-1] motion to exclude expert testimony (rld) Modified on 03/20/2002 (Entered: 03/20/2002) |
| 03/19/2002 | 364 | Answer Brief Filed by U.S.A. [348-1] motion in Limine to exclude the Agency's Hearsay Survey (rld) Modified on 03/20/2002 (Entered: 03/20/2002) |
| 03/19/2002 | 365 | Joint Appendix to Brief Filed by U.S.A. Appending [364-1] answer brief, [363-1] answer brief (rld) (Entered: 03/20/2002) |
| 03/19/2002 | 366 | SEALED Answer Brief Filed by U.S.A. [350-1] motion in Limine to exclude as evidence information concerning the distribution practices and sale of artificial teeth outside the United States (rld) Modified on 03/20/2002 (Entered: 03/20/2002) |
| 03/19/2002 | 367 | SEALED Appendix to Brief Filed by U.S.A. Appending [366-1] answer brief (rld) (Entered: 03/20/2002) |
| 03/19/2002 | 368 | Joint Proposed pre-trial order filed by U.S.A., Dentsply Intl Inc. (rld) (Entered: 03/20/2002) |
| 03/19/2002 | 369 | Supplement to Joint Proposed pre-trial order filed by U.S.A., Dentsply Intl Inc. VOLUME I OF III. (rld) (Entered: 03/20/2002) |
| 03/19/2002 | 370 | Supplement to Joint Proposed pre-trial order filed by U.S.A., Dentsply Intl Inc. VOLUME II OF III. (rld) (Entered: 03/20/2002) |
| 03/19/2002 | 371 | Supplement to Joint Proposed pre-trial order filed by U.S.A., Dentsply Intl Inc. VOLUME III OF III. (rld) (Entered: 03/20/2002) |
| 03/20/2002 | | (Court only) **Terminated deadlines (rld) (Entered: 03/20/2002) |
| 03/22/2002 | 372 | MOTION by Henry Schein, Inc. to Supplement and Modify the Protective Order Answer Brief due 4/5/02 re: [372-1] motion (rld) (Entered: 03/25/2002) |
| 03/22/2002 | 373 | Opening Brief Filed by Henry Schein, Inc. [372-1] motion to Supplement and Modify the Protective Order (rld) (Entered: 03/25/2002) |
| 03/22/2002 | 374 | AFFIDAVIT Of Martha E. Gifford in suppport of Henry Schein, Inc.'s |

| | | |
|---|---|---|
| | | 03/25/2002) |
| 03/25/2002 | 389 | MOTION by U.S.A. with Proposed Order for Steven Kramer to Appear Pro Hac Vice (rld) (Entered: 03/26/2002) |
| 03/25/2002 | | Pre-trial conference held; Judge Robinson presiding; crt. rptr. B. Gaffigan present; court to issue decision on pending motions in limine shortly. (rld) (Entered: 03/27/2002) |
| 03/25/2002 VOID | 391 | Steno Notes for 3/25/02 pretrial conf.; Judge Robinson presiding; crt. rptr. B. Gaffigan present. (rld) (Entered: 03/27/2002) |
| 03/26/2002 | | So Ordered granting [385-1] motion for Monte Cooper to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 03/26/2002) |
| 03/26/2002 | | So Ordered granting [388-1] motion for Gordon L. Lang to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 03/26/2002) |
| 03/26/2002 | 390 | TRANSCRIPT filed [0-0] pre-trial conference for dates of 3/25/02; Judge Robinson presiding; crt. rprt. B. Gaffigan present. (rld) (Entered: 03/27/2002) |
| 03/27/2002 | | So Ordered granting [389-1] motion for Steven Kramer to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 03/27/2002) |
| 03/28/2002 | 392 | FAX Letter sent to Judge Robinson from K. Clement re Dentsply's procedure for treating their confidential information. (rld) (Entered: 04/02/2002) |
| 03/28/2002 | 393 | Letter to Judge Robinson from P. Nash attaching letter from Antitrust Division, outlining procedures at trial to protect the confidentiality of third party information. (rld) (Entered: 04/02/2002) |
| 03/29/2002 | 394 | Letter to Judge Robinson from J. Kinney enclosing letter from lead cnsl. for the U.S. to the court re admission of exhibits at trial. (rld) (Entered: 04/02/2002) |
| 04/01/2002 | 395 | Letter to Judge Robinson from C. Wright enclosing letter from co-cnsl. M. Zwisler replying to U.S.'s letter of 3/29/02. (rld) (Entered: 04/02/2002) |
| 04/03/2002 | 396 | Memorandum ORDER granting [350-1] motion in Limine to exclude as evidence information concerning the distribution practices and sale of artificial teeth outside the United States, denying [348-1] motion in Limine to exclude the Agency's Hearsay Survey, denying [346-1] motion to exclude expert testimony, granting [343-1] motion in Limine to exclude declarations or testimony by respondents to the U.S. Survey of Dental Labs. and any testimony by deft.'s experts re the declarations, denying [340-1] motion in Limine to exclude certain testimony of Peter E. Rossi, denying [337-1] motion in Limine to exclude certain testimony of deft.'s economist, Howard Marvel; trial dates are April 15-19, 22-26, |

| | | |
|---|---|---|
| | | May 20-23, and 28-30; confidential information shall be received into evidence consistent with DI #392; there is no confidentiality agreement binding on the court in terms of its ultimate findings of fact and conclusions of law; no portion of the court's written opinion shall be deemed sealed; see order for further details. ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) Modified on 04/04/2002 (Entered: 04/04/2002) |
| 04/03/2002 | | In Accordance with the court's order (DI #396) and to be carried out as defined in DI# 392: Granting [378-1] motion to Intervene for Modification of Protective Order by Vident and Vita Zahnfabrik, granting [377-1] motion to supplement the stipulated protective order concerning use of confidential information at trial, granting [372-1] motion to Supplement and Modify the Protective Order (rld) (Entered: 06/18/2002) |
| 04/04/2002 | 397 | Letter to Judge Robinson from C. Shandler stating that Ivoclar Vivadent, Inc. is in agreement with Schein's proposal re confidental testimony and documents during trial. (rld) (Entered: 04/05/2002) |
| 04/05/2002 | | Deadline updated; set Bench Trial for 9:30 5/20-23/02 and 5/28-30/02 continued from the April trial dates; per court's order of 4/3/02 (rld) (Entered: 04/05/2002) |
| 04/08/2002 | | (Court only) **Terminated deadlines (rld) (Entered: 04/08/2002) |
| 04/09/2002 | 398 | CERTIFICATE OF SERVICE by U.S.A. re ntc. of taking deposition and commanding prod. of doc. (rld) (Entered: 04/10/2002) |
| 04/10/2002 | 399 | CERTIFICATE OF SERVICE by U.S.A. re USA's ntc. of depositions and commanding prod. of doc. of Lynn Hodges (rld) (Entered: 04/12/2002) |
| 04/11/2002 | 400 | NOTICE of subpoenas by Dentsply Intl Inc. (rld) (Entered: 04/12/2002) |
| 04/11/2002 | 401 | MOTION by U.S.A. with Proposed Order to Compel deft. to produce relevant, non-priv. doc. responsive to US's 6th doc. req. and to resume the Rule 30(b)(6) depo. of S. Jenson Answer Brief due 4/25/02 re: [401-1] motion (rld) (Entered: 04/12/2002) |
| 04/11/2002 | 402 | Opening Brief Filed by U.S.A. [401-1] motion to Compel deft. to produce relevant, non-priv. doc. responsive to US's 6th doc. req. and to resume the Rule 30(b)(6) depo. of S. Jenson (rld) (Entered: 04/12/2002) |
| 04/11/2002 | 403 | SEALED Appendix to Brief Filed by U.S.A. Appending [402-1] opening brief (rld) (Entered: 04/12/2002) |
| 04/11/2002 | 404 | Letter to Judge Robinson from W. Johnston enclosing ltr. from co-cnsl. M. Zwisler, Esq. req. short telecnf. (rld) (Entered: 04/12/2002) |
| 04/12/2002 | 405 | Letter to Judge Robinson from J. Kinney enclosing ltr. from lead cnsl. for U.S.A. responding to DI#404. (rld) (Entered: 04/12/2002) |
| 04/12/2002 | 407 | CERTIFICATE OF SERVICE by U.S.A. re ntc. of taking deposition and |

| | | |
|---|---|---|
| | | commanding prod. of doc. of Tom Underwood. (rld) (Entered: 04/17/2002) |
| 04/15/2002 | | Bench trial held Day ONE; Judge Robinson presiding; crt. rptr. K. Maurer and B. Gaffigan present. (rld) (Entered: 04/16/2002) |
| 04/15/2002 | 408 | CERTIFICATE OF SERVICE by Dentsply Intl Inc. re Obj. of Vident to the Subpoena dated 4/8/02 issued by deft. (rld) (Entered: 04/17/2002) |
| 04/16/2002 **VOID** | 406 | Steno Notes for 4/15/02; DAY ONE of Bench Trial; Judge Robinson presiding; crt. rptr. B. Gaffigan; daily notes. (rld) (Entered: 04/16/2002) |
| 04/16/2002 | 409 | CERTIFICATE OF SERVICE by Ivoclar Vivadent Inc re Obj. to the Subpoena dated 4/8/02 (rld) (Entered: 04/18/2002) |
| 04/16/2002 | | Bench trial held; Day Two; Judge Robinson presiding; crt. rptr. V. Gunning. (rld) (Entered: 04/18/2002) |
| 04/16/2002 | | Per court's decision made on the bench during Day 2 of Trial (4/16/02): granting in part, denying in part [401-1] motion to Compel deft. to produce relevant, non-priv. doc. responsive to US's 6th doc. req. and to resume the Rule 30(b)(6) depo. of S. Jenson; SEE Trial Transcript for 4/16/02 for details. (rld) (Entered: 06/18/2002) |
| 04/17/2002 | | Bench trial held; DAY Three; Judge Robinson presiding; crt. rptr. B. Gaffigan and K. Maurer present. (rld) (Entered: 04/18/2002) |
| 04/18/2002 **VOID** | 410 | Steno Notes for 4/17/02 Day Three of Bench Trial; Judge Robinson presiding; B. Gaffigan crt. rptr.1 (rld) (Entered: 04/18/2002) |
| 04/18/2002 | | Bench trial held DAY Four; Judge Robinson presiding; crt. rptr. V. Gunning present; defts. note objections raised in the motion in limine. (rld) (Entered: 04/19/2002) |
| 04/19/2002 **VOID** | 411 | Steno Notes for 4/19/02; Day Five of Bench Trial; Judge Robinson presiding; crt. rptr. B. Gaffigan. (rld) (Entered: 04/19/2002) |
| 04/19/2002 | 412 | CERTIFICATE OF SERVICE by U.S.A. re ntc. of taking deposition and commanding prod. of doc. of James Pierce. (rld) (Entered: 04/22/2002) |
| 04/19/2002 | 413 | CERTIFICATE OF SERVICE by U.S.A. re ntc. of taking deposition and commanding prod. of doc. of William R. Roberts. (rld) (Entered: 04/22/2002) |
| 04/19/2002 | 414 | CERTIFICATE OF SERVICE by U.S.A. re ntc. of taking deposition and commanding prod. of doc. of Gerald Nedimyer. (rld) (Entered: 04/22/2002) |
| 04/19/2002 | | Bench trial held; Day Five; Judge Robinson presiding; crt. rptr. Gaffigan/Maurer. (rld) (Entered: 04/22/2002) |
| 04/22/2002 | | Bench trial held; DAY SIX; Judge Robinson presiding; crt. rptr. V. Gunning present. (rld) (Entered: 04/23/2002) |
| 04/23/2002 | | Bench trial held; DAY SEVEN; Judge Robinson presiding; crt. rptr. B. |

| | | | |
|---|---|---|---|
| | | | Gaffigan and K. Maurer (rld) (Entered: 04/24/2002) |
| 04/24/2002 | VOID | 415 | Steno Notes for 4/23/02; DAY 7; Judge Robinson presiding; crt. rptr. B. Gaffigan present. (rld) (Entered: 04/24/2002) |
| 04/24/2002 | | | Bench trial held; DAY EIGHT; Judge Robinson presiding; crt. rptr. V. Gunning present. (rld) (Entered: 04/25/2002) |
| 04/25/2002 | VOID | 416 | Steno Notes for 4/25/02; Day Nine; Judge Robinson presiding; crt. rptr. B. Gaffigan. (rld) (Entered: 04/25/2002) |
| 04/25/2002 | | | Bench trial held; DAY NINE; Judge Robinson presiding; crt. rptr. Maurer/Gaffigan. (rld) (Entered: 04/26/2002) |
| 04/26/2002 | | | Bench trial held; DAY TEN; Judge Robinson presiding; ctr. rptr. V. Gunning present. (rld) Modified on 05/01/2002 (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 417 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/15/02; Volume A; daily copy. (rld) Modified on 01/22/2003 (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 418 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/15/02; Volume AA; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 419 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/16/02; Volume B; daily copy. (rld) Modified on 01/22/2003 (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 420 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/17/02; Volume C; daily copy. (rld) Modified on 01/22/2003 (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 421 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/17/02; Volume CC; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | | 422 | TRANSCRIPT filed [0-0] bench trial for dates of 4/18/02; volume D; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | | 423 | TRANSCRIPT filed [0-0] bench trial for dates of 4/19/02; volume E; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 424 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/19/02; Volume EE; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | | 425 | TRANSCRIPT filed [0-0] bench trial for dates of 4/22/02; Volume F; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 426 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/22/02; Volume FF; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | | 427 | TRANSCRIPT filed [0-0] bench trial for dates of 4/23/02; Volume G; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | ✓ | 428 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/23/02; Volume GG; daily copy. (rld) (Entered: 05/01/2002) |

| | | |
|---|---|---|
| 05/01/2002 | 429 | TRANSCRIPT filed [0-0] bench trial for dates of 4/24/02; Volume H; Daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | ✓ 430 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/24/02; Volume HH; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | 431 | TRANSCRIPT filed [0-0] bench trial for dates of 4/25/02; Volume I; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | 432 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/26/02; Volume J; daily copy. (rld) Modified on 01/22/2003 (Entered: 05/01/2002) |
| 05/01/2002 | ✓ 433 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/26/02; Volume JJ; daily copy. (rld) (Entered: 05/01/2002) |
| 05/01/2002 | ✓ 434 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 4/16/02; Volume BB; daily copy. (rld) (Entered: 05/01/2002) |
| 05/03/2002 | 435 | Letter to Judge Robinson from J. Jacobs re parties' joint proposal for post-trial briefing schedule. (rld) (Entered: 05/06/2002) |
| 05/09/2002 | 436 | NOTICE of Subpoenas by Dentsply Intl Inc. (rld) (Entered: 05/10/2002) |
| 05/14/2002 | 437 | NOTICE of Subpoena for Jeffrey DiBlasi by Dentsply Intl Inc. (rld) (Entered: 05/14/2002) |
| 05/16/2002 | VOID 438 | Steno Notes for 4/15-26/02 Trial Days; Judge Robinson presiding; crt. rptr. K. Maurer. (rld) (Entered: 05/16/2002) |
| 05/20/2002 | 439 | NOTICE by U.S.A. to take deposition of Patterson Dental Supply, Inc. on 5/24/02 (rld) (Entered: 05/21/2002) |
| 05/20/2002 | | Bench trial held; DAY 11; Judge Robinson presiding; crt. rptr. B. Gaffigan and K. Maurer present. (rld) (Entered: 05/21/2002) |
| 05/21/2002 | VOID 440 | Steno Notes for 5/20/02 Bench Trial; Day 11; Judge Robinson presiding; B. Gaffigan crt. rptr. (rld) (Entered: 05/21/2002) |
| 05/21/2002 | 441 | **Terminated attorney Judith M. Kinney for U.S.A. Notice of attorney appearance for U.S.A. by Paulette K. Nash (rld) (Entered: 05/22/2002) |
| 05/21/2002 | 442 | Subpoena for William Turner (rld) (Entered: 05/22/2002) |
| 05/21/2002 | 443 | Subpoena for David R. Pohl (rld) (Entered: 05/22/2002) |
| 05/21/2002 | 444 | Subpoena for Michael R. Crane (rld) (Entered: 05/22/2002) |
| 05/21/2002 | 445 | Subpoena for Robert D. Brennan (rld) (Entered: 05/22/2002) |
| 05/21/2002 | | Bench trial held DAY 12; Judge Robinson presiding; crt. rptr. V. Gunning present. (rld) (Entered: 05/22/2002) |
| 05/22/2002 | | Bench trial held; DAY 13; Judge Robinson presiding; crt. rptr. Maurer & Gaffigan. (rld) (Entered: 05/28/2002) |
| 05/23/2002 | | Bench trial held; DAY 14; Judge Robinson presiding; crt. rptr. Gunning. |

| | | | |
|---|---|---|---|
| | | | (rld) (Entered: 05/28/2002) |
| 05/28/2002 | VOID | 446 | Steno Notes for 5/22/02 Bench Trial; Judge Robinson presiding; crt. rptr. B. Gaffigan. (rld) (Entered: 05/28/2002) |
| 05/28/2002 | | | Bench trial held DAY 15; Judge Robinson presiding; crt. rptr. Maurer and Gaffigan. (rld) (Entered: 05/29/2002) |
| 05/29/2002 | | | Bench trial held DAY 16; Judge Robinson presiding; crt. rptr. Gunning. (rld) (Entered: 05/30/2002) |
| 05/30/2002 | VOID | 447 | Steno Notes for 5/28/02 Bench Trial; Judge Robinson presiding; crt. rptr. B. Gaffigan. (rld) (Entered: 05/30/2002) |
| 05/30/2002 | | | Deadline updated; set Oral Argument on Post Trial Briefing for 10:00 9/9/02 (rld) (Entered: 05/30/2002) |
| 05/30/2002 | | | Bench trial held; DAY 17; Judge Robinson presiding; crt. rptr. Maurer and Gaffigan. (rld) (Entered: 05/31/2002) |
| 05/30/2002 | | | Deadline updated; reset In Chambers Conference for 10:00 9/20/02 (rld) (Entered: 06/14/2002) |
| 05/31/2002 | ✓ | 448 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 5/20/02 Judge Robinson presiding; daily copy; Volume K. (rld) Modified on 01/22/2003 (Entered: 05/31/2002) |
| 05/31/2002 | ✓ | 449 | SEALED Part of TRANSCRIPT filed [0-0] bench trial for dates of 5/20/02; Volume KK. (rld) Modified on 05/31/2002 (Entered: 05/31/2002) |
| 05/31/2002 | ✓ | 450 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 5/21/02; Judge Robinson presiding; daily copy Volume L (rld) Modified on 01/22/2003 (Entered: 05/31/2002) |
| 05/31/2002 | ✓ | 451 | SEALED part of TRANSCRIPT filed [0-0] bench trial for dates of 5/21/02 Volume LL (rld) (Entered: 05/31/2002) |
| 05/31/2002 | | 452 | TRANSCRIPT filed [0-0] bench trial for dates of 5/22/02; Judge Robinson presiding; daily copy; Volume M (rld) (Entered: 05/31/2002) |
| 05/31/2002 | | 453 | TRANSCRIPT filed [0-0] bench trial for dates of 5/23/02; Judge Robinson presiding; daily copy; volume N (rld) (Entered: 05/31/2002) |
| 05/31/2002 | ✓ | 454 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 5/28/02; Judge Robinson presiding; daily copy; Volume O (rld) Modified on 01/22/2003 (Entered: 05/31/2002) |
| 05/31/2002 | ✓ | 455 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 5/29/02; Judge Robinson presiding; daily copy; volume P. (rld) Modified on 01/22/2003 (Entered: 05/31/2002) |
| 05/31/2002 | ✓ | 456 | SEALED part of TRANSCRIPT filed [0-0] bench trial for dates of 5/28/02 Volume OO (rld) (Entered: 05/31/2002) |
| 05/31/2002 | ✓ | 457 | SEALED TRANSCRIPT filed [0-0] bench trial for dates of 5/30/02; |

| | | | |
|---|---|---|---|
| | | | Judge Robinson presiding; daily copy; Volume Q. (rld) Modified on 01/22/2003 (Entered: 05/31/2002) |
| 06/03/2002 | | | (Court only) **Terminated deadlines (rld) (Entered: 06/03/2002) |
| 06/03/2002 | *VOID* | 458 | Steno Notes for 5/30/02 bench trial; Judge Robinson presiding; daily notes; crt. rptr. B. Gaffigan present. (rld) (Entered: 06/03/2002) |
| 07/08/2002 | | 459 | Letter to Deputy Clerk Strickler from W. Berlin enclosing govt exhibit 364 admitted on May 30, 2002 (rld) (Entered: 07/10/2002) |
| 07/19/2002 | | 460 | SEALED Proposed Findings of Fact and Conclusions of Law filed by U.S.A. (rld) Modified on 07/23/2002 (Entered: 07/23/2002) |
| 07/19/2002 | | 461 | SEALED Brief by U.S.A. in support of [460-1] proposed findings of fact and conclusions of law (rld) Modified on 07/23/2002 (Entered: 07/23/2002) |
| 07/26/2002 | | 462 | Letter MOTION by U.S.A. (Joint request by both USA and Dentsply) to Extend Time to make confidentiality designations with respect to the portions of the trial record that are sealed re: [462-1] motion (fmt) (Entered: 07/30/2002) |
| 07/26/2002 | | 463 | Ivoclar Vivadent's Designation of Confidential Information pursuant to the Court's April 3, 2002 order. (fmt) (Entered: 07/30/2002) |
| 07/26/2002 | | 464 | NOTICE of filing of Deposition Transcripts with its post-trial submissions by Dentsply Intl Inc. (fmt) (Entered: 07/30/2002) |
| 07/31/2002 | | | So Ordered granting [462-1] motion to Extend Time to make confidentiality designations with respect to the portions of the trial record that are sealed set Notice of Compliance deadline to 9/16/02 ( signed by Judge Sue L. Robinson ) Notice to all parties. (fmt) (Entered: 07/31/2002) |
| 08/16/2002 | | 465 | Letter to Judge Robinson from C. Wright re filing of opening post-trial papers (rld) (Entered: 08/20/2002) |
| 08/16/2002 | | 466 | Letter to Clerk from P. Harris, US Dept. of Justice in Washington, D.C., enclosing papers from Principality of Liechtenstein re legal assistance. (rld) (Entered: 08/20/2002) |
| 08/19/2002 | | 467 | POST TRIAL BRIEF by Dentsply Intl Inc. re EVIDENTIARY ISSUES (rld) (Entered: 08/20/2002) |
| 08/19/2002 | | 468 | SEALED Proposed Findings of Fact filed by Dentsply Intl Inc. (rld) (Entered: 08/20/2002) |
| 08/19/2002 | | 469 | SEALED MEMORANDUM by Dentsply Intl Inc. in support of [468-1] proposed findings of fact (rld) (Entered: 08/20/2002) |
| 08/21/2002 | | | Deadline updated; set Telephone Conference for 2:00 8/21/02 re post trial briefs (rld) (Entered: 08/21/2002) |
| 08/21/2002 | | | Deadline updated; reset Telephone Conference for 4:00 8/21/02 (rld) |

| | | |
|---|---|---|
| | | (Entered: 08/21/2002) |
| 08/21/2002 | | Tele-conference held; Judge Robinson presiding; crt. rptr. B. Gaffigan; re post-trial filings (rld) (Entered: 08/30/2002) |
| 08/22/2002 | | Deadline updated; set hearing for parties to read deposition transcripts into the record for consideration during post-Bench Trial briefing for 9:30 9/3/02 (rld) (Entered: 08/22/2002) |
| 08/22/2002 | 470 | Letter to Judge Robinson from P. Nash for W. Berlin re use of depositions; the United States will not affirmatively offer and read in any deposition testimony on 9/3/02; may need time for counter designations (fmt) (Entered: 08/23/2002) |
| 08/23/2002 *VOID* | 471 | Steno Notes for 8/21/02; Teleconference; Crt Rptr B. Gaffigan (fmt) (Entered: 08/26/2002) |
| 08/23/2002 | 472 | Henry Schein, Inc.'s Designation of Confidential Information Pursuant to the Court's 4/3/2002 Order (fmt) (Entered: 08/26/2002) |
| 08/26/2002 | 473 | Letter to Court from P. Harris, U.S. Dpt of Justice, enclosing documents that were sent to the U.S. Dept of Justice; response from the Court of the Principality of Liechtenstein (fmt) (Entered: 08/27/2002) |
| 08/30/2002 | 474 | TRANSCRIPT filed [0-0] telephone conference for dates of 8/21/02; Judge Robinson presiding; Brian Gaffigan crt. rptr.(rld) Modified on 08/30/2002 (Entered: 08/30/2002) |
| 08/30/2002 | 475 | Letter to Judge Robinson from W. Berlin re filing of compact disk today re USA's proposed Findings of Fact and Conclusions of Law filed on 7/19/02. (rld) (Entered: 08/30/2002) |
| 08/30/2002 | 476 | SEALED Electronic Version (CD) of the USA's proposed Findings of Fact and Conclusions of Law with links to supporting doc. filed under seal on 7/19/02 (rld) (Entered: 08/30/2002) |
| 08/30/2002 | 477 | SEALED MEMORANDUM by U.S.A. in opposition to [469-1] support memorandum and DI# 468 re Proposed Findings of Fact(rld) Modified on 08/30/2002 (Entered: 08/30/2002) |
| 08/30/2002 | 479 | SEALED MEMORANDUM by U.S.A. in opposition to [467-1] trial brief (rld) (Entered: 08/30/2002) |
| 08/30/2002 | 478 | MEMORANDUM by U.S.A. in support of its objections to Dentsply's Trial Evidence (rld) (Entered: 08/30/2002) |
| 09/03/2002 | | Bench trial held; Judge Robinson presiding; Crt Rptr K. Maurer present; re deposition transcripts to be added to the trial record (fmt) (Entered: 09/04/2002) |
| 09/03/2002 | | (Court only) **Terminated deadlines (fmt) (Entered: 09/04/2002) |
| 09/03/2002 | | Deadline updated; reset In Chambers Conference for 9:30 9/20/02 set in Court on 9/3/02 (fmt) (Entered: 09/04/2002) |

| 09/04/2002 VOID | 480 | Steno Notes for Trial 5/20/02 through 5/30/02; Judge Robinson presiding; Crt Rptr K. Maurer (fmt) (Entered: 09/05/2002) |
|---|---|---|
| 09/06/2002 VOID | 481 | Steno Notes for 9/3/02; Bench trial; Judge Robinson presiding; Crt Rptr K. Maurer (fmt) (Entered: 09/09/2002) |
| 09/12/2002 | 482 | NOTICE of Confidential Designations by Dentsply Intl Inc. (fmt) (Entered: 09/16/2002) |
| 09/12/2002 | 483 | United States' Submission of Designations of Confidential Information of certain non-parties pursuant to the Court's April 3, 2002 order (fmt) (Entered: 09/16/2002) |
| 09/13/2002 | 484 | MEMORANDUM by Dentsply Intl Inc. in opposition to the Dept. of Justice's Evidentiary Objections (fmt) (Entered: 09/16/2002) |
| 09/13/2002 | 485 | Declaration of Steve Jenson (fmt) (Entered: 09/16/2002) |
| 09/17/2002 | | (Court only) **Terminated deadlines (fmt) (Entered: 09/19/2002) |
| 09/17/2002 | | Deadline updated; reset Oral Argument for 9:00 9/20/02 (fmt) (Entered: 09/19/2002) |
| 09/20/2002 | | Oral Argument held; Judge Robinson presiding; Crt Rptr V. Gunning present; re post trial briefing (fmt) (Entered: 09/20/2002) |
| 09/26/2002 | 486 | TRANSCRIPT filed [0-0] conference for dates of 9/20/02; Judge Robinson presiding; Crt Rptrs V. Gunning and L. Dibbs (fmt) (Entered: 09/30/2002) |
| 10/09/2002 | 487 | Letter to Judge Robinson from E. McCarthy enclosing a CD ROM containing hyperlinked versions of Dentsply International Inc.'s Proposed Findings of Fact and Brief in Support; hereby submit one CD ROM containing just Dentsply's post-trial papers on the merits (CD ROM FILED UNDER SEAL) (fmt) Modified on 11/08/2002 (Entered: 10/10/2002) |
| 10/17/2002 | 488 | Letter to Judge Robinson from J. Jacobs enclosing a revised CD-ROM including hyperlinked versions of all post-trial filings, including Proposed Findings of Fact and Conclusions of Law that were included on the CD filed previously; enclosing one-page instruction sheet for using CD (CD ROM Filed Under Seal) (fmt) Modified on 10/18/2002 (Entered: 10/18/2002) |
| 11/04/2002 | 489 | TRANSCRIPT filed [0-0] bench trial for dates of 9/3/02; Judge Robinson presiding; Crt Rptr K. Maurer; VOL R (fmt) (Entered: 11/04/2002) |
| 11/04/2002 | 490 | SEALED portions of TRANSCRIPT filed for dates of 9/3/02; Judge Robinson presiding; Crt Rptr K. Maurer; VOL R; PORTIONS SEALED BY AGREEMENT OF COUNSEL (fmt) (Entered: 11/04/2002) |
| 12/11/2002 | 491 | Supplemental NOTICE of Confidential Designations by Dentsply Intl Inc. (fmt) (Entered: 12/12/2002) |
| 01/16/2003 | 492 | JOINT MOTION by U.S.A., Dentsply Intl Inc. with Proposed Order to |

| 05/09/2003 | 505 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 4/23/02; Volume G; Sealed Transcript is D.I. 428 (rld) (Entered: 05/12/2003) |
| 05/09/2003 | 506 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 4/24/02; Volume H; SEALED transcript is D.I. 430 (rld) (Entered: 05/12/2003) |
| 05/09/2003 | 507 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 4/26/02; Volume J; Sealed Transcript is D.I. 432 (rld) Modified on 05/12/2003 (Entered: 05/12/2003) |
| 05/09/2003 | 508 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 5/20/02; Volume K; Sealed Transcript is D.I. 448 (rld) (Entered: 05/12/2003) |
| 05/09/2003 | 509 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 5/21/02; Volume L; Sealed Transcript is D.I. 450 (rld) (Entered: 05/12/2003) |
| 05/09/2003 | 510 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 5/28/02; Volume O; Sealed Transcript is D.I. 454 (rld) (Entered: 05/12/2003) |
| 05/09/2003 | 511 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 5/29/02; Volume P; Sealed Transcript is D.I. 455 (rld) (Entered: 05/12/2003) |
| 05/09/2003 | 512 | REDACTED TRANSCRIPT filed [0-0] bench trial for dates of 5/30/02; Volume Q; Sealed Transcript is D.I. 457 (rld) (Entered: 05/12/2003) |
| 06/17/2003 | 513 | Letter to Clerk from A. Walker re redacted trial transcripts; on 5/5/03 Dentsply International filed several volumes of redacted trial transcripts; two of the pages were incorrectly redacted; enclosing copies of those pages; ask that replacement copies be substituted for the pages filed on 5/5/03 (fmt) (Entered: 06/17/2003) |
| 08/08/2003 | 514 | OPINION ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 08/08/2003) |
| 08/08/2003 | 515 | ORDER consistent with Opinion issued today; Dentsply has not violated section 1 or 2 of the Sherman Act or section 3 of the Clayton Act; Clerk of the Court shall issue jgm. in favor of deft. and agst. pltf. ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 08/08/2003) |
| 08/11/2003 | 516 | Letter to Judge Robinson from C. Douglas Wright enclosing letter from co-cnsl. M. Zwisler, Esq. for court's consideration. (rld) (Entered: 08/11/2003) |
| 08/12/2003 | | Deadline updated; set Telephone Conference for 3:30 8/12/03 per cnsl.'s letter of 8/11/03 (rld) (Entered: 08/12/2003) |
| 08/12/2003 | 517 | JUDGMENT for Dentsply Intl Inc. against U.S.A. (signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 08/12/2003) |
| 08/12/2003 | | Case closed (rld) (Entered: 08/12/2003) |
| 08/13/2003 *VOID* | 518 | Steno Notes for 8/12/03 Teleconference; Judge Robinson presiding; Court Rptr. K. Maurer (fmt) (Entered: 08/13/2003) |
| 08/13/2003 | 519 | Letter to Judge Robinson from S. Balick re whether or not the Court's |

| | | |
|---|---|---|
| | | Decision: reversed and remanded; costs in favor of Appellant, United States of America have been added and initialed (Attachments: # 1 page 2 of judgment)(fmt, ) (Entered: 01/25/2006) |
| 01/24/2006 | 550 | Copy of Letter to Clerk, United States Court of Appeals for the Third Circuit from Supreme Court of the United States, Office of the Clerk regarding petition for a writ of certiorari; petition for a writ of certiorari is denied (fmt, ) (Entered: 01/25/2006) |
| 03/21/2006 | 552 | MOTION Renewed Motion for Entry of Final Judgment - filed by USA. (Hannigan, Patricia) Additional attachment(s) added on 3/22/2006 (fmt, ). (Entered: 03/21/2006) |
| 03/21/2006 | 553 | OPENING BRIEF in Support re 552 MOTION Renewed Motion for Entry of Final Judgment filed by USA.Answering Brief/Response due date per Local Rules is 4/4/2006. (Hannigan, Patricia) Additional attachment(s) added on 3/22/2006 (fmt, ). (Entered: 03/21/2006) |
| 03/21/2006 | 554 | PROPOSED ORDER re D.I. 552Proposed Final Judgment by USA. (Hannigan, Patricia) Modified on 3/21/2006 (fmt, ). Additional attachment(s) added on 3/22/2006 (fmt, ). Additional attachment(s) added on 3/22/2006 (fmt, ). (Entered: 03/21/2006) |
| 03/22/2006 | | CORRECTING ENTRY: clearer pdf attachments have been attached to D.I. Nos. 553 and 554; certificates of service have been attached to D.I. Nos. 552-554 (fmt, ) (Entered: 03/22/2006) |
| 04/06/2006 | 555 | ANSWERING BRIEF in Opposition re 552 MOTION Renewed Motion for Entry of Final Judgment filed by Dentsply International, Inc..Reply Brief due date per Local Rules is 4/13/2006. (Attachments: # 1 Exhibit 1) (Wright, Christian) (Entered: 04/06/2006) |
| 04/06/2006 | 556 | NOTICE of the Appearances of Rudolph Contreras and Paulette K. Nash are withdrawn from the captioned matter by USA (Hannigan, Patricia) (Entered: 04/06/2006) |
| 04/06/2006 | | (Court only) *** Attorney Rudolph Contreras and Paulette K. Nash terminated. (fmt, ) (Entered: 04/11/2006) |
| 04/12/2006 | 557 | STIPULATION TO EXTEND TIME Government's brief to April 17, 2006 - filed by USA. (Hannigan, Patricia) (Entered: 04/12/2006) |
| 04/17/2006 | | SO ORDERED, re 557 STIPULATION TO EXTEND TIME Government's brief to April 17, 2006 filed by USA,, Set Briefing Schedule: Reply Brief due 4/17/2006. Signed by Judge Sue L. Robinson on 4/13/06. (rld, ) (Entered: 04/17/2006) |
| 04/17/2006 | 558 | SEALED REPLY to Response to Motion re 552 MOTION Renewed Motion for Entry of Final Judgment filed by USA. (fmt, ) (Entered: 04/18/2006) |
| 04/26/2006 | 559 | Final JUDGMENT in favor of pltf. USA and against deft. Dentsply International, Inc. This jgm. takes effect 30 days after the date it is entered; unless this court grants an extension, this Final Jgm. shall expire |