OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 14, 2007

Patricia C. Hannigan, ESQ.
U.S. Attorneys Office
Email:patricia.hannigan.usdoj.gov

RE:   **U.S.A. V. Dentsply Intl. Inc..**
      Civ. No. 99-cv-05-SLR

Dear Counsel:

　　Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:177,178,195,196,214,215,244,245,366,367,403,460,461,476,477 478,479,558.

　　A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

　　I hereby acknowledge receipt of the above mentioned documents

on  8/14/07                  .

Signature
_____