```
                    OFFICE OF THE CLERK
               UNITED STATES DISTRICT COURT
                    DISTRICT OF DELAWARE
```

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

August 15, 2007

William D. Johnston, ESQ.  
Young, Conaway, Stargatt, & Taylor  
Email:wjohnston@ycst.com

    RE: **U.S.A. V. Dentsply Intl. Inc.,**  
        Civ. No. 99-cv-05-SLR

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS: 218,222,231,233,234,235,236,237,254,256,260,360,362,468 469.

    A copy of the signed acknowledgment has been attached for your records.

                                        Sincerely,

                                        Peter T. Dalleo, Clerk

                                        By: _____

    I hereby acknowledge receipt of the above mentioned documents  
on  8/15/07  .

                                        _____  
                                        Signature