IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 99-005-SLR |
| DENTSPLY INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) ) |

## THIRD-PARTY VIDENT'S UNOPPOSED MOTION TO INTERVENE FOR THE SOLE PURPOSE OF MODIFYING THE STIPULATED PROTECTIVE ORDER

Third-party Vident, plaintiff in an action entitled Vident v. Dentsply International, Inc., Case No. SACV 06-1141 PSG (ANx) (C.D. Cal.) (the "*Vident* Action") before the United States District Court for the Central District of California, hereby respectfully moves to intervene, pursuant to Federal Rule of Civil Procedure 24(b), for the sole purpose of modifying the Stipulated Protective Order (Docket Item #92) in this action to allow Vident to access and use in the *Vident* Action all materials designated under the Stipulated Protective Order.

Vident brings this Motion on grounds that the *Vident* Action and the above-captioned case involve common questions of law and fact, that neither party in the above action opposes the Motion, that this Court retains the power to exercise jurisdiction over any confidentiality order entered in this case, and that Vident's request is timely.

This Motion is based on the concurrently filed memorandum of points and authorities and the concurrently filed declaration of Dimitrios V. Korovilas.

WHEREFORE, Vident respectfully requests that the Court grant this Motion and enter

the [Proposed] Order filed concurrently herewith.

                                           THE BAYARD FIRM, P.A.

                                           */s/ Stephen B. Brauerman*
                                           Richard D. Kirk (No. 922)
                                           Stephen B. Brauerman (No. 4952)
                                           222 Delaware Avenue, Suite 900
                                           P. O. Box 25130
                                           Wilmington, DE  19899
                                           (302) 655-5000
                                           rkirk@bayardfirm.com
OF COUNSEL:                             sbrauerman@bayardfirm.com

Monte Cooper                            Attorneys for Intervenor Vident.
Robert E. Freitas
Christopher S. Ruhland
Dimitrios V. Korovilas
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90025
(213) 629-2020

December 7, 2007

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 7, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

William D. Johnston, Esquire
Christian D. Wright, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

_____
Stephen B. Brauerman (No. 4952)

{00705808;v1}
666484-1