## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that Vident's counsel discussed the subject of the attached motion with counsel for both parties in this action and that, while the parties would not join in the motion, both indicated that they did not oppose it.

THE BAYARD FIRM, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardfirm.com
sbrauerman@bayardfirm.com

OF COUNSEL:

Monte Cooper
Robert E. Freitas
Christopher S. Ruhland
Dimitrios V. Korovilas
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90025
(213) 629-2020

December 7, 2007

{00705725;v1}