IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>v. </br></br>DENTSPLY INTERNATIONAL, INC., </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 99-005-SLR </br> ) </br> ) </br> ) </br> ) |

**DECLARATION OF DIMITRIOS V. KOROVILAS, ESQUIRE, IN SUPPORT OF THIRD-PARTY VIDENT'S UNOPPOSED MOTION TO INTERVENE FOR THE SOLE PURPOSE OF MODIFYING THE STIPULATED PROTECTIVE ORDER**

I, Dimitrios V. Korovilas, Esquire, hereby declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am an attorney at law duly licensed to practice before all courts in the State of California, and I am an associate at the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for plaintiff Vident in the action entitled *Vident v. Dentsply Int'l, Inc.*, Case No. SACV 06-1141 CJC (ANx) (C.D. Cal.) (the "*Vident* Action") now pending in the Central District of California. Based on this representation, I am familiar with the events, pleadings, and discovery in the *Vident* Action, and, if called upon as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge. I submit this declaration in support of Vident's Unopposed Motion to Intervene for the Sole Purpose of Modifying the Stipulated Protective Order.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulated Protective Order entered in the above-captioned action, obtained from the Court's docket and entered by the Court as Docket Item number 92.

3. Attached hereto as Exhibit 2 is a true and correct copy of the complaint

{00705743;v1}

filed by Vident in the *Vident* Action.

4. On December 4, I contacted counsel for the United States of America and counsel for Dentsply in the above-captioned action. Both stated that although they did not want to join in the motion, they did not oppose Vident's Motion to Intervene nor its requested modifications to the Stipulated Protective Order.

Executed this 7th day of December, 2007 at Los Angeles, California.

_____
Dimitrios V. Korovilas, Esquire

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 7, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Patricia C. Hannigan, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

William D. Johnston, Esquire
Christian D. Wright, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

_____
Stephen B. Brauerman (No. 4952)