IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No 99-005-SLR |
| | ) |
| DENTSPLY INTERNATIONAL, INC., | ) |
| | ) |
| Defendant | ) |
| | ) |

**THIRD PARTY NOWAK DENTAL SUPPLIES INC'S UNOPPOSED MOTION
TO INTERVENE FOR THE SOLE PURPOSE OF MODIFYING THE
STIPULATED PROTECTIVE ORDER**

Third party Nowak Dental Supplies Inc. ("Nowak"), plaintiff in an action entitled *Nowak Dental Supplies, Inc. v. Dentsply International, Inc.*, 1:07-cv-01799 (CCC) (M.D.Pa.) (the "*Nowak* Action") before the United States District Court for the Middle District of Pennsylvania, hereby respectfully moves to intervene, pursuant to Federal Rule of Civil Procedure 24(b), for the sole purpose of modifying the Stipulated Protective Order (Docket Item #92) in this action to allow Nowak to access and use in the Nowak Action all materials designated under the Stipulated Protective Order.

Nowak brings this Motion on grounds that the *Nowak* Action and the above-captioned case involve common questions of law and fact, that neither party in the above action opposes the Motion, that this Court retains the power to exercise jurisdiction over any confidentiality order entered in this case, and that Nowak's request is timely.

This Motion is based on the concurrently filed memorandum of points and authorities and the concurrently filed Declaration of Adam Steinfeld.

WHEREFORE, Nowak respectfully requests that the Court grant this Motion and enter the [Proposed] Order filed concurrently herewith.

                                        /s/ Jeffrey S. Goddess
                                        Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433

*Attorney for Nowak Dental Supplies, Inc.*

OF COUNSEL:

Adam Steinfeld
GARWIN, GERSTEIN &
FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

March 18, 2008