**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that Nowak's counsel discussed the subject of the attached motion with counsel for both parties in this action and understand that, while the parties would not join in the motion, both indicated that they did not oppose it.

                                                  /s/ Jeffrey S. Goddess
                                          Jeffrey S. Goddess (Del. Bar No. 630)
                                          ROSENTHAL, MONHAIT & GODDESS, P.A.
                                          919 Market Street, Suite 1401
                                          P.O. Box 1070
                                          Wilmington, Delaware 19899 1070
                                          jgoddess@rmgglaw.com
                                          (302) 656-4433

OF COUNSEL:

Adam Steinfeld
GARWIN, GERSTEIN &
FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

March 18, 2008